# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## **NOTICE TO CREDITORS**

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Ruben Ruiz<br>**SSN:** xxx–xx–0569<br>**EIN:** N/A<br>Kenya Ruiz<br>**SSN:** xxx–xx–2863<br>3542 E 6th St<br>Los Angeles, CA 90023 | **BANKRUPTCY NO.** 2:09–bk–26198–BR<br>**CHAPTER** 7 |

Gregory L. Bosse's "Motion To Reopen Case" is set for hearing on November 3, 2020 at 10:00 a.m. by

zoom.

Written opposition is due fourteen days prior to the hearing date. Written reply to the opposition

is due seven days prior to the hearing date.

zoom information:

Website: https://cacb.zoomgov.com/j/ 1618114900

Meeting ID: 161 811 4900 Password: 123456

Telephone conference lines (for audio only) 1 669 254 5252


Dated: September 23, 2020

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form not rev. 5/96) VAN–99

**44 / SF**