**NONPROFIT LEGAL SERVICES, INC.**
Adam Dolce, Esq. [SBN 310112]
414 Yale Avenue, Suite B
Claremont, CA 91711
Telephone: (909) 542-9030
Fax: (909) 992-3554
Email: thenonprofitlawfirm@gmail.com

Attorney for Debtor, KENYA RUIZ

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| IN RE:<br><br>RUBEN RUIZ; and<br>KENYA RUIZ,<br><br>Debtors. | **Case No. 2:09-bk-26198-BR**<br>Chapter 7<br><br>**NOTICE OF APPEARANCE BY ATTORNEY ADAM DOLCE** |

PLEASE TAKE NOTICE that in accordance with Federal Rules of Bankruptcy

Procedure, Rule 9010(b), the undersigned enters an appearance in this case on behalf of

KENYA RUIZ. Request is made that any documents hereinafter filed in this case be

served on the undersigned at the office address as follows (if, for any reason, CM/ECF

does not apply):

      Adam Dolce – SBN 310112
     **NONPROFIT LEGAL SERVICES, INC.**
     414 Yale Avenue, Suite B
     Claremont CA 91711
     Telephone: 909-542-9030
     FAX: 909-992-3554
     Email(s): thenonprofitlawfirm@gmail.com;
     adam@dolcelegal.com

**NONPROFIT LEGAL
SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

1
NOTICE OF APPEARANCE (ADAM DOLCE)
**IN RE KENYA RUIZ**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted by,

Date: 24 September 2020          /s/ Adam D. Dolce

_____
Adam D. Dolce
NONPROFIT LEGAL SERVICES, INC.
414 Yale Avenue, Suite B
Claremont CA 91711
Telephone: 909-542-9030
FAX: 909-992-3554
Email(s): thenonprofitlawfirm@gmail.com;
adam@dolcelegal.com

Attorney for Kenya Ruiz

///

NONPROFIT LEGAL
SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

2
NOTICE OF APPEARANCE (ADAM DOLCE)
IN RE KENYA RUIZ

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

414 Yale Avenue, Suite B, Claremont CA 91711

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF APPEARANCE (BY ADAM DOLCE)
_____
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/24/2020 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

jmenchaca@menchacacpa.com; ca87@ecfcbis.com (John Menchaca - Trustee); ustpregion.16.la.ecf@usdoj.gov
(U.S. Trustee (LA)); greg@lawbosse.com (Gregory L. Bosse)

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/24/2020 | Adam D. Dolce | /s/ Adam D. Dolce |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE