**NONPROFIT LEGAL SERVICES, INC.**
Adam Dolce, Esq. [SBN 310112]
414 Yale Avenue, Suite B
Claremont, CA 91711
Telephone: (909) 542-9030
Fax: (909) 992-3554
Email: thenonprofitlawfirm@gmail.com

Attorney for Debtor, KENYA RUIZ

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| IN RE:<br><br>RUBEN RUIZ; and<br>KENYA RUIZ,<br><br>Debtors. | **Case No. 2:09-bk-26198-BR**<br>Chapter 7<br><br>Related Cases: 2:09-bk-20882-AA; and 2:10-bk-14951-CK<br><br>**NOTICE OF JOINDER WITH CREDITOR GREGORY L. BOSSE'S AMENDED MOTION TO REOPEN CASE; DECLARATION OF ADAM DOLCE**<br><br>Motion Date: September 23, 2020 (ECF 43) |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS:**

PLEASE TAKE NOTICE that Debtor, KENYA RUIZ, and in accordance with Title 11 of the United States Code, § 350(b); the Federal Rules of Bankruptcy Practice, Rule 5010; and the Central District's Local Bankruptcy Rules, Rule 5010-1, does hereby join in the Motion to Reopen her bankruptcy case as sought by Creditor (and her former bankruptcy attorney), Gregory L. Bosse (at CM/ECF Doc. 43).

The Debtor, along with her husband, Ruben Ruiz, filed a voluntary bankruptcy

NONPROFIT LEGAL
SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

1
NOTICE OF JOINDER WITH CREDITOR'S MOTION TO REOPEN BANKRUPTCY CASE (CH. 7)
**IN RE KENYA RUIZ**

petition under Chapter 13 on June 25, 2009. This was then converted to a Chapter 7 bankruptcy on August 12, 2009. These debtors received a discharge on September 24, 2010, and the case was then closed on September 30, 2010.

**However**, Ms. Ruiz does not join in the merits of Mr. Bosse's claim for relief. Instead, Ms. Ruiz seeks to reopen her bankruptcy proceeding in order to 1. consolidate the three (3) actions Mr. Bosse seeks to reopen; in order that she may 2. seek disgorgement and sanctions against Mr. Bosse for his collecting tens of thousands of dollars in attorney fees outside the purview of the bankruptcy court and trustee during Ms. Ruiz's assorted bankruptcies.

Following discharge, Mr. Bosse further sued Ms. Ruiz in state court for nearly $100,000 in additional attorney fees based on agreements or work performed that, similarly, fell under the purview of the bankruptcy court/trustee. The state court eventually awarded judgment in Mr. Bosse's favor for approximately $167,000. That occurred in October of 2016.

On February 20, 2020, following Ms. Ruiz's post-judgment motion to vacate (**Exhibit 1** as attached to the within declaration), the Orange County Superior Court vacated Mr. Bosse's judgment for lack of subject matter-jurisdiction. A true and accurate copy of that order is attached to the within declaration at **Exhibit 2**.

To be clear, Ms. Ruiz's bankruptcy attorney collected tens of thousands of dollars in attorney fees, failed to disclose those fees to this Court, and then sued his own client in state court for additional attorney fees that were neither approved nor known by this Court. Ms. Ruiz's Motion to Consolidate, for Sanctions, and for Disgorgement will follow upon reopening.

**NONPROFIT LEGAL SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

2
NOTICE OF JOINDER WITH CREDITOR'S MOTION TO REOPEN BANKRUPTCY CASE (CH. 7)
**IN RE KENYA RUIZ**

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted by, |
| 2 | Date: 24 September 2020 | /s/ Adam D. Dolce |
| 3 |   | _____ |
|   |   | Adam D. Dolce |
|   |   | NONPROFIT LEGAL SERVICES, INC. |
|   |   | 414 Yale Avenue, Suite B |
|   |   | Claremont CA 91711 |
|   |   | Telephone: 909-542-9030 |
|   |   | FAX: 909-992-3554 |
|   |   | Email(s): thenonprofitlawfirm@gmail.com; adam@dolcelegal.com |
|   |   | Attorney for Kenya Ruiz |

NONPROFIT LEGAL SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

3
NOTICE OF JOINDER WITH CREDITOR'S MOTION TO REOPEN BANKRUPTCY CASE (CH. 7)
**IN RE KENYA RUIZ**

# **DECLARATION OF ADAM DOLCE**

I, ADAM DOLCE, declare:

1. I am an attorney at law duly licensed and admitted to practice before all courts of the States of California, New York, and Indiana, as well as the federal bankruptcy court of this district. I am the attorney-of-record for the debtor, KENYA RUIZ, and am also her attorney-of-record in Orange County Superior Court Case No. 30-2012-00551965-CU-CL-CJC, captioned <u>Gregory L. Bosse v. Kenya Ruiz, et al.</u> ("State Court Matter").

2. Attached hereto as **Exhibit 1** is a true and accurate conformed copy of a Motion to Vacate filed in the State Court Matter. It thoroughly discusses the extent of Mr. Bosse's impropriety and why the fees he had accrued against Ms. Ruiz were subject to the jurisdiction of this Court.

3. After additional briefing, the judgment entered in favor of Mr. Bosse was found to be void for lack of subject matter-jurisdiction. A true and accurate copy of this order arising in the State Court Matter is attached hereto as **Exhibit 2**.

4. For these reasons, Ms. Ruiz will join in Mr. Bosse's Amended Motion to Reopen her Bankruptcy Case in order that she may seek disgorgement of those fees actually paid to Mr. Bosse, as well as for related sanctions and orders authorized by the Bankruptcy Code/Rules of Practice.

**[SIGNATURE OVERLEAF]**

**NONPROFIT LEGAL SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

1
DECLARATION OF ADAM DOLCE ISO NOTICE OF JOINDER TO REOPEN BANKRUPTCY CASE
**IN RE KENYA RUIZ**

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States that the above is true and correct.

Executed on **September 24, 2020** in Claremont, CA 91711

/s/ Adam D. Dolce

_____

Adam D. Dolce
NONPROFIT LEGAL SERVICES, INC.
414 Yale Avenue, Suite B
Claremont CA 91711
Telephone: 909-542-9030
FAX: 909-992-3554
Email(s): thenonprofitlawfirm@gmail.com;
adam@dolcelegal.com

Attorney for Kenya

NONPROFIT LEGAL SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

2
DECLARATION OF ADAM DOLCE ISO NOTICE OF JOINDER TO REOPEN BANKRUPTCY CASE
**IN RE KENYA RUIZ**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

414 Yale Avenue, Suite B, Claremont CA 91711

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF JOINDER WITH MOTION TO REOPEN CASE NO. 2:09-bk-26198-BR; DECLARATION OF ADAM DOLCE (WITH EXHIBITS 1 and 2)
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/24/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   jmenchaca@menchacacpa.com; ca87@ecfcbis.com (John Menchaca - Trustee); ustpregion.16.la.ecf@usdoj.gov
   (U.S. Trustee (LA)); greg@lawbosse.com (Gregory L. Bosse)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/24/2020 | Adam D. Dolce | /s/ Adam D. Dolce |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     **F 9013-3.1.PROOF.SERVICE**