**NONPROFIT LEGAL SERVICES, INC.**
Adam Dolce, Esq. [SBN 310112]
414 Yale Avenue, Suite B
Claremont, CA 91711
Telephone: (909) 542-9030
Fax: (909) 992-3554
Email: thenonprofitlawfirm@gmail.com

Attorney for Debtor, KENYA RUIZ

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| IN RE:<br><br>RUBEN RUIZ; and<br>KENYA RUIZ,<br><br>Debtors. | **Case No. 2:09-bk-26198-BR**<br>Chapter 7<br><br>Related Cases: 2:09-bk-20882-AA; and 2:10-bk-14951-VK<br><br>**DEBTOR KENYA RUIZ'S MOTION TO DISGORGE ALL FEES/COSTS PAID TO ATTORNEY GREGORY L. BOSSE**<br><br>**Hearing Date/Time**<br>TBD (pending reopening) |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS:**

PLEASE TAKE NOTICE that pursuant to 11 USC §§ 327 through 329; the FRBP, Rules 2016, 2017, 9011; and the Central District's Local Rules, Rules 2090-2, 9011-3, Bankruptcy Debtor, KENYA RUIZ, by and through her counsel, will and hereby does move this Court for an order disgorging all fees paid to the Debtor's prior bankruptcy attorney, Gregory L. Bosse (SBN 103641), that accrued and were paid to Mr. Bosse during the pendency of the above bankruptcy case.

Debtor believes that figure to be $24,577.15.

**NONPROFIT LEGAL SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

1
DEBTOR KENYA RUIZ'S NOTICE OF AND MOTION TO DISGORGE ATTORNEY FEES AND COSTS
**IN RE KENYA RUIZ**

In addition to this motion, and under separate cover, Ms. Ruiz will also seek sanctions against Mr. Bosse in an amount of at least $38,318.64 as set forth therein.

### DATE & TIME OF HEARING

Hearing as to this Motion will be held before the Hon. B. Russell, United States Bankruptcy Court, Central District of California, 255 East Temple Street, Los Angeles, CA 90012. Appearances will be accommodated via ZOOM. However, the appearance, day, and time are all dependent on the reopening of this case currently set for hearing November 3, 2020. Debtor/Moving Party will provide notice if reopening occurs.

This Motion is supported by the statements provided herein, the Memorandum of Points and Authorities filed concurrently herewith, the Declarations of Adam Dolce and Kenya Ruiz and all exhibits thereto, along with the corresponding Motion for Sanctions also filed concurrently herewith. This Motion, and the Motion for Sanctions, will be further supported by Ms. Ruiz's Request for Judicial Notice under Federal Rules of Evidence, Rule 201.

### STATEMENT OF REASONS IN SUPPORT
### LBR 9013-1(c)(3)(B)

1. Debtor hereby incorporates by reference for use herein the Statement of Reasons in Support as enumerated and supported in her corresponding Motion for Sanctions. The same set of facts justify both motions.

### RELIEF NOW REQUESTED

2. Ms. Ruiz joins in Mr. Bosse's Motion to Reopen her bankruptcy case, but only to the extent that Mr. Bosse should be subject to disgorgement and sanctions. Disgorgement is justified in the amount of $24,577.15, which represents the total fees and costs Mr. Bosse was paid during the pendency of Ms. Ruiz's bankruptcy.

NONPROFIT LEGAL SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

2
DEBTOR KENYA RUIZ'S NOTICE OF AND MOTION TO DISGORGE ATTORNEY FEES AND COSTS
IN RE KENYA RUIZ

3. Ms. Ruiz also seeks sanctions, attorney fees, and costs as set forth in her corresponding Motion for Sanctions.

**BASIS FOR RELIEF**

4. As will be set forth in a Memorandum of Points and Authorities, one of the most basic requirements for bankruptcy counsel is to disclose his compensation, and to continually disclose any additional payments made, or fee agreements entered into, between himself and the debtors, including payments made by third parties for the benefit of debtors.

5. Aside from $3,500, Mr. Bosse disclosed nothing against statutory requirements "designed to protect the debtor from the debtor's attorney." (In re Lewis (1997), 113 F. 3d 1040, 1045). It would be hard to believe this Court would approve a fee agreement with the debtor's attorney that would snowball into a $167,000+ judgment. Mr. Bosse knew this and would have known this as experienced bankruptcy counsel (he's been admitted before this Court since 1982).

6. Disgorgement is therefore appropriate.

Respectfully submitted by,

Date: 29 Oct. 2020

_____
Adam D. Dolce
NONPROFIT LEGAL SERVICES, INC.
414 Yale Avenue, Suite B
Claremont CA 91711
Telephone: 909-542-9030
FAX: 909-992-3554
Email(s): thenonprofitlawfirm@gmail.com;
adam@dolcelegal.com

Attorney for Kenya Ruiz

NONPROFIT LEGAL
SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

3
DEBTOR KENYA RUIZ'S NOTICE OF AND MOTION TO DISGORGE ATTORNEY FEES AND COSTS
IN RE KENYA RUIZ

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

414 Yale Avenue, Suite B, Claremont CA 91711

A true and correct copy of the foregoing document entitled (*specify*): DEBTOR KENYA RUIZ'S MOTION FOR DISGORGEMENT OF FEES/COSTS IN FAVOR OF GREGORY L. BOSSE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/29/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

jmenchaca@menchacacpa.com; ca87@ecfcbis.com (John Menchaca - Trustee); ustpregion.16.la.ecf@usdoj.gov (U.S. Trustee (LA)); greg@lawbosse.com (Gregory L. Bosse)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/29/2020 | Adam D. Dolce | /s/ Adam D. Dolce |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                           F 9013-3.1.PROOF.SERVICE