**NONPROFIT LEGAL SERVICES, INC.**
Adam Dolce, Esq. [SBN 310112]
414 Yale Avenue, Suite B
Claremont, CA 91711
Telephone: (909) 542-9030
Fax: (909) 992-3554
Email: thenonprofitlawfirm@gmail.com

Attorney for Debtor, KENYA RUIZ

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| IN RE:<br><br>RUBEN RUIZ; and<br>KENYA RUIZ,<br><br>Debtors. | **Case No. 2:09-bk-26198-BR**<br>Chapter 7<br><br>Related Cases: 2:09-bk-20882-AA; and 2:10-bk-14951-VK<br><br>**DEBTOR KENYA RUIZ'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER MOTIONS FOR DISGORGEMENT AND FOR SANCTIONS AGAINST GREGORY L. BOSSE**<br><br>[FRE, Rule 201]<br><br>**Hearing Date/Time**<br>TBD (pending reopening) |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS:**

Debtor and Moving Party, KENYA RUIZ, by and through her counsel, does hereby request, under Federal Rules of Evidence, Rule 201, that this Court take judicial notice of the following:

///

**NONPROFIT LEGAL SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

1
DEBTOR KENYA RUIZ'S REQUEST FOR JUDICIAL NOTICE (RE: MTN FOR SANCTIONS/DISGORGEMENT)
**IN RE KENYA RUIZ**

1. The Register of Actions in Los Angeles County Superior Court Case No. GC042508, printed/downloaded August 11 2019, a true and correct copy of which is attached hereto as **Exhibit 1**. Debtor does not believe this register is subject to any reasonable dispute as to its accuracy.

2. The Register of Actions in Los Angeles County Superior Case No. 09U04263, printed/downloaded August 11 2019, a true and correct copy of which is attached hereto as **Exhibit 2**. Debtor does not believe this register is subject to any reasonable dispute as to its accuracy.

3. The Register of Actions in Los Angeles County Superior Case No. 09U04258, printed/downloaded August 11 2019, a true and correct copy of which is attached hereto as **Exhibit 3**. Debtor does not believe this register is subject to any reasonable dispute as to its accuracy.

4. The Register of Actions in Los Angeles County Superior Case No. 09U15312, printed/downloaded August 11 2019, a true and correct copy of which is attached hereto as **Exhibit 4**. Debtor does not believe this register is subject to any reasonable dispute as to its accuracy.

5. The Register of Actions in Los Angeles County Superior Case No. 09U15988, printed on January 14, 2019, a true and correct copy of which is attached hereto as **Exhibit 5**. Debtor does not believe this register is subject to any reasonable dispute as to its accuracy.

6. The Register of Actions in the United States Bankruptcy Court Case No. 2:09-bk-20882-AA, printed/downloaded August 10 2019, a true and correct copy of which is attached hereto as **Exhibit 6**. Debtor does not believe this register is subject to any reasonable dispute as to its accuracy.

**NONPROFIT LEGAL SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

2
DEBTOR KENYA RUIZ'S REQUEST FOR JUDICIAL NOTICE (RE: MTN FOR SANCTIONS/DISGORGEMENT)
**IN RE KENYA RUIZ**

7. The Register of Actions in the United States Bankruptcy Court Case No 2:09-bk-26198-BR, printed/downloaded August 11 2019, a true and correct copy of which is attached hereto as **Exhibit 7**. Debtor does not believe this register is subject to any reasonable dispute as to its accuracy.

8. The Register of Actions in the United States Bankruptcy Court Case No. 2:10-bk-14951-VK, printed/downloaded August 11 2019, a true and correct copy of which is attached hereto as **Exhibit 8**. Debtor does not believe this register is subject to any reasonable dispute as to its accuracy.

9. Gregory Bosse's Billing Statements, filed in Orange County Case No. 30-2012-00551965 on June 1, 2016 as Docket Entry No. 74 (Motion), a true and correct copy of which is attached hereto as **Exhibit 9**. While the fact of this being filed is subject to judicial notice, this is also a judicial admission by Mr. Bosse as it is his filing and billing statements.

10. Chapter 13 Petition, filed on February 11, 2010 in United States Bankruptcy Court Case No. 2:10-bk-14951-VK, a true and correct copy of which is attached hereto as **Exhibit 10**.

11. Chapter 13 Schedules, filed on February 25, 2010 in United States Bankruptcy Court Case No. 2:10-bk-14951-VK, a true and correct copy of which is attached hereto as **Exhibit 11.**

12. Minute Orders, three in total (12/29/2009; 01/04/2010; 01/12/2010), entered in Los Angeles County Superior Case No. 09U15988, true and certified copies of which are attached hereto as **Exhibit 12.** Debtor does not believe these orders are subject to any reasonable dispute as to accuracy.

**NONPROFIT LEGAL SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

3
DEBTOR KENYA RUIZ'S REQUEST FOR JUDICIAL NOTICE (RE: MTN FOR SANCTIONS/DISGORGEMENT)
**IN RE KENYA RUIZ**

13. Pre-trial/Civil Minutes and Judgment (02/16/2010; 03/09/2010; 04/13/2010; 05/06/2010; 05/20/2010; 07/08/2010), entered in Los Angeles County Superior Case No. 09U15988, true and certified copies of which are attached hereto as **Exhibit 13**. Debtor does not believe these minutes/judgment are subject to any reasonable dispute as to accuracy.

14. Disclosure of Compensation of Attorney for Debtor (Gregory L. Bosse), executed June 25, 2009 and filed in the United States Bankruptcy Court Case No2:09-bk-26198-BR (as part of initial Chapter 13 Petition and Schedules), a true and correct copy of which is attached hereto as **Exhibit 14.**

15. Conformed Cover Page of Complaint, and Register of Actions, in Los Angeles County Superior Case No. BC424268, printed/downloaded August 11 2019, a true and correct copy of which is attached hereto as **Exhibit 15.** The entirety of this Complaint is provided under separate cover at the Declaration of Adam Dolce, filed concurrently herewith.l

16. OSC and Minute Order regarding OSC [entry of default] (02/09/2010 and 03/15/2010, respectively), entered in Los Angeles County Superior Case No. BC424268, true and certified copies of which are attached hereto as **Exhibit 16.** Debtor does not believe these orders are subject to any reasonable dispute as to accuracy.

17. Minute Order regarding OSC [default judgment] (04/20/2010), entered in Los Angeles County Superior Case No. BC424268, true and accurate copy of which is attached hereto as **Exhibit 17.** Debtor does not believe these orders are subject to any reasonable dispute as to accuracy.

**NONPROFIT LEGAL SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

4
DEBTOR KENYA RUIZ'S REQUEST FOR JUDICIAL NOTICE (RE: MTN FOR SANCTIONS/DISGORGEMENT)
**IN RE KENYA RUIZ**

1  18. Amended Schedule B, filed in the Central District of California Case No 2:09-bk-26198-BR on December 22, 2009, printed/downloaded August 12 2019, a true and accurate copy of which is attached hereto as **Exhibit 18**.

Respectfully submitted by,

Date: 29 Oct. 2020

_____
Adam D. Dolce
NONPROFIT LEGAL SERVICES, INC.
414 Yale Avenue, Suite B
Claremont CA 91711
Telephone: 909-542-9030
FAX: 909-992-3554
Email(s): thenonprofitlawfirm@gmail.com;
adam@dolcelegal.com

Attorney for Kenya Ruiz

NONPROFIT LEGAL SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

5
DEBTOR KENYA RUIZ'S REQUEST FOR JUDICIAL NOTICE (RE: MTN FOR SANCTIONS/DISGORGEMENT)
IN RE KENYA RUIZ

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

414 Yale Avenue, Suite B, Claremont CA 91711

A true and correct copy of the foregoing document entitled (*specify*): REQUEST FOR JUDICIAL NOTICE ISO DEBTOR KENYA RUIZ'S MOTION FOR DISGORGEMETN & FOR SANCTIONS, INCLUDING EXHIBITS 1 THROUGH 18 THERETO

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/29/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

jmenchaca@menchacacpa.com; ca87@ecfcbis.com (John Menchaca - Trustee); ustpregion.16.la.ecf@usdoj.gov (U.S. Trustee (LA)); greg@lawbosse.com (Gregory L. Bosse).

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/29/2020 | Adam D. Dolce | /s/ signature |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE