# CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** GC042508

JOHN SARKISIAN & MICHELLE SARKISIAN, H&W AS JT VS. RUIZ

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 03/09/2009
**Case Type:** Other Breach of Contract/Warranty (not fraud or negligence) (General Jurisdiction)
**Status:** Dismissed - Other 12/17/2009

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

None

# PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

BOSSE GREGORY L. LAW OFFICES OF - Attorney for Defendant

BOSSE GREGORY L. LAW OFFICES OF - Defendant

CISNEROS RUBEN RUIZ AKA RUIZ - Defendant

CISNEROS RUBEN RUIZ AKA RUIZ RUBEN - Defendant

DOES 1 TO 25 - Defendant

HUNTER MOLLOY & SALCIDO LLP - Attorney for Plaintiff

HUNTER MOLLOY & SALCIDO LLP - Attorney for Plaintiff

JOHN SARKISIAN AND MICHELLE SARKISIAN - Plaintiff

JOHN SARKISIAN AND MICHELLE SARKISIAN - Plaintiff

RUIZ KENYA - Defendant

RUIZ KENYA - Defendant

# DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**

**01/06/2010** Notice of Entry of Dismissal & P&S
Filed by JOHN SARKISIAN AND MICHELLE SARKISIAN, (Plaintiff)

**01/06/2010** Notice of Entry of Dismissal & P&S
Filed by Attorney for Plaintiff

**12/17/2009** Request for Dismissal
Filed by JOHN SARKISIAN AND MICHELLE SARKISIAN, (Plaintiff)

**12/17/2009** Request for Entry of Dismissal
Filed by Attorney for Plaintiff

**08/03/2009** Notice-Filing
Filed by KENYA RUIZ (Defendant); RUBEN RUIZ AKA RUIZ CISNEROS (Defendant); Bosse, Gregory L., Law Offices of (Legacy Party)

**08/03/2009** Notice-Filing (BANKRUPTCY PETITION STAY OF PROCEEDINGS)
Filed by Attorney for Defendant

**04/23/2009** Answer
Filed by KENYA RUIZ (Defendant), RUBEN RUIZ AKA RUIZ CISNEROS (Defendant), Bosse, Gregory L., Law Offices of (Legacy Party)

**04/23/2009** Answer to Complaint Filed
Filed by Attorney for Defendant

**04/08/2009** Proof-Service/Summons
Filed by JOHN SARKISIAN AND MICHELLE SARKISIAN, (Plaintiff)

**04/08/2009** Proof-Service/Summons
Filed by Attorney for Plaintiff

**03/30/2009** Proof-Service/Summons
Filed by JOHN SARKISIAN AND MICHELLE SARKISIAN, (Plaintiff)

**03/30/2009** Proof-Service/Summons
Filed by Attorney for Plaintiff

**03/09/2009** Complaint
Filed by JOHN SARKISIAN AND MICHELLE SARKISIAN, (Plaintiff)

**03/09/2009** Complaint Filed

# PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**

**12/17/2009** at 08:30 AM in Department P
Further Status Conference (Further Status Conference; Order of Dismissal) -

**12/17/2009** at 08:30 am in Department P, JAN A. PLUIM, Presiding
Further Status Conference (re: bankruptcy) - **Order of Dismissal**

**08/05/2009** at 08:30 AM in Department P
Case Management Conference (Conference-Case Management; Matter continued) -

**08/05/2009** at 08:30 am in Department P, JAN A. PLUIM, Presiding
Conference-Case Management - **Matter continued**

# REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Register of Actions (Listed in descending order)**

**01/06/2010** Notice of Entry of Dismissal & P&S
Filed by JOHN SARKISIAN AND MICHELLE SARKISIAN, (Plaintiff)

**01/06/2010** Notice of Entry of Dismissal & P&S
Filed by Attorney for Plaintiff

**12/17/2009** at 08:30 AM in Department P
Further Status Conference (Further Status Conference; Order of Dismissal) -

**12/17/2009** at 08:30 am in Department P, JAN A. PLUIM, Presiding
Further Status Conference (re: bankruptcy) - **Order of Dismissal**

**12/17/2009** Request for Dismissal
Filed by JOHN SARKISIAN AND MICHELLE SARKISIAN, (Plaintiff)

**12/17/2009** Request for Entry of Dismissal
Filed by Attorney for Plaintiff

**08/05/2009** at 08:30 AM in Department P
Case Management Conference (Conference-Case Management; Matter continued) -

**08/05/2009** at 08:30 am in Department P, JAN A. PLUIM, Presiding

Conference-Case Management Matter Continued

**08/03/2009** Notice-Filing (BANKRUPTCY PETITION & STAY OF PROCEEDINGS )

Filed by Attorney for Defendant

**08/03/2009** Notice-Filing

Filed by KENYA RUIZ (Defendant); RUBEN RUIZ AKA RUIZ CISNEROS (Defendant); Bosse, Gregory L., Law Offices of (Legacy Party)

**04/23/2009** Answer

Filed by KENYA RUIZ (Defendant); RUBEN RUIZ AKA RUIZ CISNEROS (Defendant); Bosse, Gregory L., Law Offices of (Legacy Party)

**04/23/2009** Answer to Complaint Filed

Filed by Attorney for Defendant

**04/08/2009** Proof-Service/Summons

Filed by Attorney for Plaintiff

**04/08/2009** Proof-Service/Summons

Filed by JOHN SARKISIAN AND MICHELLE SARKISIAN, (Plaintiff)

**03/30/2009** Proof-Service/Summons

Filed by Attorney for Plaintiff

**03/30/2009** Proof-Service/Summons

Filed by JOHN SARKISIAN AND MICHELLE SARKISIAN, (Plaintiff)

**03/09/2009** Complaint Filed

**03/09/2009** Complaint

Filed by JOHN SARKISIAN AND MICHELLE SARKISIAN, (Plaintiff)