# CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

Case Number: 09U04263

NATIONAL CITY BANK VS RUIZ, KENYA

Filing Courthouse:   Stanley Mosk Courthouse

Filing Date: 03/24/2009
Case Type:   U.D. RESIDENTIAL (Limited Jurisdiction)
Status:  Disposed

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

None

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

## Parties

Plaintiff:  NATIONAL CITY BANK
Attorney:   PARTRIDGE, WILLIAM L

Defendant:  RUIZ KENYA

Defendant:  RUIZ RUBIN

Defendant:  RUIZ ALICIA
Attorney:   LAW OFFICES OF GREGORY L BOSSE

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

09/10/2016  CASE DESTROYED PURSUANT TO GC 68152 D(1)/GC 68152 D(2)

11/10/2009  WRIT RETURNED

06/30/2009  NOTICE OF BANKRUPTCY FILED

05/08/2009  A/C - COMPLAINT FILED

05/07/2009  RESPONSE FILED

04/30/2009  WRIT OF POSSESSION ISSUED; RETURNED VIA ATTY SER/OR

04/30/2009  APPLICATION FOR ISSUANCE OF WRIT OF POSSESSION

04/30/2009  WRIT OF POSSESSION OF REAL PROPERTY ISSUED TO LA COUNTY

04/27/2009  DEFAULT JUDGMENT BY CLERK

04/27/2009  JUDGMENT AS TO UNNAMED TENANTS CCP 415.46

04/27/2009  WRIT OF POSSESSION RECEIVED.

04/22/2009  SUBMISSION FOR DEFAULT AND JUDGMENT PENDING

04/22/2009  PROOF OF SERVICE TO COMPLAINT FILED

04/22/2009  REQUEST FOR DEFAULT FILED AND ENTERED

04/22/2009  PROOF OF SERVICE FOR UNNAMED TENANTS FILED.

03/25/2009  NOTICE OF UNLAWFUL DETAINER MAILED

03/24/2009  COMPLAINT FILED

**03/24/2009** SUMMONS FILED