# CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

Case Number: 09U04258

NATIONAL CITY BANK VS RUIZ, KENYA

Filing Courthouse: Stanley Mosk Courthouse

Filing Date: 03/24/2009
Case Type: U.D. RESIDENTIAL (Limited Jurisdiction)
Status: Disposed

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

None

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

### Parties

Plaintiff: NATIONAL CITY BANK
Attorney: PARTRIDGE, WILLIAM L

Defendant: RUIZ KENYA
Attorney: LAW OFFICES OF GREGORY L BOSSE

Defendant: RUIZ RUBIN
Attorney: LAW OFFICES OF GREGORY L BOSSE

Defendant: RUIZ ALICIA
Attorney: BOSSE, GREGORY L

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

**09/10/2016** CASE DESTROYED PURSUANT TO GC 68152 D(1)/GC 68152 D(2)

**10/04/2010** EXHIBITS DESTROYED.

**11/25/2009** EXHIBITS RECEIVED, LOGGED AND STORED AT STANLEY MOSK COURT RM. 325A.

**10/23/2009** PRE-TRIAL MINUTES

**10/23/2009** NON-JURY TRIAL CONCLUDED - JUDGMENT ENTERED

**10/23/2009** NON-JURY TRIAL JUDGMENT

**10/23/2009** CLERK'S NOTICE OF ENTRY OF JUDGMENT FILED AND MAILED

**10/23/2009** ORDER OF DISMISSAL JUDGMENT

**10/22/2009** PRE-TRIAL MINUTES-CONTD TO 10/23/09 AT 08:30 A M IN DEPT. 94

**10/09/2009** PRE-TRIAL MINUTES-CONTD TO 10/22/09 AT 08:30 A M IN DEPT. 94

**09/25/2009** NOTICE OF CONTINUED TRIAL FILED.

**09/08/2009** PRE-TRIAL MINUTES-CONTD TO 10/09/09 AT 08:30 A M IN DEPT. 94

**07/07/2009** PRE-TRIAL MINUTES-CONTD TO 09/08/09 AT 08:30 A M IN DEPT. 94

**05/07/2009** PRE-TRIAL MINUTES-CONTD TO 07/07/09 AT 08:30 A M IN DEPT. 94

**05/06/2009** NOTICE OF FILING BANKRUPTCY PETITION AND STAY OF PROCEEDINGS FILED.

**04/23/2009** NOTICE OF TRIAL MAILED

**04/23/2009** NON-JURY TRIAL SET FOR 05/07/09, 08:30 AM, DEPT 94

**04/23/2009** 415.46 DEFAULT PACKAGE RECIEVED

**04/23/2009** DEFAULT AS TO UNNAMED TENANTS CCP 415.46****PREVIOUSLY ENTERED****

**04/22/2009** MEMO TO SET CASE FOR TRIAL FILED-30 MIN(S)

**04/22/2009** SUBMISSION FOR DEFAULT ONLY PENDING

**04/22/2009** REQUEST FOR DEFAULT FILED AND NOT ENTERED

**04/22/2009** PROOF OF SERVICE FOR UNNAMED TENANTS FILED.

**04/22/2009** DEFAULT AS TO UNNAMED TENANTS CCP 415.46****

**04/22/2009** PROOF OF SERVICE KENYA RUIZ

**04/22/2009** PROOF OF SERVICE RUBIN RUIZ

**04/14/2009** PROOF OF SERVICE BY MAIL/ANSWER FILED

**04/14/2009** PROOF OF SERVICE BY MAIL/ANSWER FILED

**04/10/2009** RESPONSE FILED

**04/06/2009** RESPONSE FILED

**04/02/2009** RESPONSE FILED

**03/24/2009** COMPLAINT FILED

**03/24/2009** SUMMONS FILED

**03/24/2009** NOTICE OF UNLAWFUL DETAINER MAILED