# CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

Case Number: 09U15312

NATIONAL CITY BANK VS SANTOS, MARIA IMELDA

Filing Courthouse: Stanley Mosk Courthouse

Filing Date: 10/27/2009
Case Type: U.D. RESIDENTIAL (Limited Jurisdiction)
Status: Disposed

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

None

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

## Parties

Plaintiff: NATIONAL CITY BANK

Defendant: SANTOS MARIA IMELDA

Defendant: RUIZ RUBEN

Defendant: RUIZ KENYA

Defendant: HERNANDEZ ROBERTO AGUILAR

Attorney for Plaintiff: PITE DUNCAN LLP
Attorney: PLAIN

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

**06/22/2010** WRIT RETURNED

**12/07/2009** WRIT OF POSSESSION ISSUED-LA COUNTY-ATTORNEY SERVICE BIN-AB; WRIT OF POSSESSION ISSUED-LA COUNTY-ATTORNEY SERVICE BIN-AB;

**12/07/2009** APPLICATION FOR ISSUANCE OF WRIT OF POSSESSION-FILED-AB; APPLICATION FOR ISSUANCE OF WRIT OF POSSESSION-FILED-AB;

**12/07/2009** WRIT OF POSSESSION OF REAL PROPERTY ISSUED TO LA COUNTY

**12/04/2009** WRIT OF POSSESSIONS RECEIVED WRIT OF POSSESSIONS RECEIVED

**12/02/2009** DEFAULT JUDGMENT BY CLERK

**12/02/2009** JUDGMENT AS TO UNNAMED TENANTS ENTERED. JUDGMENT AS TO UNNAMED TENANTS ENTERED.

**11/25/2009** SUBMISSION FOR DEFAULT AND JUDGMENT PENDING *** DEFAULT PROCESSE

**11/25/2009** PROOF OF SERVICE TO COMPLAINT FILED

**11/25/2009** REQUEST FOR DEFAULT FILED AND ENTERED

**11/25/2009** PROOF OF SERVICE AS TO UNNAMED TENANTS FILED. PROOF OF SERVICE AS TO UNNAMED TENANTS FILED.

**10/28/2009** NOTICE OF UNLAWFUL DETAINER MAILED

**10/27/2009** COMPLAINT FILED Filing Fee: 220.00

**10/27/2009** SUMMONS FILED