Page 1 of 7

Case 2:09-bk-26198-BR    Doc 52-5    Filed 10/29/20    Entered 10/29/20 07:46:55    Desc
Exhibit Exhibit 5 - ROA 09U15988    Page 1 of 7

# Case Access Information

## Case Information

| | |
|---|---|
| **Case Number** | **Case Title** |
| 09U15988 | NATIONAL CITY BANK VS RUIZ, KENYA |

| **Filing Date** | **Filing Courthouse** | **Status** |
|---|---|---|
| November 06, 2009 | Stanley Mosk Courthouse | Disposed |

**Case Type**
U.D. RESIDENTIAL (Limited Jurisdiction)

## Parties Information

| Party Name | Party Type |
|---|---|
| NATIONAL CITY BANK | Plaintiff |
| RUIZ KENYA | Defendant |
| RUIZ RUBIN | Defendant |
| RUIZ ALICIA | Defendant |
| PITE DUNCAN LLP (Attorney: PLAIN) | Attorney for Plaintiff |
| BOSSE GREGORY LEE (Attorney: DEF) | Attorney for Defendant |
| BOSSE GREGORY LEE (Attorney: DEF) | Attorney for Defendant |
| BOSSE GREGORY LEE (Attorney: DEF) | Attorney for Defendant |

Case 2:09-bk-26198-BR   Doc 52-5   Filed 10/29/20   Entered 10/29/20 07:46:55   Desc
Exhibit Exhibit 5 - ROA 09U15988   Page 2 of 7

Page 2 of 7

## Case History Information

| Date | Description |
|---|---|
| September 21, 2010 | WRIT RETURNED |
| July 19, 2010 | WRIT OF POSSESSION OF REAL PROPERTY ISSUED TO LA COUNTY |
| July 19, 2010 | WRIT OF POSSESSION ISSUED; RETURNED VIA ATTY SER/OR WRIT OF POSSESSION ISSUED; RETURNED VIA ATTY SER/OR |
| July 9, 2010 | CLERK'S NOTICE OF ENTRY OF JUDGMENT FILED AND MAILED |
| July 9, 2010 | WRIT OF POSSESSION REJECTED, COMPLETE THE NAME OF THE CREDITOR AS WRIT OF POSSESSION REJECTED, COMPLETE THE NAME OF THE CREDITOR AS SHOWN ON THE JUDGMENT RETURNED BY MAIL/GSV |
| July 8, 2010 | NON-JURY TRIAL CONCLUDED - JUDGMENT ENTERED |
| July 8, 2010 | NON-JURY TRIAL CONCLUDED - JUDGMENT ENTERED |
| July 8, 2010 | DECLARATION OF JASON W SHORT ESQ. ACCOMPANYING SUBMISSION OF CERTIFIED DECLARATION OF JASON W SHORT ESQ. ACCOMPANYING SUBMISSION OF CERTIFIED BANKRUPTCY DOCUMENTS IS FILED BY PLAINTIFF. |
| July 8, 2010 | FAILURE TO APPEAR JUDGMENT |
| July 8, 2010 | DEFAULT JUDGMENT BY COURT |
| May 20, 2010 | PRE-TRIAL MINUTES-CONTD TO 07/08/10 AT 08:30 A M IN DEPT. 94 |
| May 20, 2010 | PRE-TRIAL MINUTES-CONTD TO 07/08/10 AT 08:30 A M IN DEPT. 94 |
| May 6, 2010 | NOTICE OF BANKRUPTCY FILED |
| May 6, 2010 | PRE-TRIAL MINUTES-CONTD TO 05/20/10 AT 08:30 A M IN DEPT. 94 |
| May 6, 2010 | PRE-TRIAL MINUTES-CONTD TO 05/20/10 AT 08:30 A M IN DEPT. 94 |
| April 13, 2010 | PRE-TRIAL MINUTES-CONTD TO 05/06/10 AT 08:30 A M IN DEPT. 94 |
| April 13, 2010 | PRE-TRIAL MINUTES-CONTD TO 05/06/10 AT 08:30 A M IN DEPT. 94 |

Case 2:09-bk-26198-BR    Doc 52-5    Filed 10/29/20    Entered 10/29/20 07:46:55    Desc
Exhibit Exhibit 5 - ROA 09U15988    Page 3 of 7

Page 3 of 7

| Date | Description |
|---|---|
| March 9, 2010 | PRE-TRIAL MINUTES-CONTD TO 04/13/10 AT 08:30 A M IN DEPT. 94 |
| March 9, 2010 | PRE-TRIAL MINUTES-CONTD TO 04/13/10 AT 08:30 A M IN DEPT. 94 |
| February 16, 2010 | PRE-TRIAL MINUTES-CONTD TO 03/09/10 AT 08:30 A M IN DEPT. 94 |
| February 16, 2010 | PRE-TRIAL MINUTES-CONTD TO 03/09/10 AT 08:30 A M IN DEPT. 94 |
| February 16, 2010 | PLAINTIFFS'S SUPPLEMENTAL TRIAL FILED. Plaintiffs's supplemental trial filed. |
| February 1, 2010 | NOTICE OF TRIAL MAILED |
| February 1, 2010 | NON-JURY TRIAL SET FOR 02/16/10, 08:30 AM, DEPT 94 |
| January 29, 2010 | MEMO TO SET CASE FOR TRIAL FILED-30 MIN(S) |
| January 28, 2010 | PROOF OF SERVICE TO COMPLAINT FILED |
| January 28, 2010 | REQUEST FOR DEFAULT FILED AND ENTERED |
| January 28, 2010 | PROOF OF SERVICE FOR UNNAMED TENANTS FILED. PROOF OF SERVICE FOR UNNAMED TENANTS FILED. |
| January 28, 2010 | DEFAULT AS TO UNNAMED TENANTS CCP 415.46**** DEFAULT AS TO UNNAMED TENANTS CCP 415.46**** |
| January 28, 2010 | SUBMISSION FOR DEFAULT ONLY PENDING *** DEFAULT PROCESSE |
| January 19, 2010 | RESPONSE FILED - ANSWER |
| January 19, 2010 | RESPONSE FILED - ANSWER |
| January 12, 2010 | MOTION RULING ISSUED Stipulation for the appointment of Court Commissioner as temporary judge is signed and filed. DEMURRER OVERRULED. DEFENDANTS TO ANSWER IN FIVE DAYS. CLERK TO GIVE NOTICE. CLERK'S CERTIFICATE OF SERVICE BY MAIL IS EXECUTED. |

Case 2:09-bk-26198-BR    Doc 52-5    Filed 10/29/20    Entered 10/29/20 07:46:55    Desc
Exhibit Exhibit 5 - ROA 09U15988    Page 4 of 7

Page 4 of 7

| Date | Description |
|---|---|
| January 12, 2010 | MOTION RULING ISSUED Stipulation for the appointment of Court Commissioner as temporary judge is signed and filed. DEMURRER OVERRULED. DEFENDANTS TO ANSWER IN FIVE DAYS. CLERK TO GIVE NOTICE. CLERK'S CERTIFICATE OF SERVICE BY MAIL IS EXECUTED. |
| January 12, 2010 | MOTION RULING ISSUED Stipulation for the appointment of Court Commissioner as temporary judge is signed and filed. DEMURRER OVERRULED. DEFENDANTS TO ANSWER IN FIVE DAYS. CLERK TO GIVE NOTICE. CLERK'S CERTIFICATE OF SERVICE BY MAIL IS EXECUTED. |
| January 11, 2010 | BRIEF OF DEFENDANT'S IN RE; CODE OF CIVIL PROCEDURE 1161A AND THE BRIEF OF DEFENDANT'S IN RE; CODE OF CIVIL PROCEDURE 1161A AND THE 60 DAY NOTICE TO QUIT REQUIREMENT |
| January 4, 2010 | MOTION CONT.: FOR DEMURRER TO COMPLAINT HEARING SET FOR 1/12/10 Stipulation for the appointment of Court Commissioner as temporary judge is signed and filed. NOTICE WAIVED. |
| January 4, 2010 | MOTION CONT.: FOR DEMURRER TO COMPLAINT HEARING SET FOR 1/12/10 Stipulation for the appointment of Court Commissioner as temporary judge is signed and filed. NOTICE WAIVED. |
| December 31, 2009 | CIVIL DEPOSIT OF $410.00 POSTED ON BEHALF OF RUBIN RUIZ & ALICIA RUIZ CIVIL DEPOSIT OF $410.00 POSTED ON BEHALF OF RUBIN RUIZ & ALICIA RUIZ CCH481620044 |
| December 29, 2009 | MOTION CONT.: FOR DEMURRER TO COMPLAINT HEARING SET FOR 1/04/10 Stipulation for the appointment of Court Commissioner as temporary judge is signed and filed. CONTINUED FOR COLLECTION OF FIRST APPEARANCE FEES BALANCE BY CLERK'S OFFICE. NOTICE WAIVED. |
| December 23, 2009 | PLAINTIFF'S POINTS AND AUTHORITIES IN OPPOSITION TO DEMURRER PLAINTIFF'S POINTS AND AUTHORITIES IN OPPOSITION TO DEMURRER |
| November 13, 2009 | MOTION FILED: FOR DEMURRER TO COMPLAINT HEARING SET FOR 1/12/10 |
| November 13, 2009 | A/C - MOTION FILING REASON: COURT ORDER |
| November 13, 2009 | RESPONSE FILED - MOTION |

Case 2:09-bk-26198-BR    Doc 52-5    Filed 10/29/20    Entered 10/29/20 07:46:55    Desc
Exhibit Exhibit 5 - ROA 09U15988    Page 5 of 7

Page 5 of 7

| Date | Description |
|------|-------------|
| November 13, 2009 | A/C - MOTION FILING REASON: COURT ORDER |
| November 6, 2009 | COMPLAINT FILED Filing Fee: 220.00 |
| November 6, 2009 | SUMMONS FILED |
| November 6, 2009 | NOTICE OF UNLAWFUL DETAINER MAILED |

Case 2:09-bk-26198-BR    Doc 52-5    Filed 10/29/20    Entered 10/29/20 07:46:55    Desc
Exhibit Exhibit 5 - ROA 09U15988    Page 6 of 7

Page 6 of 7

## Register of Actions Information

| Date | Description | Additional Information |
|------|-------------|------------------------|
| September 21, 2010 | Writ - Return | |
| July 09, 2010 | Notice of Entry of Judgment / Dismissal / Other Order | |
| July 08, 2010 08:30 AM | Non-Jury Trial | ( 94) |
| July 08, 2010 | Judgment | |
| July 08, 2010 | Default Judgment | |
| May 20, 2010 08:30 AM | Non-Jury Trial | ( 94) |
| May 20, 2010 | Minute Order | |
| May 06, 2010 08:30 AM | Non-Jury Trial | ( 94) |
| May 06, 2010 | Minute Order | |
| May 06, 2010 | Other - (name extension) | |
| April 13, 2010 08:30 AM | Non-Jury Trial | ( 94) |
| April 13, 2010 | Minute Order | |
| March 09, 2010 08:30 AM | Non-Jury Trial | ( 94) |
| March 09, 2010 | Minute Order | |
| February 16, 2010 08:30 AM | Jury Trial | ( 94) |
| February 16, 2010 | Minute Order | |
| February 01, 2010 | Notice of Trial | |
| January 29, 2010 | Request/Counter-Request To Set Case For Trial | |
| January 28, 2010 | (name extension) | |
| January 28, 2010 | (name extension) | |
| January 19, 2010 | Response (name extension) | |

| Date | Description | Additional Information |
|---|---|---|
| January 19, 2010 | Response (name extension) | |
| January 12, 2010 09:15 AM | Hearing on Demurrer - without Motion to Strike | |
| January 12, 2010 09:15 AM | Hearing on Demurrer - without Motion to Strike | |
| January 12, 2010 | Minute Order | |
| January 04, 2010 09:15 AM | Hearing on Demurrer - without Motion to Strike | |
| January 04, 2010 | Minute Order | |
| December 29, 2009 | Minute Order | |
| November 13, 2009 | Response (name extension) | |
| November 13, 2009 | Motion re: (name extension) | |
| November 06, 2009 | Complaint | |
| November 06, 2009 | Summons | |
| November 06, 2009 | Notice of Unlawful Detainer (Eviction) | |