**2:09-bk-20882-AA** Ruben Ruiz and Kenya Ruiz
Case type: bk  Chapter: 13  Asset: Yes Vol: v  Judge: Alan M. Ahart
Date filed: 05/06/2009  Date of last filing: 08/24/2009
**Debtor dismissed:** 05/27/2009  **Joint debtor dismissed:** 05/27/2009
Date terminated: 08/24/2009

## Attorneys

**Gregory L Bosse**
701 S Parker St Ste 6000
Orange, CA 92868
714-550-9555
714-316-1344 (fax)
greg@lawbosse.com
*Assigned: 05/06/2009*
*LEAD ATTORNEY*

representing

**Kenya Ruiz**
3542 E 6th St
Los Angeles, CA 90023
626-533-4941
*(Joint Debtor)*

**Ruben Ruiz**
3542 E 6th St
Los Angeles, CA 90023
626-533-4941
*(Debtor)*

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 08/10/2019 13:43:24 | | |
| **PACER Login:** | adamdolce:5189711:0 | **Client Code:** |
| **Description:** | Attorney List | **Search Criteria:** | 2:09-bk-20882-AA |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## U.S. Bankruptcy Court
### Central District of California (Los Angeles)
### Bankruptcy Petition #: 2:09-bk-20882-AA

*Date filed:* 05/06/2009
*Date terminated:* 08/24/2009
*Debtor dismissed:* 05/27/2009
*Joint debtor dismissed:* 05/27/2009
*341 meeting:* 06/15/2009

*Assigned to:* Alan M. Ahart
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Other Reason
*Joint debtor disposition:* Dismissed for Other Reason

**Debtor**
**Ruben Ruiz**
3542 E 6th St
Los Angeles, CA 90023
LOS ANGELES-CA
626-533-4941
SSN / ITIN: xxx-xx-0569

represented by **Gregory L Bosse**
701 S Parker St Ste 6000
Orange, CA 92868
714-550-9555
Fax : 714-316-1344
Email: greg@lawbosse.com

**Joint Debtor**
**Kenya Ruiz**
3542 E 6th St
Los Angeles, CA 90023
LOS ANGELES-CA
626-533-4941
SSN / ITIN: xxx-xx-2863

represented by **Gregory L Bosse**
(See above for address)

**Trustee**
**Kathy A Dockery (TR)**
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017
(213) 996-4400

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

## There are proceedings for case 2:09-bk-20882-AA but none satisfy the selection criteria.

PACER Service Center

**Transaction Receipt**

08/10/2019 13:42:56

| PACER Login: | adamdolce:5189711:0 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:09-bk-20882-AA Fil or Ent: filed From: 5/10/2019 To: 8/12/2019 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 1 | Cost: | 0.10 |

**2:09-bk-20882-AA** Ruben Ruiz and Kenya Ruiz
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Alan M. Ahart
**Date filed:** 05/06/2009 **Date of last filing:** 08/24/2009
**Debtor dismissed:** 05/27/2009 **Joint debtor dismissed:** 05/27/2009
**Date terminated:** 08/24/2009

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| | Filed: | 05/06/2009 | Receipt Number and Filing Fee (Auto) |
| | Entered: | 05/07/2009 | |
| 1 | Filed & Entered: | 05/06/2009 | Voluntary Petition (Chapter 13) |
| 2 | Filed & Entered: | 05/06/2009 | Meeting (AutoAssign Chapter 13) |
| 3 | Filed & Entered: | 05/06/2009 | Statement About Your Social Security Numbers (Official Form 121) |
| 4 | Filed & Entered: | 05/08/2009 | BNC Certificate of Notice |
| 5 | Filed & Entered: | 05/08/2009 | BNC Certificate of Notice |
| 6 | Filed & Entered: | 05/08/2009 | BNC Certificate of Notice |
| 7 | Filed: | 05/21/2009 | Debtor's Request for Voluntary Dismissal of Ch 13 Case |
| | Entered: | 05/26/2009 | |
| 8 | Filed & Entered: | 05/27/2009 | ORDER and Notice of arising from Ch 13 db'd req. for vol. dism. (11 U.S.C. Sec. 1307(b)) (BNC) |
| 9 | Filed: | 05/29/2009 | BNC Certificate of Notice |
| | Entered: | 06/01/2009 | |
| 10 | Filed & Entered: | 08/18/2009 | Chapter 13 Trustee's Final Report and Account (batch) |
| 11 | Filed & Entered: | 08/18/2009 | Proof of service |
| 12 | Filed & Entered: | 08/21/2009 | ORDER discharging chapter 13 panel trustee and exonerate bond liability |
| 13 | Filed & Entered: | 08/24/2009 | Close Bankruptcy Case |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/10/2019 13:45:00 | | | |
| PACER Login: | adamdolce:5189711:0 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 2:09-bk-20882-AA Type: History |
| Billable Pages: | 1 | Cost: | 0.10 |

RJN - Exhibit 6 - Page 4 of 4