**2:09-bk-26198-BR** Ruben Ruiz and Kenya Ruiz
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Barry Russell
**Date filed:** 06/25/2009 **Date of last filing:** 09/30/2010
**Debtor discharged:** 09/24/2010 **Joint debtor discharged:** 09/24/2010
**Date terminated:** 09/30/2010

# Attorneys

**Gregory L Bosse**
701 S Parker St Ste 6000
Orange, CA 92868
714-550-9555
714-316-1344 (fax)
greg@lawbosse.com
  Assigned: 06/25/2009
  LEAD ATTORNEY

representing

**Kenya Ruiz**
3542 E 6th St
Los Angeles, CA 90023
626-533-4941
*(Joint Debtor)*

**Ruben Ruiz**
3542 E 6th St
Los Angeles, CA 90023
626-533-4941
*(Debtor)*

**Christopher M McDermott**
Aldridge Pite, LLP
4375 Jutland Dr Ste 200
San Diego, CA 92117
619-590-1300
619-590-1385 (fax)
ch11ecf@aldridgepite.com
  Assigned: 07/22/2009

representing

**National City Bank**
*(Creditor)*

**Ramesh Singh**
Recovery Management Systems Corp
25 S E 2nd Ave Ste 1120
Miami, FL 33131
305-379-7674
305-374-8113 (fax)
claims@recoverycorp.com
  Assigned: 09/27/2009

representing

**Courtesy NEF**
*(Interested Party)*

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/11/2019 09:58:18 | | | |
| **PACER Login:** | adamdolce:5189711:0 | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 2:09-bk-26198-BR |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Bankruptcy Petition #: 2:09-bk-26198-BR

|  |  |
|---|---|
| *Assigned to:* Barry Russell | *Date filed:* 06/25/2009 |
| Chapter 7 | *Date converted:* 08/11/2009 |
| Previous chapter 13 | *Date reopened:* 05/21/2010 |
| Voluntary | *Date terminated:* 09/30/2010 |
| No asset | *Debtor discharged:* 09/24/2010 |
|  | *Joint debtor discharged:* 09/24/2010 |
|  | *341 meeting:* 09/21/2009 |
|  | *Deadline for objecting to discharge:* 11/03/2009 |
| *Debtor disposition:* Standard Discharge | *Deadline for financial mgmt. course:* 10/19/2009 |
| *Joint debtor disposition:* Standard Discharge |  |

***Debtor***
**Ruben Ruiz**
3542 E 6th St
Los Angeles, CA 90023
LOS ANGELES-CA
626-533-4941
SSN / ITIN: xxx-xx-0569

represented by **Gregory L Bosse**
701 S Parker St Ste 6000
Orange, CA 92868
714-550-9555
Fax : 714-316-1344
Email: greg@lawbosse.com

***Joint Debtor***
**Kenya Ruiz**
3542 E 6th St
Los Angeles, CA 90023
LOS ANGELES-CA
626-533-4941
SSN / ITIN: xxx-xx-2863

represented by **Gregory L Bosse**
(See above for address)

***Trustee***
**Kathy A Dockery (TR)**
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017
(213) 996-4400
*TERMINATED: 08/12/2009*

***Trustee***
**John J Menchaca (TR)**
835 Wilshire Blvd., Suite 300
Los Angeles, CA 90017
(213) 683-3317

***U.S. Trustee***
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

**There are proceedings for case 2:09-bk-26198-BR but none satisfy the selection**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/11/2019 09:58:47 | | | |
| **PACER Login:** | adamdolce:5189711:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:09-bk-26198-BR Fil or Ent: filed From: 5/13/2019 To: 8/12/2019 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**2:09-bk-26198-BR** Ruben Ruiz and Kenya Ruiz
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Barry Russell
**Date filed:** 06/25/2009 **Date of last filing:** 09/30/2010
**Debtor discharged:** 09/24/2010 **Joint debtor discharged:** 09/24/2010
**Date terminated:** 09/30/2010

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
|  | *Filed:* *Entered:* | 06/25/2009 06/26/2009 | 🌐 Receipt Number and Filing Fee (Auto) |
| 1 | *Filed & Entered:* | 06/25/2009 | 🌐 Voluntary Petition (Chapter 13) |
| 2 | *Filed & Entered:* | 06/25/2009 | 🌐 Meeting (AutoAssign Chapter 13) |
| 3 | *Filed & Entered:* | 06/25/2009 | 🌐 Certificate of Credit Counseling |
| 4 | *Filed & Entered:* | 06/25/2009 | 🌐 Declaration by Debtor as to Whether Db Received Income From an Employer (LBR Form F1002-1) |
| 5 | *Filed & Entered:* | 06/25/2009 | 🌐 Chapter 13 Plan (LBR F3015-1) |
| 6 | *Filed & Entered:* | 06/27/2009 | 🌐 BNC Certificate of Notice |
| 7 | *Filed & Entered:* | 07/21/2009 | 🌐 Notice of Hearing |
| 9 | *Filed:* *Entered:* | 07/21/2009 07/24/2009 | 🌐 Proof of service |
|  | *Filed & Entered:* | 07/22/2009 | 🌐 Automatic docket of credit card/debit card |
| 8 | *Filed & Entered:* *Terminated:* | 07/22/2009 03/25/2010 | 🌐 Motion for Relief from Stay - Unlawful Detainer |
|  | *Filed & Entered:* | 07/23/2009 | 🌐 Hearing (Bk Motion) Set |
| 10 | *Filed:* *Entered:* | 08/05/2009 08/06/2009 | 🌐 Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support |
|  | *Filed:* *Entered:* | 08/11/2009 08/12/2009 | 🌐 Receipt Number and Filing Fee (Auto) |
| 11 | *Filed:* *Entered:* | 08/11/2009 08/12/2009 | 🌐 Debtor's Notice of Conversion to Chapter 7 |
|  | *Filed & Entered:* | 08/12/2009 | 🌐 Judge Reassignment |
| 12 | *Filed & Entered:* | 08/12/2009 | 🌐 Convert Case to Chapter 7 (Optional BNC) |
| 13 | *Filed & Entered:* | 08/12/2009 | 🌐 Meeting of Creditors Chapter 7 Asset |
| 14 | *Filed & Entered:* | 08/12/2009 | 🌐 Notice of Requirement to Complete Course in Financial Management (BNC) |
| 15 | *Filed & Entered:* | 08/13/2009 | 🌐 Amended Motion |

| | | | |
|---|---|---|---|
| | Terminated: | 09/26/2009 | |
| | Filed & Entered: | 08/14/2009 | Hearing (Bk Motion) Set |
| 16 | Filed & Entered: | 08/14/2009 | BNC Certificate of Notice |
| 17 | Filed & Entered: | 08/14/2009 | BNC Certificate of Notice |
| 18 | Filed & Entered: | 08/14/2009 | BNC Certificate of Notice |
| 19 | Filed: Entered: | 08/17/2009 08/21/2009 | Notice of Change of Address |
| 20 | Filed: Entered: | 08/17/2009 08/21/2009 | Notice of Change of Address |
| 21 | Filed & Entered: | 09/04/2009 | Notice of Intent to File Trustees Final Rpt and Acct-Ch 13 Dismissed/Converted (batch) |
| 22 | Filed & Entered: | 09/08/2009 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) |
| 23 | Filed & Entered: | 09/10/2009 | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) |
| 24 | Filed & Entered: | 09/26/2009 | Order on Amended Motion (BNC-PDF) |
| 25 | Filed & Entered: | 09/27/2009 | Request for courtesy Notice of Electronic Filing (NEF) |
| 26 | Filed & Entered: | 09/30/2009 | BNC Certificate of Notice - PDF Document |
| | Filed & Entered: | 10/05/2009 | Chapter 7 Trustee's Report of No Distribution |
| 27 | Filed & Entered: | 12/11/2009 | Decl. re: non-receipt of obj. to Trustees Final Report (Dismissed/Converted Chapter 13 Cases) |
| 28 | Filed & Entered: | 12/11/2009 | Chapter 13 Trustee's Final Report and Account (batch) |
| 29 | Filed & Entered: | 12/11/2009 | Proof of service |
| 30 | Filed: Entered: | 12/22/2009 12/29/2009 | Schedule B (Official Form B6B) - Personal Property (For Cases filed before 12/01/2015) |
| 30 | Filed: Entered: | 12/22/2009 12/29/2009 | Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207) |
| 31 | Filed & Entered: | 01/06/2010 | ORDER discharging chapter 13 panel trustee and exonerate bond liability |
| | Filed: Entered: | 03/01/2010 03/02/2010 | Receipt Number and Filing Fee (Auto) |
| 32 | Filed & Entered: | 03/25/2010 | Case Closed Without Discharge Ch 7 (BNC) |
| 33 | Filed & Entered: | 03/27/2010 | BNC Certificate of Notice |
| | Filed & Entered: | 04/28/2010 | Automatic docket of credit card/debit card |
| 34 | Filed & Entered: Terminated: | 04/28/2010 05/20/2010 | Motion to Reopen Case |

| | | | |
|---|---|---|---|
| 35 | Filed:<br>Entered: | 05/20/2010<br>05/21/2010 | 🌐 Order on Motion to Reopen Case (BNC-PDF) |
| 36 | Filed &<br>Entered: | 06/03/2010 | 🌐 Certification About a Financial Management Course for Debtor 1 (Official Form 423) |
| 37 | Filed &<br>Entered: | 06/03/2010 | 🌐 Certification About a Financial Management Course for Debtor 1 (Official Form 423) |
| | Filed:<br>Entered: | 07/06/2010<br>07/07/2010 | 🌐 Receipt Number and Filing Fee (Auto) |
| 38 | Filed &<br>Entered: | 09/24/2010 | 🌐 ORDER OF DISCHARGE - Chapter 7 (BNC) |
| 39 | Filed &<br>Entered: | 09/26/2010 | 🌐 BNC Certificate of Notice |
| 40 | Filed &<br>Entered: | 09/30/2010 | 🌐 Close Bankruptcy Case |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/11/2019 09:59:18 | | | |
| **PACER Login:** | adamdolce:5189711:0 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 2:09-bk-26198-BR Type: History |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

RJN - Exhibit 7 - Page 6 of 6