Case 2:09-bk-26198-BR Doc 52-8 Filed 10/29/20 Entered 10/29/20 07:46:55 Desc
Exhibit Exhibit 8 - Cover and ROA BK3 Page 1 of 6

2:10-bk-14951-VK Kenya Ruiz
Case type: bk Chapter: 13 Asset: Yes Vol: v Judge: Victoria S. Kaufman
Date filed: 02/11/2010 Date of last filing: 08/19/2010
Debtor dismissed: 06/09/2010
Date terminated: 08/19/2010

# Attorneys

| | | |
|---|---|---|
| **Nancy K Curry**<br>606 South Olive Street, Suite 950<br>Los Angeles, CA 90014<br>213-689-3014<br>ecfnc@trustee13.com<br> *Assigned: 03/31/2010* | representing | **Nancy K Curry (TR)**<br>1000 Wilshire Blvd., Suite 870<br>Los Angeles, CA 90017<br>213-689-3014<br>trustee13la@aol.com<br>*(Trustee)* |
| **Angela M Fontanini**<br>4375 Jutland Dr Ste 200<br>San Diego, CA 92177-0933<br>858-750-7600<br>619-590-1385 (fax)<br>ecfcacb@piteduncan.com<br> *Assigned: 03/08/2010* | representing | **National City Bank**<br>*(Creditor)* |
| **Ramesh Singh**<br>Recovery Management Systems Corp<br>25 S E 2nd Ave Ste 1120<br>Miami, FL 33131<br>305-379-7674<br>305-374-8113 (fax)<br>claims@recoverycorp.com<br> *Assigned: 02/21/2010* | representing | **Courtesy NEF**<br>*(Interested Party)* |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** ||||
| 08/11/2019 10:02:46 ||||
| **PACER Login:** | adamdolce:5189711:0 | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 2:10-bk-14951-VK |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

RestrictedDISMISSED, CLOSED

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Bankruptcy Petition #: 2:10-bk-14951-VK

*Assigned to:* Victoria S. Kaufman
Chapter 13
Voluntary
Asset

*Date filed:* 02/11/2010
*Date terminated:* 08/19/2010
*Debtor dismissed:* 06/09/2010
*341 meeting:* 03/30/2010

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Kenya Ruiz**
3542 E 6th St
Los Angeles, CA 90023
LOS ANGELES-CA
626-533-4941
SSN / ITIN: xxx-xx-2863

represented by **Kenya Ruiz**
PRO SE

**Trustee**
**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

represented by **Nancy K Curry**
606 South Olive Street, Suite 950
Los Angeles, CA 90014
213-689-3014
Email: ecfnc@trustee13.com

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

**There are proceedings for case 2:10-bk-14951-VK but none satisfy the selection criteria.**

| **PACER Service Center** |||
|---|---|---|
| **Transaction Receipt** |||
| 08/11/2019 10:03:21 |||
| **PACER Login:** | adamdolce:5189711:0 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 2:10-bk-14951-VK Fil or Ent: filed From: 5/13/2019 To: 8/12/2019 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |

RJN - Exhibit 8 - Page 2 of 6

| Billable | 1 | Cost: | 0.10 |
|---|---|---|---|

Case 2:09-bk-26196-BR    Doc 52-8    Filed 10/29/20    Entered 10/29/20 07:46:55    Desc
Exhibit Exhibit 8 - Cover and ROA BK3    Page 3 of 6

**2:10-bk-14951-VK** Kenya Ruiz
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Victoria S. Kaufman
**Date filed:** 02/11/2010 **Date of last filing:** 08/19/2010
**Debtor dismissed:** 06/09/2010
**Date terminated:** 08/19/2010

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
|  | *Filed:* *Entered:* | 02/11/2010 02/12/2010 | ● Receipt Number and Filing Fee (Auto) |
| 1 | *Filed & Entered:* | 02/11/2010 | ● Voluntary Petition (Chapter 13) |
| 2 | *Filed & Entered:* | 02/11/2010 | ● Meeting (AutoAssign Chapter 13) |
| 3 | *Filed & Entered:* | 02/11/2010 | ● Statement About Your Social Security Numbers (Official Form 121) |
| 4 | *Filed & Entered:* | 02/13/2010 | ● BNC Certificate of Notice |
| 5 | *Filed & Entered:* | 02/13/2010 | ● BNC Certificate of Notice |
| 6 | *Filed & Entered:* | 02/13/2010 | ● BNC Certificate of Notice |
| 7 | *Filed & Entered:* | 02/21/2010 | ● Request for courtesy Notice of Electronic Filing (NEF) |
| 8 | *Filed & Entered:* | 02/22/2010 | ● Chapter 13 Trustee's Notice of Requirements(batch) |
| 9 | *Filed:* *Entered:* | 02/25/2010 02/26/2010 | ● Chapter 13 Plan (LBR F3015-1) |
| 10 | *Filed:* *Entered:* | 02/25/2010 02/26/2010 | ● Schedule A (Official Form B6A) - Real Property (For Cases filed before 12/01/2015) |
| 10 | *Filed:* *Entered:* | 02/25/2010 02/26/2010 | ● Schedule B (Official Form B6B) - Personal Property (For Cases filed before 12/01/2015) |
| 10 | *Filed:* *Entered:* | 02/25/2010 02/26/2010 | ● Schedule C: The Property You Claimed as Exempt (Official Form 106C) |
| 10 | *Filed:* *Entered:* | 02/25/2010 02/26/2010 | ● Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) |
| 10 | *Filed:* *Entered:* | 02/25/2010 02/26/2010 | ● Schedule H: Your Codebtors (Official Form 106H or 206H) |
| 10 | *Filed:* *Entered:* | 02/25/2010 02/26/2010 | ● Schedule I: Your Income (Official Form 106I) |
| 10 | *Filed:* *Entered:* | 02/25/2010 02/26/2010 | ● Declaration About an Individual Debtor's Schedules (Official Form 106Dec) |
| 10 | *Filed:* *Entered:* | 02/25/2010 02/26/2010 | ● Summary of Schedules (Official Form B6 - Pg1) (For Cases filed before 12/01/2015) |
| 10 | *Filed:* *Entered:* | 02/25/2010 02/26/2010 | ● Statistical Sum of Certain Liabilities (Official Form B6 - Pg2) (For Cases Filed Before 12/01/2015) |
| 10 | *Filed:* *Entered:* | 02/25/2010 02/26/2010 | ● Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207) |

| | | | |
|---|---|---|---|
| 10 | Filed: Entered: | 02/25/2010 02/26/2010 | 🌐 Statement of Current Monthly and Disposable Income (Chapter 13) (Official Form 22C) |
| 10 | Filed: Entered: | 02/25/2010 02/26/2010 | 🌐 Notice of Available Chapters (Official Form B201) (For Cases filed before 12/01/2015) |
| 10 | Filed: Entered: | 02/25/2010 02/26/2010 | 🌐 Verification of Master Mailing List of Creditors (LBR F1007-1) |
| 10 | Filed: Entered: | 02/25/2010 02/26/2010 | 🌐 List of Creditors (Master Mailing List of Creditors) |
| 10 | Filed: Entered: | 02/25/2010 02/26/2010 | 🌐 Declaration by Debtor as to Whether Db Received Income From an Employer (LBR Form F1002-1) |
| 11 | Filed: Entered: | 02/25/2010 03/02/2010 | 🌐 Certificate of Credit Counseling |
| 12 | Filed & Entered: | 03/02/2010 | 🌐 Notice |
| | Filed & Entered: | 03/08/2010 | 🌐 Automatic docket of credit card/debit card |
| 13 | Filed & Entered: Terminated: | 03/08/2010 05/19/2010 | 🌐 Motion for Relief from Stay - Unlawful Detainer |
| | Filed: Entered: | 03/11/2010 03/12/2010 | 🌐 Receipt Number and Filing Fee (Auto) |
| 14 | Filed & Entered: | 03/15/2010 | 🌐 Notice of Hearing |
| | Filed & Entered: | 03/17/2010 | 🌐 Hearing (Bk Motion) Set |
| | Filed & Entered: | 03/19/2010 | 🌐 Hearing (Bk Motion) Set |
| 15 | Filed & Entered: | 03/19/2010 | 🌐 Order to Show Cause (BNC-PDF) |
| 16 | Filed & Entered: | 03/30/2010 | 🌐 Notice of Hearing |
| 18 | Filed: Entered: | 03/30/2010 04/01/2010 | 🌐 Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support |
| 19 | Filed: Entered: | 03/30/2010 04/05/2010 | 🌐 Statement Assist non-Atty |
| 17 | Filed & Entered: | 03/31/2010 | 🌐 Notice |
| 20 | Filed & Entered: | 04/07/2010 | 🌐 Trustee's Objection to Confirmation of Plan (batch) |
| 21 | Filed & Entered: | 05/19/2010 | 🌐 Motion for relief from stay UNLAWFUL DETAINER (BNC-PDF) |
| | Filed & Entered: | 05/20/2010 | 🌐 Hearing (Bk Other) Set |
| 22 | Filed & Entered: | 05/21/2010 | 🌐 BNC Certificate of Notice - PDF Document |
| 23 | Filed & Entered: | 06/09/2010 | 🌐 ORDER and Notice of Dismissal arising from Ch 13 Conf. Hrg. (11 U.S.C. Section 109(g)) (BNC) |
| 24 | Filed & Entered: | 06/09/2010 | 🌐 Chapter 13 Trustee's Final Report and Account (batch) |
| 25 | Filed & | 06/11/2010 | 🌐 BNC Certificate of Notice |

| | Filed:<br>Entered: | 07/06/2010<br>07/07/2010 | 🌐 Receipt Number and Filing Fee (Auto) |
|---|---|---|---|
| 26 | Filed &<br>Entered: | 08/19/2010 | 🌐 Close Bankruptcy Case |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/11/2019 10:03:46 | | | |
| **PACER Login:** | adamdolce:5189711:0 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 2:10-bk-14951-VK<br>Type: History |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |