SUPERIOR COURT OF ...

Page   1 of ____

Case number 09U15988

NATIONAL CITY BANK                         vs. RUIZ, KENYA

Court convened at   9:35 AM, on 12/29/09  ; in Dept.   97M.

Present: Honorable ROBERT HARRISON                              , Judge;

PHILIP HUGHES                    , Deputy Clerk;
and the following proceedings were had:

(Counsel of record.)    For Plaintiff: DOUGLAS FERGUSON ESQ.

(checked if present)    For Defendant: JEFFREY R DAVIS ESQ.

NATURE OF PROCEEDING:

Motion of defendants,  RUIZ, KENYA
                      RUIZ, RUBIN
                      RUIZ, ALICIA

FOR DEMURRER TO COMPLAINT

DISPOSITION:

Continued to  1/04/10 Department 97M  Time  9:15 AM.

Stipulation for the appointment of Court Commissioner as temporary judge is signed and filed.

CONTINUED FOR COLLECTION OF FIRST APPEARANCE FEES BALANCE BY CLERK'S OFFICE.

NOTICE WAIVED.

Date 12/29/09              MINUTE ORDER
                           Dept.     97M               Calendar No.

EXHIBIT 5



I certify that this is a true and correct copy of the original on file in this office consisting of ___|___ pages

SHERRI R. CARTER, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles

JAN 2 2 2019                    , Deputy

MANUEL SINES

SUPERIOR COURT OF THE STATE OF CALIFORNIA

Page 1 of ___

Case number 09U15988

NATIONAL CITY BANK                          vs. RUIZ, KENYA

Court convened at 09:20 AM, on 1/04/10 ; in Dept. 97M.

Present: Honorable BARRY D. KOHN                          , Judge;

PHILIP HUGHES                          , Deputy Clerk;
and the following proceedings were had:

(Counsel of record.)    For Plaintiff: LINDA SEALS ESQ

(checked if present)   For Defendant: JEFFREY R DAVIS ESQ


NATURE OF PROCEEDING:

Motion of defendants, RUIZ, KENYA
                     RUIZ, RUBIN
                     RUIZ, ALICIA

FOR DEMURRER TO COMPLAINT

DISPOSITION:

Continued to 1/12/10 Department 97M Time 9:15 AM.

Stipulation for the appointment of Court Commissioner as temporary judge is signed and filed.

NOTICE WAIVED.


Date  1/04/10                MINUTE ORDER          Calendar No.
                             Dept.   97M

EXHIBIT
6



Page   1 of ___

Case number 09U15988

NATIONAL CITY BANK                         vs. RUIZ, KENYA

Court convened at 10:20 AM, on  1/12/10  ; in Dept.    97M.

Present: Honorable BARRY D. KOHN                                  , Judge;

PHILIP HUGHES                     , Deputy Clerk;
and the following proceedings were had:

(Counsel of record.)    For Plaintiff: JAY TENENBAUM ESQ.

(checked if present)    For Defendant: JEFFREY DAVIS ESQ.


NATURE OF PROCEEDING:

Motion of defendants, RUIZ, KENYA
                     RUIZ, RUBIN
                     RUIZ, ALICIA

FOR DEMURRER TO COMPLAINT

DISPOSITION:


Stipulation for the appointment of Court Commissioner as temporary
judge is signed and filed.

DEMURRER OVERRULED.  DEFENDANTS TO ANSWER IN FIVE DAYS.

CLERK TO GIVE NOTICE.
CLERK'S CERTIFICATE OF SERVICE BY MAIL IS EXECUTED.


Date  1/12/10             MINUTE ORDER
                          Dept.    97M                    Calendar No.

**EXHIBIT 7**

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES, STATE OF CALIFORNIA

CENTRAL
111 NORTH HILL STREET
LOS ANGELES          CA 90012

CLERK'S NOTICE OF RULING                    Page    1 of ____

Case number 09U15988

NATIONAL CITY BANK              vs. RUIZ, KENYA

The undersigned is over the age of eighteen, not a party to the above entitled action and on 1/13/10 served the notice of ruling in the above entitled action, by placing a copy thereof, enclosed in separate, sealed envelopes with the postage thereon fully prepaid, in the United States mail at LOS ANGELES            , city or postal area, County of Los Angeles, State of California, each of which envelopes was addressed as indicated on the bottom portion of this document.

AND FURTHER: I certify that I am the Clerk of this court, that the foregoing is true and correct, and that the below addresses are shown by the records of this court.

                                        John A. Clarke
                                        Clerk of the above-named court

          1/13/10
          Dated                by Deputy Clerk

BOSSE, GREGORY LEE                  PITE DUNCAN LLP
701 S PARKER ST #6000               P O BOX 17934
ORANGE CA 92868                     SAN DIEGO CA 92177

CLERK'S CERTIFICATE OF SERVICE BY MAIL



I certify that this is a true and correct copy of the original on file in this office consisting of ___1___ pages

SHERRI R. CARTER, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles

Date: JAN 2 2 2019    By: _____, Deputy
MANUEL SINES