```
| SUPERIOR COURT OF THE STATE OF CALIFORNIA    | FOR COURT USE ONLY   |
| CENTRAL DISTRICT-COUNTY COURTHOUSE           |                      |
| COUNTY OF LOS ANGELES                        |    F I L E D         |
|                                              | SUPERIOR COURT       |
|                                              |    2/16/10           |
| PLAINTIFF: NATIONAL CITY BANK                |                      |
|                                              |                      |
| DEFENDANT: RUIZ, KENYA                       | JOHN A. CLARKE, CLERK|
|                                              |                      |
|         PRE-TRIAL MINUTES                    | CASE NUMBER          |
|                                              | 09U15988             |
```

Court convened at 11:09 AM with the Honorable WILLIAM DODSON, COMMISSIONER
Presiding.

MILDRED A ATKINS-COLEY     ,Deputy Clerk

APPEARANCE:
FOR THE PLANTIFF:   PITE DUNCAN BY RICHARD COOMBS
FOR THE DEFENDANT:  BOSSE, GREGORY LEE (BY APPR ATTY)

THE CAUSE, HAVING BEEN SET FOR TRIAL THIS DATE, IS ORDERED:

( ) Off Calendar
    ( ) No Appearance by either party.
    ( ) At the request of the  ( ) plaintiff    ( ) Defendant
        ( ) in court   ( ) by telephone   ( ) letter
    ( ) Pursuant to  ( ) oral   ( ) written stipulation
    ( ) Cause settled
( ) Possession is no longer an issue.
( ) Plaintiff    ( ) Defendant motion to continue denied.

(X) Continued to  3/09/10 at  8:30 A M in Department  94 for
    ( ) Jury Trial  (X) Non-Jury Trial ( ) SC ( ) OSC ( ) FSC ( ) TSC

(X) Upon an   ( ) opposed          motion by ( ) plaintiff
              ( ) unopposed                  ( ) defendant
              ( ) written stipulation        ( ) signed declaration of
              ( ) Oral stipulation               appearing party filed
              (X) court's motion

(X) Notice    ( ) to be given by plaintiff
              ( ) to be given by defendant
              ( ) to be given by clerk
              (X) waived
              ( ) no notice required

(X) Other:
    BANKRUPTCY FILED.  COURT SUSTAINS DEFENDANT'S OBJECTION.  HEARSAY PROOF OF
    PRIOR BANKRUPTCY FILING.  TRIAL IS CONTINUED TO MARCH 9, 2010 AT 8:30AM IN
    BANKRUPTCY FILED.  COURT SUSTAINS DEFENDANT'S OBJECTION.  HEARSAY PROOF OF
    PRIOR BANKRUPTCY FILING.  TRIAL IS CONTINUED TO MARCH 9, 2010 AT 8:30AM IN
    DEPARTMENT 94.

**EXHIBIT**

8



I certify that this is a true and correct copy of the
original on file in this office consisting of_____pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

Date:_____By:_____, Deputy

JAN 2 2 2019          MANUEL GINES

| | |
|---|---|
| SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>CENTRAL DISTRICT-COUNTY COURTHOUSE<br>COUNTY OF LOS ANGELES | FOR COURT USE ONLY |
| PLAINTIFF: NATIONAL CITY BANK | F I L E D<br>SUPERIOR COURT<br>3/09/10 |
| DEFENDANT: RUIZ, KENYA | JOHN A. CLARKE, CLERK |
| PRE-TRIAL MINUTES | CASE NUMBER<br>09U15988 |

Court convened at 11:54 AM with the Honorable WILLIAM DODSON, COMMISSIONER
Presiding.

MILDRED A ATKINS-COLEY        ,Deputy Clerk

APPEARANCE:
FOR THE PLANTIFF:   PITE DUNCAN LLP BY RICHARD COOMBS
FOR THE DEFENDANT:  BOSSE, GREGORY BY MICHAEL KLOSK

THE CAUSE, HAVING BEEN SET FOR TRIAL THIS DATE, IS ORDERED:

( ) Off Calendar
    ( ) No Appearance by either party.
    ( ) At the request of the  ( ) plaintiff    ( ) Defendant
        ( ) in court    ( ) by telephone    ( ) letter
    ( ) Pursuant to  ( ) oral    ( ) written stipulation
    ( ) Cause settled
    ) Possession is no longer an issue.
( ) Plaintiff    ( ) Defendant motion to continue denied.

(X) Continued to  4/13/10 at   8:30 A M in Department  94 for
    ( ) Jury Trial  (X) Non-Jury Trial ( ) SC ( ) OSC ( ) FSC ( ) TSC

(X) Upon an    ( ) opposed         motion by (X) plaintiff
               ( ) unopposed                 ( ) defendant
               ( ) written stipulation       ( ) signed declaration of
               ( ) Oral stipulation          appearing party filed
               ( ) court's motion

(X) Notice     ( ) to be given by plaintiff
               ( ) to be given by defendant
               ( ) to be given by clerk
               (X) waived
               ( ) no notice required

( ) Other:

**EXHIBIT**

9



I certify that this is a true and correct copy of the
original on file in this office consisting of_____/_____pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

Date:_____By:_____, Deputy

JAN 2 2 2019          MANUEL GINES

| | |
|---|---|
| SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>CENTRAL DISTRICT-COUNTY COURTHOUSE<br>COUNTY OF LOS ANGELES | FOR COURT USE ONLY<br><br>F I L E D<br>SUPERIOR COURT<br>4/13/10 |
| PLAINTIFF: NATIONAL CITY BANK<br><br>DEFENDANT: RUIZ, KENYA | JOHN A. CLARKE, CLERK |
| PRE-TRIAL MINUTES | CASE NUMBER<br>09U15988 |

Court convened at  9:33 AM with the Honorable WILLIAM DODSON, COMMISSIONER
Presiding.

MILDRED A ATKINS-COLEY      ,Deputy Clerk

APPEARANCE:
FOR THE PLANTIFF:  PITE DUNCAN LLP BY EMEKA ONAWULU
FOR THE DEFENDANT:  NO APPEARANCE

THE CAUSE, HAVING BEEN SET FOR TRIAL THIS DATE, IS ORDERED:

( ) Off Calendar
    ( ) No Appearance by either party.
    ( ) At the request of the  ( ) plaintiff    ( ) Defendant
        ( ) in court   ( ) by telephone    ( ) letter
    ( ) Pursuant to  ( ) oral    ( ) written stipulation
    ( ) Cause settled
( ) Possession is no longer an issue.
( ) Plaintiff    ( ) Defendant motion to continue denied.

(X) Continued to  5/06/10 at   8:30 A M in Department  94 for
    ( ) Jury Trial  (X) Non-Jury Trial ( ) SC ( ) OSC ( ) FSC ( ) TSC

(X) Upon an    ( ) opposed        motion by ( ) plaintiff
               ( ) unopposed                ( ) defendant
               ( ) written stipulation      ( ) signed declaration of
               ( ) Oral stipulation             appearing party filed
               (X) court's motion

(X) Notice     ( ) to be given by plaintiff
               ( ) to be given by defendant
               (X) to be given by clerk
               ( ) waived
               ( ) no notice required

(X) Other:
    BANKRUTPCY STILL PENDING.



EXHIBIT
10

| | |
|---|---|
| SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>CENTRAL DISTRICT-COUNTY COURTHOUSE<br>COUNTY OF LOS ANGELES | FOR COURT USE ONLY<br><br>F I L E D<br>SUPERIOR COURT<br>4/13/10 |
| PLAINTIFF: NATIONAL CITY BANK | |
| DEFENDANT: RUIZ, KENYA | JOHN A. CLARKE, CLERK |
| CLERK'S CERTIFICATE OF MAILING/<br>NOTICE OF ENTRY OF ORDER | CASE NUMBER<br>09U15988 |

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that this date I served (Notice of Entry of) the above minute order of 4/13/10 upon each party or counsel named below by depositing in the United States mail at the courthouse in <u>LOS ANGELES</u>      , California, one copy of the original entered herein in a separate sealed envelope for each, addressed as shown below with the postage thereon fully prepaid.


PITE DUNCAN LLP
P O BOX 17934
SAN DIEGO CA 92177

BOSSE, GREGORY LEE
701 S PARKER ST #6000
ORANGE CA 92868


JOHN A. CLARKE, EXECUTIVE OFFICER/CLERK


Date:  4/13/10

<u>MILDRED A ATKINS-COLEY</u>
Deputy Clerk



I certify that this is a true and correct copy of the
original on file in this office consisting of_____pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

Date:_____By:_____, Deputy

JAN 2 2 2019    MANUEL RIVES

COURT USE ONLY

SUPERIOR COURT OF THE STATE OF CALIFORNIA
CENTRAL DISTRICT-COUNTY COURTHOUSE
COUNTY OF LOS ANGELES

---

PLAINTIFF: NATIONAL CITY BANK

DEFENDANT: RUIZ, KENYA

---

PRE-TRIAL MINUTES

F I L E D
SUPERIOR COURT
5/06/10

---

JOHN A. CLARKE, CLERK

---

CASE NUMBER
09U15988

---

Court convened at  9:25 AM with the Honorable WILLIAM DODSON, COMMISSIONER
Presiding.

MILDRED A ATKINS-COLEY        ,Deputy Clerk

APPEARANCE:
FOR THE PLANTIFF:   PITE DUNCAN BY HOWARD OSIAS
FOR THE DEFENDANT:  NO APPEARANCE

THE CAUSE, HAVING BEEN SET FOR TRIAL THIS DATE, IS ORDERED:

( ) Off Calendar
    ( ) No Appearance by either party.
    ( ) At the request of the  ( ) plaintiff    ( ) Defendant
        ( ) in court    ( ) by telephone    ( ) letter
    ( ) Pursuant to  ( ) oral   ( ) written stipulation
    ( ) Cause settled
( ) Possession is no longer an issue.
( ) Plaintiff    ( ) Defendant motion to continue denied.

(X) Continued to  5/20/10 at   8:30 A M in Department  94 for
    ( ) Jury Trial  (X) Non-Jury Trial ( ) SC ( ) OSC ( ) FSC ( ) TSC

(X) Upon an   ( ) opposed          motion by ( ) plaintiff
              ( ) unopposed                  ( ) defendant
              ( ) written stipulation        ( ) signed declaration of
              ( ) Oral stipulation               appearing party filed
              (X) court's motion

(X) Notice    ( ) to be given by plaintiff
              ( ) to be given by defendant
              (X) to be given by clerk
              ( ) waived
              ( ) no notice required

(X) Other:
    DEFENDANT IS STILL IN BANKRUPTCY.



EXHIBIT
11

COURT USE ONLY

SUPERIOR COURT OF THE STATE OF CALIFORNIA
CENTRAL DISTRICT-COUNTY COURTHOUSE
COUNTY OF LOS ANGELES

PLAINTIFF: NATIONAL CITY BANK

DEFENDANT: RUIZ, KENYA

CLERK'S CERTIFICATE OF MAILING/
NOTICE OF ENTRY OF ORDER

F I L E D
SUPERIOR COURT
5/06/10

JOHN A. CLARKE, CLERK

CASE NUMBER
09U15988

I, the below named Executive Officer/Clerk of the above-entitled court,
do hereby certify that I am not a party to the cause herein, and
that this date I served (Notice of Entry of) the above minute order of
5/06/10 upon each party or counsel named below by depositing in the United
States mail at the courthouse in <u>LOS ANGELES</u>      , California, one copy
of the original entered herein in a separate sealed envelope for each,
addressed as shown below with the postage thereon fully prepaid.


PITE DUNCAN LLP
P O BOX 17934
SAN DIEGO CA 92177

BOSSE, GREGORY LEE
701 S PARKER ST #6000
ORANGE CA 92868



JOHN A. CLARKE, EXECUTIVE OFFICER/CLERK


Date:  5/06/10

<u>MILDRED A ATKINS-COLEY</u>
Deputy Clerk



I certify that this is a true and correct copy of the
original on file in this office consisting of _____2_____ pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

Date:_____By:_____, Deputy

JAN 2 2 2019            MANUEL CINES

SUPERIOR COURT OF THE STATE OF CALIFORNIA               FOR COURT USE ONLY
CENTRAL DISTRICT-COUNTY COURTHOUSE
COUNTY OF LOS ANGELES                                        F I L E D
----------------------------------------------------      SUPERIOR COURT
                                                              5/20/10
PLAINTIFF: NATIONAL CITY BANK
                                                     ---------------------------
DEFENDANT: RUIZ, KENYA                               JOHN A. CLARKE, CLERK
----------------------------------------------------  ---------------------------
              PRE-TRIAL MINUTES                           CASE NUMBER
                                                            09U15988
----------------------------------------------------

Court convened at 10:00 AM with the Honorable WILLIAM DODSON, COMMISSIONER
Presiding.

MILDRED A ATKINS-COLEY        ,Deputy Clerk

APPEARANCE:
FOR THE PLANTIFF:  PITE DUNCAN BY HOWARD OSIAS
FOR THE DEFENDANT:  MATTHEW SLATER

THE CAUSE, HAVING BEEN SET FOR TRIAL THIS DATE, IS ORDERED:

( ) Off Calendar
    ( ) No Appearance by either party.
    ( ) At the request of the  ( ) plaintiff    ( ) Defendant
        ( ) in court   ( ) by telephone   ( ) letter
    ( ) Pursuant to  ( ) oral    ( ) written stipulation
    ( ) Cause settled
  ) Possession is no longer an issue.
( ) Plaintiff    ( ) Defendant motion to continue denied.

(X) Continued to  7/08/10 at   8:30 A M in Department  94 for
    ( ) Jury Trial  (X) Non-Jury Trial ( ) SC ( ) OSC ( ) FSC ( ) TSC

(X) Upon an    ( ) opposed         motion by ( ) plaintiff
               ( ) unopposed                 ( ) defendant
               ( ) written stipulation       ( ) signed declaration of
               ( ) Oral stipulation              appearing party filed
               (X) court's motion

(X) Notice     ( ) to be given by plaintiff
               ( ) to be given by defendant
               (X) to be given by clerk
               ( ) waived
               ( ) no notice required

( ) Other:

EXHIBIT

12

SUPERIOR COURT OF THE STATE OF CALIFORNIA          FOR COURT USE ONLY
CENTRAL DISTRICT-COUNTY COURTHOUSE
COUNTY OF LOS ANGELES

PLAINTIFF: NATIONAL CITY BANK

DEFENDANT: RUIZ, KENYA

CLERK'S CERTIFICATE OF MAILING/
NOTICE OF ENTRY OF ORDER

```
                                        F I L E D
                                      SUPERIOR COURT
                                        5/20/10

                                  JOHN A. CLARKE, CLERK

                                       CASE NUMBER
                                        09U15988
```

I, the below named Executive Officer/Clerk of the above-entitled court,
do hereby certify that I am not a party to the cause herein, and
that this date I served (Notice of Entry of) the above minute order of
5/20/10 upon each party or counsel named below by depositing in the United
States mail at the courthouse in LOS ANGELES          , California, one copy
of the original entered herein in a separate sealed envelope for each,
addressed as shown below with the postage thereon fully prepaid.


PITE DUNCAN LLP                    BOSSE, GREGORY LEE
P O BOX 17934                      701 S PARKER ST #6000
SAN DIEGO CA 92177                 ORANGE CA 92868



                          JOHN A. CLARKE, EXECUTIVE OFFICER/CLERK


Date:  5/20/10            MILDRED A ATKINS-COLEY
                          Deputy Clerk



I certify that this is a true and correct copy of the
original on file in this office consisting of ____ pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

Date:_____ By:_____ , Deputy

JAN 2 2 2019        MANUEL GINES

TRIAL MINUTES          SUPERIOR COURT OF THE STATE OF CALIFORNIA
                        CENTRAL DISTRICT-COUNTY COURTHOUSE

DEFENDANT FAILING                                          CASE NUMBER
  TO APPEAR                                                09U15988

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NATIONAL CITY BANK                    VS. RUIZ, KENYA
Plaintiff(s)                              Defendant(s)
PHILIP HUGHES , clerk                 RUIZ, KENYA
In Dept.     97, Honorable BARRY D. KOHN,
                          COMMISSIONER, Presiding.
Stipulation and Order Appointing Temporary Judge filed.

This cause came on for trial on 07/08/10 at 10:41 AM

Plaintiffs NATIONAL CITY BANK.
   appearing by attorney(s) HOWARD L OSIAS, ESQ..

Defendants having failed to appear, proof having first been made to the
satisfaction of the court that each of said defendants has had statutory
notice of such trial, and a jury trial having been waived, plaintiffs
applied to the court for judgment.


Witness(es) sworn for the Plaintiff(s):  SEAN DRUNIN.

Exhibit(s) received in evidence for plaintiff(s):  1. CLERK'S NOTICE OF TRIAL,
BY REFERENCE; 2. CERTIFIED COPY OF TRUSTEE'S DEED, INCORPORATED BY REFERENCE;
3. 3 DAY NOTICE, BY REFERENCE; 4. PROOF OF SERVICE OF NOTICE, BY REFERENCE.

PLAINTIFF WAIVES MONETARY DAMAGES AND COSTS.


Plaintiff(s) rest(s).

Judgment ordered this date and entry of judgment recorded separately.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DEPARTMENT  97  PAGE   1 OF   1 PAGES    DATE OF PROCEEDINGS:  7/
   CI35-MINS                         CIVIL MINUTES

**EXHIBIT**

13



I certify that this is a true and correct copy of the
original on file in this office consisting of_____pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

Date:_____By:_____, Deputy

JAN 2 2 2019

SUPERIOR COURT ~~STATE OF CALIFORNIA~~ FOR COURT USE ONLY
CENTRAL DISTRICT-COUNTY COURTHOUSE
COUNTY OF LOS ANGELES

| | |
|---|---|
| | F I L E D<br>SUPERIOR COURT<br>7/09/10 |
| PLAINTIFF    :NATIONAL CITY BANK<br>VS<br>DEFENDANT    :RUIZ, KENYA | JOHN A. CLARKE, CLERK |
| CLERK'S NOTICE OF ENTRY OF JUDGMENT<br>AND NOTICE RE EXHIBITS/DEPOSITIONS | CASE NUMBER<br>09U15988 |

To the parties and their attorneys of record: You are hereby notified that the
attached copy of the judgment in the above entitled cause was entered on
7/08/10. Further, Exhibits/Depositions, if any, will be disposed of at the
end of 60 days from expiration of appeal time.

                    JOHN A. CLARKE                          , Clerk

          By: _____ , Deputy
                    PHILIP      HUGHES

--------------------------------------------------------------------------

                    CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court,
do hereby certify that I am not a party to the cause herein, and
that on this date I served the Clerk's Notice of Entry of Judgment and Notice
RE Exhibits/Depositions upon each party or counsel named below by depositing
in the United States mail at the courthouse in LOS ANGELES        California,
one copy of the original filed/entered herein in a separate sealed envelope
to each address as shown below with the postage thereon fully prepaid.


PITE DUNCAN LLP                    BOSSE, GREGORY LEE
P O BOX 17934                      701 S PARKER ST #6000
SAN DIEGO CA 92177                 ORANGE CA 92868


Date:  7/09/10           JOHN A. CLARKE, EXECUTIVE OFFICER/CLERK

                    BY: _____ Deputy Clerk
                         PHILIP      HUGHES

EXHIBIT
14
tabbies



I certify that this is a true and correct copy of the original on file in this office consisting of ___2___ pages

SHERRI R. CARTER, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles

Date:_____ By:_____, Deputy

JAN 2 2 2019        MANUEL GINES

SUPERIOR COURT OF CALIFORNIA   FOR COURT USE
CENTRAL DISTRICT OF CALIFORNIA   ONLY
COUNTY OF LOS ANGELES

| | |
|---|---|
| PLAINTIFF | : NATIONAL CITY BANK |
| | VS |
| DEFENDANT | : RUIZ, KENYA |

JUDGMENT  -  FAILURE TO APPEAR
JUDGMENT # 1  of  2

CASE NUMBER
09U15988

In Department  97,
Honorable BARRY D. KOHN , COMMISSIONER Presiding.

The court, after having considered the evidence, found the amount of rent due
the plaintiff(s) to be $        .00, and assessed the statutory damages
for the unlawful detainer at $        .00, and ordered the following judgment:
It is adjudged that on the complaint
            Plaintiff(s):
                NATIONAL CITY BANK
                ITS SUCCESSORS AND/OR ASSIGNS ITS
                SUCCESSORS AND/OR ASSIGNS

recover from defendants
                KENYA RUIZ
                RUBIN RUIZ
the restitution and possession of those premises situated in the County of
Los Angeles, State of California, and more particularly described as:
3542 E 6TH ST, , LOS ANGELES, CA. 90023
and the sum of $        .00 and $        .00 , attorney fees with costs as
provided by law in the sum of $        .00


_____   Deputy Clerk
        PHILIP    HUGHES

        FILED AND ENTERED
            ON   7/08/10
        JOHN A. CLARKE
    CLERK OF THE ABOVE NAMED COURT

By: PHILIP      HUGHES          , Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

CENTRAL DISTRICT (LOS ANGELES)

COUNTY OF LOS ANGELES

| | FOR COURT USE ONLY |
|---|---|

| PLAINTIFF | : NATIONAL CITY BANK |
|---|---|
| | VS |
| DEFENDANT | : RUIZ, KENYA |

| | CASE NUMBER |
|---|---|
| DEFAULT JUDGMENT BY COURT | 09U15988 |
| JUDGMENT # 2 of 2 | |

In Department  97,
Honorable BARRY D. KOHN , COMMISSIONER Presiding.
Court convened on  7/08/10; and the following proceedings were had:

The defendant(s)

ALICIA RUIZ

Having been served with a copy of the summons and complaint and having fail
to answer complaint of plaintiff(s) within the time allowed by law
and default of said defendant(s) having been entered, plaintiff(s)
applied to the court for judgment. Judgment is ordered as follows:

The court, after having considered the evidence, found the amount of rent d
the plaintiff(s) to be $      .00, and assessed the statutory damages
for the unlawful detainer at $      .00 and ordered the following judgment
It is adjudged that on the complaint
Plaintiff(s):

NATIONAL CITY BANK
ITS SUCCESSORS AND/OR ASSIGNS ITS
SUCCESSORS AND/OR ASSIGNS

recover from defendants
ALICIA RUIZ
the restitution and possesion of those premises situated in the County of
Los Angeles, State of California, and more particularly described as:
3542 E 6TH ST, , LOS ANGELES, CA. 90023

and the sum of $      .00, and $      .00 attorney fees, with costs as
provided by law in the sum of $      .00.

Judgment for possession is granted against all unnamed occupants pursuant
415.46 C.C.P.

_____          Deputy Cle
PHILIP      HUGHES

FILED AND ENTERED
ON  7/08/10
JOHN A. CLARKE
CLERK OF THE ABOVE NAMED COURT

By: PHILIP      HUGHES          , Deputy



I certify that this is a true and correct copy of the
original on file in this office consisting of _____ pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

Date: _____ By: _____ , Deputy

JAN 2 2 2019                MANUEL SINES