LAW OFFICES OF GREGORY L. BOSSE
Gregory L. Bosse, State Bar No. 103641
701 S. Parker Street, Suite 6000
Orange, California 92868-4741
Tel: (714) 550-9555
Fax: (714) 316-1344
Gbosse@lawbosse.com

Attorney for Plaintiffs KENYA RUIZ and RUBEN RUIZ

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES
OCT 22 2009
John A. Clarke, Executive Officer/Clerk
By _____, Deputy
RUGENA LOPEZ

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| KENYA RUIZ, an individual;<br>RUBEN RUIZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL CITY BANK, its successors and/or assigns; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. BC424268<br><br>COMPLAINT<br><br>1. TO QUIET TITLE;<br>2. FOR AN ACCOUNTING;<br>3. PRELIMINARY INJUNCTION;<br>4. FRAUD;<br>5. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;<br>6. NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS;<br>7. REQUEST FOR DECLARATORY RELIEF;<br>8. REQUEST FOR INJUNCTIVE RELIEF;<br>9. TO SET ASIDE TRUSTEE'S SALE;<br>10. TO VOID OR CANCEL TRUSTEE'S DEED UPON SALE;<br>11. VIOLATION OF CIVIL CODE SECTION 2923.5;<br>12. FOR RESTITUTION; AND<br>13. TO QUIET TITLE<br><br>(Filed concurrently with Notice |

EXHIBIT 2

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** BC424268

KENYA RUIZ ET AL VS NATIONAL CITY BANK

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 10/22/2009
**Case Type:** Quiet Title (General Jurisdiction)
**Status:** Dismissed - Other 09/07/2011

Click here to access document images for this case

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

BOSSE GREGORY L. LAW OFFICES OF - Former Attorney for Pltf/Petn

DAVIDSON SETH ESQ. - Attorney for Pltf/Petnr

DOES 1 THROUGH 50 - Defendant/Respondent

NATIONAL CITY BANK - Defendant/Respondent

RUIZ KENYA - Plaintiff/Petitioner

RUIZ RUBEN - Plaintiff/Petitioner

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**

**10/18/2016** Paper file imaged and destroyed
Filed by Clerk

**11/08/2011** Notice of Change of Address
Filed by Attorney for Deft/Respnt

**10/03/2011** Notice (of withdrawal of ntc of.... )
Filed by Attorney for Pltf/Petnr

**08/30/2011** Notice-Settlement
Filed by Attorney for Pltf/Petnr

**06/08/2011** Notice (OF ENTRY OF STIPULATION RE: OSC RE: STATUS OF SETTLEMENT )
Filed by Attorney for Plaintiff/Petitioner

**05/23/2011** Stipulation and Order
Filed by Attorney for Plaintiff/Petitioner

**02/10/2011** Stipulation and Order (RE DEFAULT JUDGMENT AND SETTLEMENT EFFORTS; )
Filed by Attorney for Plaintiff/Petitioner

**01/13/2011** Substitution of Attorney
Filed by Attorney for Pltf/Petnr

**01/12/2011** Substitution of Attorney
Filed by Attorney for Pltf/Petnr

**12/30/2010** Notice
Filed by Attorney for Pltf/Petnr

**12/29/2010** Objection Document
Filed by Attorney for Pltf/Petnr

**12/21/2010** Opposition Document
Filed by Attorney for Pltf/Petnr

**12/20/2010** Ex-Parte Application
Filed by Attorney for Defendant/Respondent

**12/02/2010** Declaration
Filed by Attorney for Pltf/Petnr

**11/16/2010** Notice of Reassignment and Order
Filed by Clerk

**10/08/2010** Proof of Service
Filed by Attorney for Pltf/Petnr

**03/02/2010** Default Entered (NATIONAL CITY BANK, ITS SUCCESSORS AND/OR ASSIGNS )
Filed by Attorney for Pltf/Petnr

**02/09/2010** OSC-Failure to File Req Ent of Def
Filed by Clerk

**02/03/2010** Proof-Service/Summons
Filed by Attorney for Plaintiff/Petitioner

**10/22/2009** Complaint

# PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**

**09/07/2011** at 08:30 am in Department 56, Michael Johnson, Presiding
Order to Show Cause (RE STATUS OF SETTLEMENT;) - **Case Dismissed/Disposed**

**07/06/2011** at 08:30 am in Department 56, Michael Johnson, Presiding
Order to Show Cause (RE STATUS OF SETTLEMENT;**) - **Proceeding continued**

**05/23/2011** in Department 56, Michael Johnson, Presiding
Court Order - **Completed**

**02/10/2011** in Department 56, Michael Johnson, Presiding
Court Order - **Completed**

**01/13/2011** at 08:30 am in Department 56, Michael Johnson, Presiding
Motion Set Aside Default/Judgment - **Motion Denied**

**12/20/2010** at 08:30 am in Department 56, Michael Johnson, Presiding
Ex Parte Motion - **Court makes order**

**12/01/2010** at 08:31 am in Department 56, Michael Johnson, Presiding
OSC RE Dismissal - **Proceeding continued**

**11/08/2010** at 08:31 am in Department 56, Joseph R. Kalin, Presiding
Order to Show Cause ( Re "Prove-Up") - **No Appearance**

**10/07/2010** at 08:31 am in Department 56, Joseph R. Kalin, Presiding
Order to Show Cause ( Re Default Judgment) - **Continued by Court**

**06/10/2010** at 08:31 am in Department 56, Jane Johnson, Presiding
Order to Show Cause (Re Submission of Default Judgment) - **Continues by Court**

**04/20/2010** at 08:31 am in Department 56, Jane Johnson, Presiding
OSC-Failure to File Default Judg - **Matter is heard, matter continued**

**03/15/2010** at 08:31 am in Department 56, Jane Johnson, Presiding
OSC-Failure to File Req Ent of Def (Notice to:Gregory L. BosseFail to Enter DefaultDefendants) - **Court makes order**

# REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Register of Actions (Listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
10/07/2010

**10/18/2016** Paper file imaged and destroyed
Filed by Clerk

**11/08/2011** Notice of Change of Address
Filed by Attorney for Deft/Respnt

**10/03/2011** Notice (of withdrawal of ntc of.... )
Filed by Attorney for Pltf/Petnr

**09/07/2011** at 08:30 am in Department 56, Michael Johnson, Presiding
Order to Show Cause (RE STATUS OF SETTLEMENT;) - **Case Dismissed/Disposed**

**08/30/2011** Notice-Settlement
Filed by Attorney for Pltf/Petnr

**07/06/2011** at 08:30 am in Department 56, Michael Johnson, Presiding
Order to Show Cause (RE STATUS OF SETTLEMENT;**) - **Proceeding continued**

**06/08/2011** Notice (OF ENTRY OF STIPULATION RE: OSC RE: STATUS OF SETTLEMENT )
Filed by Attorney for Plaintiff/Petitioner

**05/23/2011** in Department 56, Michael Johnson, Presiding
Court Order - **Completed**

**05/23/2011** Stipulation and Order
Filed by Attorney for Plaintiff/Petitioner

**02/10/2011** in Department 56, Michael Johnson, Presiding
Court Order - **Completed**

**02/10/2011** Stipulation and Order (RE DEFAULT JUDGMENT AND SETTLEMENT EFFORTS; )
Filed by Attorney for Plaintiff/Petitioner

**01/13/2011** at 08:30 am in Department 56, Michael Johnson, Presiding
Motion Set Aside Default/Judgment - **Motion Denied**

**01/13/2011** Substitution of Attorney
Filed by Attorney for Pltf/Petnr

**01/12/2011** Substitution of Attorney
Filed by Attorney for Pltf/Petnr

**12/30/2010** Notice
Filed by Attorney for Pltf/Petnr

**12/29/2010** Objection Document
Filed by Attorney for Pltf/Petnr

**12/21/2010** Opposition Document
Filed by Attorney for Pltf/Petnr

**12/20/2010** at 08:30 am in Department 56, Michael Johnson, Presiding
Ex Parte Motion - **Court makes order**

**12/20/2010** Ex-Parte Application
Filed by Attorney for Defendant/Respondent

**12/02/2010** Declaration
Filed by Attorney for Pltf/Petnr

**12/01/2010** at 08:31 am in Department 56, Michael Johnson, Presiding
OSC RE Dismissal - **Proceeding continued**

**11/16/2010** Notice of Reassignment and Order
Filed by Clerk

**11/08/2010** at 08:31 am in Department 56, Joseph R. Kalin, Presiding
Order to Show Cause ( Re "Prove-Up") - **No Appearance**

**10/08/2010** Proof of Service
Filed by Attorney for Pltf/Petnr

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   10/07/2010

**10/07/2010** at 08:31 am in Department 56, Joseph R. Kalin, Presiding
Order to Show Cause ( Re Default Judgment) - **Continued by Court**

**06/10/2010** at 08:31 am in Department 56, Jane Johnson, Presiding
Order to Show Cause ( Re Submission of Default Judgment) - **Continued by Court**

**04/20/2010** at 08:31 am in Department 56, Jane Johnson, Presiding
OSC-Failure to File Default Judg - **Matter is heard, matter continued**

**03/15/2010** at 08:31 am in Department 56, Jane Johnson, Presiding
OSC-Failure to File Req Ent of Def (Notice to:Gregory L. BosseFail to Enter DefaultDefendants) - **Court makes order**

**03/02/2010** Default Entered (NATIONAL CITY BANK, ITS SUCCESSORS AND/OR ASSIGNS )
Filed by Attorney for Pltf/Petnr

**02/09/2010** OSC-Failure to File Req Ent of Def
Filed by Clerk

**02/03/2010** Proof-Service/Summons
Filed by Attorney for Plaintiff/Petitioner

**10/22/2009** Complaint

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   10/07/2010