NOTICE SENT TO:

Bosse, Gregory L. Law Offices of
Law Offices of Gregory L. Bosse
701 S. Parker Street, Suite 6000
Orange                    CA  92868-4741

FILED
LOS ANGELES SUPERIOR COURT
FEB 09 2010
JOHN A. CLARKE, CLERK
BY SHERRIE WORKU, DEPUTY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | CASE NUMBER |
|---|---|
| KENYA RUIZ ET AL<br>                    Plaintiff(s),<br>     VS.<br>NATIONAL CITY BANK<br>                    Defendant(s). | BC424268<br><br>**ORDER TO SHOW CAUSE HEARING** |

To the party/attorney of record: **Gregory L. Bosse**
You are ordered to appear for an Order to Show Cause hearing on **March 15, 2010** at **8:30 am** in Dept. **56** of this court, Central District, 111 North Hill Street, Los Angeles, California 90012, and show cause why sanctions should not be imposed for:

Failure to file Request for Entry of Default pursuant to California Rules of Court, rule 3.110(g) as to:
    **Defendants**

Failure to comply or appear may result in sanctions, including dismissal of this action, or striking of the pleading pursuant to one or more of the following: California Rules of Court, rule 2.30, and rule 3.1340; Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.310, 583.360, 583.410, 583.420, 583.430; and Government Code section 68608.

To avoid a mandatory appearance, all required documents must be filed in [ ] this Department [X] Clerk's Office, Room **118** at least 5 days prior to the date of the hearing.

You are ordered to give notice of said hearing forthwith to any party served with the summons and complaint prior to OSC Hearing and file a Proof of Service in this department or Clerk's Office within 5 days of receipt of this order.

Dated: February 9, 2010

                                                Judicial Officer

### CERTIFICATE OF MAILING

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Order to Show Cause Hearing upon each party or counsel named above by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown above with the postage thereon fully prepaid.

Date: February 9, 2010

                                   John A. Clarke, EXECUTIVE OFFICER/CLERK
                                   By _____, Deputy Clerk

ORDER TO SHOW CAUSE HEARING

LACIV 166-2 (Rev. 01/07)
LSC Approved 06-04

LASC Local Rules, Chapter 7
Cal. Rules of Court, rule 2.30

**EXHIBIT 15**



I certify that this is a true and correct copy of the original on file in this office consisting of ____/____ pages

SHERRI R. CARTER, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles

Date:_____ By:_____ Deputy

MANUEL GINES

JAN 2 2 2019

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 03/15/10 　　　　　　　　　　　　　　　　　　　　　　　　DEPT. 56

HONORABLE JANE L. JOHNSON/ JUDGE　　D. RODRIGUEZ　　DEPUTY CLERK
　　　　　　BY COLEMAN A. SWART
HONORABLE 　　　　　　　JUDGE PRO TEM　　S. WORKU, C.A.　　ELECTRONIC RECORDING MONITOR
#9
　　　　　　　　　　　　　Deputy Sheriff　　D. SHELLEY  10177　　Reporter

8:31 am  BC424268　　　　　　　　Plaintiff
　　　　　　　　　　　　　　　　　Counsel
　　　　KENYA RUIZ ET AL　　　　　　　　　　NO APPEARANCES
　　　　VS　　　　　　　　　　　　Defendant
　　　　NATIONAL CITY BANK　　　　Counsel

**NATURE OF PROCEEDINGS:**

ORDER TO SHOW CAUSE RE ENTRY OF DEFAULT

The matter is called for an order to show cause hearing.

The entry of default documents were entered on March 2, 2010.

The court continues the order to show cause hearing for April 20, 2010, at 8:30 a.m. in this department.

　　　　CLERK'S CERTIFICATE OF MAILING/
　　　　　　NOTICE OF ENTRY OF ORDER

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that this date I served Notice of Entry of the above minute order of March 15, 2010, upon counsel named below by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original entered herein in a separate sealed envelope for each, addressed as shown below with the postage thereon fully prepaid.

Date: March 15, 2010

John A. Clarke, Executive Officer/Clerk

　　　　　　　　Page　1 of　2　　DEPT. 56　　MINUTES ENTERED
　　　　　　　　　　　　　　　　　　　　　　　　　　　03/15/10
　　　　　　　　　　　　　　　　　　　　　　　　　　　COUNTY CLERK


EXHIBIT 16

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 03/15/10

DEPT. 56

HONORABLE JANE L. JOHNSON/ JUDGE   D. RODRIGUEZ   DEPUTY CLERK
BY COLEMAN A. SWART
HONORABLE                JUDGE PRO TEM   S. WORKU, C.A.   ELECTRONIC RECORDING MONITOR
#9
                         Deputy Sheriff   D. SHELLEY  10177   Reporter

8:31 am | BC424268

KENYA RUIZ ET AL
VS
NATIONAL CITY BANK

Plaintiff Counsel
Defendant Counsel
NO APPEARANCES

NATURE OF PROCEEDINGS:

By: _____
    D.Rodriguez, Judicial Assistant

Gregory Bosse
701 South Parker Street
Suite 6000
Orange, California 92868-4741

Page  2 of  2   DEPT. 56

MINUTES ENTERED
03/15/10
COUNTY CLERK



I certify that this is a true and correct copy of the original on file in this office consisting of __2__ pages

SHERRI R. CARTER, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles

Date:_____ By:_____, Deputy

JAN 2 2 2019    MANUEL ORES