# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 04/20/10                      DEPT. 56

HONORABLE JANE L. JOHNSON/ JUDGE    K MASON      DEPUTY CLERK
          BY COLEMAN A. SWART            S. WORKU, C.A.
HONORABLE #8                  JUDGE PRO TEM                  ELECTRONIC RECORDING MONITOR

Deputy Sheriff    S GECO, 3806          Reporter

| | | | |
|---|---|---|---|
| 8:31 am | BC424268 | Plaintiff Counsel | JEFFREY DAVIS (x) Special Appearance |
| | KENYA RUIZ ET AL VS NATIONAL CITY BANK | Defendant Counsel | NOT PRESENT |

**NATURE OF PROCEEDINGS:**

ORDER TO SHOW CAUSE RE SUBMISSION OF DEFAULT JUDGMENT

Matter called in open court.

Court informed that default package has been submitted for screening and is still pending.

Above matter continued to: JUNE 10, 2010 at 8:30AM in this department.

(Notice moot.)

Page    1 of    1      DEPT. 56

```
MINUTES ENTERED
04/20/10
COUNTY CLERK
```