**NONPROFIT LEGAL SERVICES, INC.**
Adam Dolce, Esq. [SBN 310112]
414 Yale Avenue, Suite B
Claremont, CA 91711
Telephone: (909) 542-9030
Fax: (909) 992-3554
Email: thenonprofitlawfirm@gmail.com

Attorney for Debtor, KENYA RUIZ

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| IN RE:<br><br>RUBEN RUIZ; and<br>KENYA RUIZ,<br><br>Debtors. | Case No. 2:09-bk-26198-BR<br>Chapter 7<br><br>Related Cases: 2:09-bk-20882-AA; and 2:10-bk-14951-VK<br><br>**DECLARATION OF ADAM DOLCE IN SUPPORT OF MOTIONS FOR DISGORGEMENT AND FOR SANCTIONS AGAINST GREGORY L. BOSSE**<br><br>**Hearing Date/Time**<br>TBD (pending reopening) |

I, ADAM DOLCE, declare:

1. I am an attorney at law duly licensed and admitted to practice before all courts of the States of California, New York, and Indiana, as well as the federal bankruptcy court of this district.

///

NONPROFIT LEGAL SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

1
DECLARATION OF ADAM DOLCE ISO MTNS FOR DISGORGEMENT & SANCTIONS
IN RE KENYA RUIZ

2. I am the attorney-of-record for the debtor, KENYA RUIZ, and am also her attorney-of-record in Orange County Superior Court Case No. 30-2012-00551965-CU-CL-CJC, captioned <u>Gregory L. Bosse v. Kenya Ruiz, et al.</u> ("State Court Matter").

3. I represent Ms. Ruiz through my nonprofit corporation which provides pro or low bono services to vulnerable persons in Southern California. In this particular matter – which now ranges from moving to vacate a judgment in the State Court Matter; to filing a cross-complaint in that same matter; to invoking the bankruptcy court's jurisdiction for disgorgement and sanctions – I have agreed to a hybrid retainer agreement with Ms. Ruiz.

4. In the effort related to vacating the judgment in the State Court Matter, I agreed Mr. Ruiz's responsibility would be for costs out-of-pocket, and to an amount equal to fifteen percent (15%) of the total judgment amount vacated (if successful).

5. As of February 20, 2020, when the judgment was in fact vacated, Ms. Ruiz became obligated to my nonprofit corporation for $33,391.63 (representing 15% of the $222,610.84-judgment vacated).

6. On top of those fees, Ms. Ruiz spent $547.01 in costs relating to vacating that judgment.

7. Ms. Ruiz and I have further agreed that I would continue to tally my work in all other matters relating to Mr. Bosse at my normal hourly rate subject to good faith-repayment by Ms. Ruiz (essentially when she can pay, she'll pay) and/or a motion for attorney fees and costs following resolution of Ms. Ruiz's Cross-Complaint under Civil Code § 1717.

NONPROFIT LEGAL
SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

2

DECLARATION OF ADAM DOLCE ISO MTNS FOR DISGORGEMENT & SANCTIONS
IN RE KENYA RUIZ

8. I bill $300.00 as my hourly rate for my services, which is fairly consistent with the community of attorneys where I practice with equivalent experience (10+ years across three states). Ms. Ruiz's motion to vacate the judgment in favor of Mr. Bosse took an exceptional amount of time, and consisted of the following papers:

   - Notice and Motion and a heavily research/briefed memorandum
   - Request for Judicial Notice identical to the one provided to this Court;
   - Two Declarations with exhibits;
   - Reply Memorandum, then a subsequent Supplemental Brief per the trial court's initial tentative order
   - Two appearances where oral argument was thoroughly made

9. In fact, the Motion itself was provided to this Court at ECF Doc. No. 47-1, and the Court can see the amount of work that would have gone into creating that Memorandum. Such a creation required going through each and every matter Mr. Bosse represented the Ruiz's on, combing through the dockets, conducting interviews, extensive legal research, and tying all of the pieces together. I would approximate I spent more hours preparing these papers, in a purely hourly arrangement, than the contingency provided above.

10. As for Ms. Ruiz's Motion for Sanctions and Motion for Disgorgement, I expended approximately 14.60 hours preparing these papers. I anticipate I will spend an additional 3.00 hours in preparing a reply and attending any hearing on the motions. If the hearings become evidentiary, or contested, I anticipate that 3.00 additional hours to increase.

NONPROFIT LEGAL
SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

3
DECLARATION OF ADAM DOLCE ISO MTNS FOR DISGORGEMENT & SANCTIONS
IN RE KENYA RUIZ

11. As for Ms. Ruiz's pending motions, attached hereto as **Exhibit 1** is a true and accurate conformed copy of a lawsuit filed by Ms. Ruiz, through her attorney, Gregory L. Bosse, and against National City Bank on October 22, 2009.

12. Attached hereto as **Exhibit 2** is a true and accurate copy of Mr. Bosse's Motion to have Admissions Deemed, along with his billing statements, as filed in Mr. Bosse's lawsuit against Ms. Ruiz in the State Court Matter on June 1, 2016.

13. Attached hereto as **Exhibit 3** is Mr. Bosse's original complaint as filed in the State Court Matter on March 8, 2012.

14. Attached hereto as **Exhibit 4** is a true and accurate conformed copy of the judgment that was entered in the State Court Matter on October 27, 2016.

15. Attached hereto as **Exhibit 5** is a true and accurate copy of the lien Mr. Bosse received as part of the judgment in the State Court Matter that he eventually recorded on Ms. Ruiz's real property.

16. I have previously reviewed the billing statements found in Exhibit 2, and previously made a spreadsheet of work performed and payments made to Mr. Bosse, when these payments were made, and by whom they were made. Attached hereto as **Exhibit 6** is a copy of this spreadsheet as previously filed in the State Court Matter.

17. Most of the work performed and payments made occurred during the pendency of this bankruptcy matter.

NONPROFIT LEGAL SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

4
DECLARATION OF ADAM DOLCE ISO MTNS FOR DISGORGEMENT & SANCTIONS
IN RE KENYA RUIZ

18. As the Court can see, Mr. Bosse was explicitly billing for additional bankruptcy-related services *on top* of the other legal matters (see, e.g., Exhibit 6, p. 10-11 *cf with* Exhibit 2, pages 11 [$1,350.00 from 09/14 to 09/15/2009]; p. 25, 28, 32, 33 [various hourly charges for bankruptcy related-work]).

19. As for my hours and costs, attached hereto as **Exhibit 7** is a true and accurate, albeit partially redacted, itemization of the same spanning the relevant periods for both the contingency amount, and these motions.

20. Ms. Ruiz therefore seeks sanctions against Mr. Bosse in the total amount of **$38,318.64**, in addition to the filing fees related to her Motion for Disgorgement and for Sanctions, and for any additional hours I may expend in reply in those matters and attending hearings for the same.

I HEREBY DECLARE UNDER PENALTY OF PERJURY, under the laws of the United States, that the foregoing is true and correct to the best of my recollection and belief. Executed on **October 28, 2020** in Claremont, CA.

_____
Adam D. Dolce
NONPROFIT LEGAL SERVICES, INC.
414 Yale Avenue, Suite B
Claremont CA 91711
Telephone: 909-542-9030
FAX: 909-992-3554
Email(s): thenonprofitlawfirm@gmail.com;
adam@dolcelegal.com

Attorney for Kenya Ruiz

NONPROFIT LEGAL
SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

5
DECLARATION OF ADAM DOLCE ISO MTNS FOR DISGORGEMENT & SANCTIONS
IN RE KENYA RUIZ

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

414 Yale Avenue, Suite B, Claremont CA 91711

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF ADAM DOLCE ISO DEBTOR KENYA RUIZ'S MOTION FOR DISGORGEMENT AND FOR SANCTIONS, INCLUDING EXHIBITS 1 THROUGH 7 THERETO

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/29/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

jmenchaca@menchacacpa.com; ca87@ecfcbis.com (John Menchaca - Trustee); ustpregion.16.la.ecf@usdoj.gov (U.S. Trustee (LA)); greg@lawbosse.com (Gregory L. Bosse)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10/29/2020
10/29/2020    Adam D. Dolce    /s/ Adam D. Dolce
Date          Printed Name      Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE