GREGORY L. BOSSE, ESQ., SBN: 103641
LAW OFFICES OF GREGORY L. BOSSE
940 W. 17th Street, Suite F
Santa Ana, California 92706
Tel.: (714) 550-9555
Fax: (714) 316-1344

Plaintiff in pro per

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**06/01/2016** at 01:00:00 PM

Clerk of the Superior Court
By Giovanni Galon, Deputy Clerk

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| GREGORY L. BOSSE, an individual | CASE NO: 30-2012-00551965 |
| Plaintiff, | Assigned to: Judge Nathan Scott<br>Department: C12 |
| vs. | |
| KENYA RUIZ, an individual; RUBEN RUIZ, an individual; and DOES 1 to 20, inclusive | NOTICE OF MOTION AND MOTION FOR ORDER ESTABLISHING ADMISSIONS AND FOR SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF GREGORY L. BOSSE |
| Defendants. | DATE:  July 11, 2016<br>TIME:  2:00 P.M.<br>DEPT:  C12 |
| | RESERVATION NO. 72384533 |
| | Complaint filed March 8, 2012<br>Trial Date: October 17, 2016 |

To Defendant, KENYA RUIZ:

NOTICE IS HEREBY GIVEN that on July 11, 2016, at 2:00 p.m. or as soon thereafter as the matter may be heard in Department C03 of the above Court located at 700 Civic Center Drive

1

MOTION FOR ORDER ESTABLISHING ADMISSIONS AND FOR SANCTIONS;
MEMORANDUM OF POINTS AND AUTHORITIES; DECL. OF GREGORY L. BOSSE

West, Santa Ana, CA 92701, Plaintiff, GREGORY L. BOSSE, will move the Court for an Order that the truth of each matter specified and the genuineness of each document specified in the Requests for Admission served on Defendant, Kenya Ruiz, on March 17, 2016, be deemed admitted and conclusively established for all purposes in this action. A copy of the Requests for Admission is attached as **Exhibit 1.**

Plaintiff will also move the Court for an Order that Defendant pay the sum of $1,150 as the reasonable costs and attorney fees incurred by moving party for these proceedings.

The motion will be made under C.C.P. §§ 2033.280 on the grounds that the Requests for Admission are relevant to the subject matter of the action, and that Defendant has not served a timely response. The motion will be based upon this Notice, the Memorandum in Support and the Declaration of attorney Gregory L. Bosse, the arguments of counsel and the records and files in this action.

DATED: May 31, 2016

**LAW OFFICES OF GREGORY L. BOSSE**

**GREGORY L. BOSSE, ESQ.**
Plaintiff, in pro per

**MOTION FOR ORDER ESTABLISHING ADMISSIONS AND FOR SANCTIONS;**
**MEMORANDUM OF POINTS AND AUTHORITIES; DECL. OF GREGORY L. BOSSE**

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION

On March 17, 2016, Plaintiff, Gregory Bosse ("Bosse") served Requests for Admissions, Set (1) to Defendant, Kenya Ruiz ("Ruiz). (See **Exhibit "1"**, Requests for Admissions, Set One to Defendant, Declaration of Bosse served and filed herewith)

Written responses to these Requests pursuant to C.C.P. § 2033.250 were due on or before April 21, 2016.  See C.C.P. § 2033.250(a) (30 day response plus 5 calendar days if served by mail (C.C.P. § 1013(a). (Declaration of Bosse)

No responses to the Requests by Defendant were received by or before April 21, 2016. No request for an extension or any communication of any kind was received.  (Declaration of Bosse).

Defendant failed to provide the responses within the time frame required. (Declaration of Bosse).

### II.

### LEGAL ARGUMENT

**A.    The Court is Authorized to Grant an Order Establishing Admissions.**

"If a party to whom an requests for admission are directed fails to serve a timely response,...(b) The requesting party may move for an order that the genuineness of any documents and the truth of any matters specified in the requests be deemed admitted, as well as for a monetary sanction under Chapter 7 (commencing with Section 2023.010)." C.C.P. § 2033.280(b).  The party who fails to serve a timely response "waives any objection to the

**MOTION FOR ORDER ESTABLISHING ADMISSIONS AND FOR SANCTIONS;
MEMORANDUM OF POINTS AND AUTHORITIES; DECL. OF GREGORY L. BOSSE**

requests, including one based on privilege or on the protection for work product under Chapter 4(commencing with Section 2018.010)." C.C.P. § 2033.280(a).

The Requests for Admissions were served upon Defendant on March 17, 2016. To date, no written responses have been received. Defendant has waived its right to object to any of the requests for admissions and the court's involvement is requested to issue an order establishing admissions and for sanctions.

**B.      Monetary Sanctions against Defendant are Required for Failure to Serve a Timely Response to Requests for Admission**

Misuses of the discovery process include, but are not limited to...(d) Failing to respond or to submit to an authorized method of discovery...(h) Making or opposing, unsuccessfully and without substantial justification, a motion to compel or to limit discovery.

C.C.P. § 2023.010.

To the extent authorized by the chapter governing any particular discovery method or any other provision of this title, the court, after notice to any affected party, person or attorney, and after opportunity for hearing may impose...sanctions against anyone engaging in conduct that is a misuse of the discovery process...

C.C.P. § 2023.030.

Regarding sanctions for a motion for order establishing admissions:

It is mandatory that the court impose a monetary sanction under Chapter 7 (commencing with Section 2023.010) on the party or attorney, or both, whose failure to serve a timely response to requests for admission necessitated this motion.

C.C.P. § 2033.280(c) (emphasis added)

Pursuant to C.C.P. § 2033.280(c) sanctions are required to be awarded to Plaintiff and against Defendant.

////////

///////

**4**

**MOTION FOR ORDER ESTABLISHING ADMISSIONS AND FOR SANCTIONS;
MEMORANDUM OF POINTS AND AUTHORITIES; DECL. OF GREGORY L. BOSSE**

### III.

### CONCLUSION

For the foregoing reasons, Plaintiff requests the Court grant his motion, and that:

1.    Defendant, Kenya Ruiz, be ordered to serve Plaintiff, Gregory Bosse, with Responses to Requests for Admissions, Set One, within 15 days that admit the genuineness of documents and the truth of the matters specified in the requests;

2.    Defendant pay monetary sanctions to Plaintiff in the amount of $1,050.

DATED: May 31, 2016                    LAW OFFICES OF GREGORY L. BOSSE

GREGORY L. BOSSE, ESQ.
Plaintiff, in pro per

---

5

**MOTION FOR ORDER ESTABLISHING ADMISSIONS AND FOR SANCTIONS;
MEMORANDUM OF POINTS AND AUTHORITIES; DECL. OF GREGORY L. BOSSE**

## <u>DECLARATION OF GREGORY BOSSE.</u>

I, Gregory Bosse, declare:

    1.    I am an attorney at law duly admitted to practice before all courts of the State of California and I am the attorney of record for Plaintiff, GREGORY BOSSE, in the case of *GREGORY L. BOSSE vs. KENYA RUIZ et al*, Case No. 30-2015-00551965.

    2.    I have personal knowledge of the matters stated herein, and if called as a witness, I could and would competently testify to the facts as stated herein.

    3.    I make this Declaration in support of Plaintiff's Motion for an Order Establishing Admissions and for Sanctions.

    4.    On March 17, 2016, Plaintiff, Gregory Bosse ("Bosse") served Requests for Admissions, Set (1) to Defendant, Kenya Ruiz ("Ruiz). Attached as **Exhibit "1"** is a true and correct copy of the Requests for Admissions, Set One, served to Defendant on March 17, 2016.

    5.    Written responses to these Requests pursuant to C.C.P. § 2033.250 were due on or before April 21, 2016.  [See C.C.P. § 2033.250(a) (30 day response plus 5 calendar days if served by mail (C.C.P. § 1013(a).]

    6.    No responses to the Requests by Defendant were received by or before April 21, 2016. No request for an extension or any communication of any kind was received.

    7.    Defendant failed to provide the responses within the time frame required.

/ / / / / / / / /

/ / / / / / / /

**MOTION FOR ORDER ESTABLISHING ADMISSIONS AND FOR SANCTIONS;
MEMORANDUM OF POINTS AND AUTHORITIES; DECL. OF GREGORY L. BOSSE**

8.    I have spent 2 hours preparing this motion and estimate 1 hour for the hearing. At my rate of $350/hour, I request to be reasonably compensated for 3 hours of work at $350/hour, which is $1,150.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 31st day of May 2016, at Santa Ana, California.

GREGORY L. BOSSE, Declarant

MOTION FOR ORDER ESTABLISHING ADMISSIONS AND FOR SANCTIONS;
MEMORANDUM OF POINTS AND AUTHORITIES; DECL. OF GREGORY L. BOSSE

# EXHIBIT 1

DISC-020

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Gregory L. Bosse, Esq. (SBN. 103641)<br>940 W. 17th Street, Suite F<br>Santa Ana, CA 92706<br>TELEPHONE NO: 714-550-9555   FAX NO *(Optional)* 714-316-1344<br>E-MAIL ADDRESS *(Optional)*: greg@lawbosse.com<br>ATTORNEY FOR *(Name):* Plaintiff, in per per | FOR COURT USE ONLY |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE |
| STREET ADDRESS: 700 Civic Center Drive West |
| MAILING ADDRESS: 700 Civic Center Drive West |
| CITY AND ZIP CODE: Santa Ana, CA 92701 |
| BRANCH NAME: Central Justice Center |

SHORT TITLE:
Gregory L. Bosse vs. Kenya Ruiz, et al.

| REQUESTS FOR ADMISSION | CASE NUMBER:<br>30-2012-00551965 |
|---|---|
| ☑ Truth of Facts   ☑ Genuineness of Documents<br>Requesting Party: Plaintiff, GREGORY L. BOSSE<br>Answering Party: Defendant, KENYA RUIZ<br>Set No.: ONE (1) | |

## INSTRUCTIONS

Requests for admission are written requests by a party to an action requiring that any other party to the action either admit or deny, under oath, the truth of certain facts or the genuineness of certain documents. For information on timing, the number of admissions a party may request from any other party, service of requests and responses, restrictions on the style, format, and scope of requests for admission and responses to requests, and other details, see Code of Civil Procedure sections 94–95, 1013, and 2033.010–2033.420 and the case law relating to those sections.

An answering party should consider carefully whether to admit or deny the truth of facts or the genuineness of documents. With limited exceptions, an answering party will not be allowed to change an answer to a request for admission. There may be penalties if an answering party fails to admit the truth of any fact or the genuineness of any document when requested to do so and the requesting party later proves that the fact is true or that the document is genuine. These penalties may include, among other things, payment of the requesting party's attorney's fees incurred in making that proof.

Unless there is an agreement or a court order providing otherwise, the answering party must respond in writing to requests for admission within 30 days after they are served, or within 5 days after service in an unlawful detainer action. There may be significant penalties if an answering party fails to provide a timely written response to each request for admission. These penalties may include, among other things, an order that the facts in issue are deemed true or that the documents in issue are deemed genuine for purposes of the case.

Answers to *Requests for Admission* must be given under oath. The answering party should use the following language at the end of the responses:

*I declare under penalty of perjury under the laws of the State of California that the foregoing answers are true and correct.*

_____   _____
*(DATE)*   *(SIGNATURE)*

These instructions are only a summary and are not intended to provide complete information about requests for admission. This *Requests for Admission* form does not change existing law relating to requests for admissions, nor does it affect an answering party's right to assert any privilege or to make any objection.

## REQUESTS FOR ADMISSION

You are requested to admit within 30 days after service, or within 5 days after service in an unlawful detainer action, of this *Requests for Admission* that:

1. ☑  Each of the following facts is true *(if more than one, number each fact consecutively):*
   1. That the billing statements represent time and costs expended by   (see Attachment 1)
   ☑ Continued on Attachment 1

2. ☑  The original of each of the following documents, copies of which are attached, is genuine *(if more than one, number each document consecutively):*
   1. The attached billing statements.
   ☐ Continued on Attachment 2

GREGORY L. BOSSE
_____
(TYPE OR PRINT NAME)   ►   _____
(SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
DISC-020 [Rev. January 1, 2008]   **REQUESTS FOR ADMISSION**   Code of Civil Procedure,
§§ 94–95, 2033.010–2033.420, 2033.710

# ATTACHMENT 1

## Requests For Admissions - Set No. 1
## (Gregory Bosse v. Kenya Ruiz, et al.)

## O.C.S.C. - Case No. 30-2012-00551965

1.    the Law Offices of Gregory L. Bosse in representing you and your husband.

2.    That the attached billing statements were sent to you.

09123

### Law Offices of Gregory L. Bosse
### 701 South Parker Street
### Suite 6000
### Orange, CA 92868-4741

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles CA 90023

October 05, 2009

In Reference To: Ruiz adv. Sarkisian; Unlawful Detainer Complaint;
Set Aside Foreclosure on 6th Street, Los Angeles
property

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/3/2009 | Research and draft Complaint against lender for wrongful foreclosure. | 3.50 300.00/hr | 1,050.00 |
| 9/14/2009 | Review Pre-Trial Minutes continuing Trial to October 9, 2009 (Ruiz adv. National City Bank) | 0.25 300.00/hr | 75.00 |
| 9/16/2009 | Letter to clients regarding National City Bank's motin and upcoming trial and possible state court complaint (Ruiz adv. National City Bank). | 0.25 300.00/hr | 75.00 |
| 9/14/2009 | Review State of California -Franchise Tax Board Proof of Claim; letter to K. Ruiz. | 1.00 300.00/hr | 300.00 |
| 9/15/2009 | Court appearance regarding Lift of Stay Motion in Los Angeles. | 3.50 300.00/hr | 1,050.00 |
| 9/25/2009 | Draft Complaint against National City Bank. | 3.50 300.00/hr | 1,050.00 |

Kenya Ruiz                                                                                    Page      2

|            |                                                                | Hrs/Rate     | Amount     |
|------------|----------------------------------------------------------------|--------------|------------|
| 9/28/2009  | Draft Complaint against National City Bank.                    | 3.50 300.00/hr | 1,050.00 |
| 9/30/2009  | Review Court Order.                                            | 0.50 300.00/hr | 150.00   |
| 9/30/2009  | Final draft of Complaint against National City Bank.          | 3.50 300.00/hr | 1,050.00 |
|            | For professional services rendered                            | 19.50        | $5,850.00  |
|            | Additional Charges :                                          |              |            |
| 9/17/2009  | Courier Service fee regarding delivery from Adcraft Products to L/O Gregory Bosse. |  | 22.50 |
|            | Total costs                                                   |              | $22.50     |
|            | Total amount of this bill                                     |              | $5,872.50  |
|            | Previous balance                                              |              | $1,894.44  |
| 9/17/2009  | Payment - (Cash) Thank you. Check No. N/A                     |              | ($600.00)  |
| 10/1/2009  | Payment - (Cash payment) Thank you. Check No. N/A             |              | ($600.00)  |
|            | Total payments and adjustments                                |              | ($1,200.00)|
|            | Balance due                                                   |              | $6,566.94  |

Thank you for your business!

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA 92868-4741**

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles CA 90023

November 02, 2009

In Reference To:Ruiz adv. Sarkisian; Unlawful Detainer Complaint;
Set Aside Foreclosure on 6th Street, Los Angeles
property

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/8/2009 | Review 2005 Tax Return. | 0.75 300.00/hr | 225.00 |
| 10/7/2009 | Draft and file Complaint for wrongful foreclosure against National City Bank (Ruiz v. National City Bank). | 3.50 300.00/hr | 1,050.00 |
| 10/7/2009 | Review file notes and contact IRS regarding 2005 taxes. | 1.00 300.00/hr | 300.00 |
| 10/7/2009 | Prepare for Trial (Ruiz adv. National City Bank). | 3.00 300.00/hr | 900.00 |
| 10/23/2009 | Prepare for trial and attend hearing in Los Angeles (Ruiz adv. National City Bank). | 8.00 300.00/hr | 2,400.00 |
| 10/21/2009 | Research file and cases; research court's website; obtain court documents for trial (Ruiz adv. National City Bank). | 2.50 300.00/hr | 750.00 |

Kenya Ruiz                                                                    Page    2

|            |                                                                                                    | Hrs/Rate        | Amount      |
|------------|----------------------------------------------------------------------------------------------------|-----------------|-------------|
| 10/21/2009 | Prepare for unlawful detainer trial (Ruiz adv, National City Bank).                                | 4.00 300.00/hr  | 1,200.00    |
| 10/21/2009 | Draft final version of Complaint and Notice of Pending Action (Ruiz v. National City Bank).        | 4.50 300.00/hr  | 1,350.00    |
| 10/22/2009 | Prepare for Unlawful Detainer trial in Los Angeles and attend (Ruiz adv. National City Bank).      | 8.00 300.00/hr  | 2,400.00    |
| 10/16/2009 | Research and memorandum regarding setting aside of foreclosure on Ruiz's property (Ruiz adv. National City Bank). | 2.50 300.00/hr  | 750.00      |
| 10/20/2009 | Review Notice to Vacate; review file. telephone call with Los Angeles Sheriff's Office; telephone call to court; telephone call to attorney for National City Bank (Ruiz adv. National City Bank). | 2.50 300.00/hr  | 750.00      |
| 10/21/2009 | Prepare for trial (Ruiz adv. National City Bank).                                                  | 4.50 300.00/hr  | 1,350.00    |
| 10/30/2009 | Meeting with Kenya Ruiz.                                                                            | 0.75 300.00/hr  | 225.00      |
| 10/28/2009 | Research and review court file; analyze events as to setting aside default (Ruiz adv. National City Bank). | 4.00 300.00/hr  | 1,200.00    |
| 10/29/2009 | Research and begin preparation of Ex Parte Application to set aside default of Alicia Ruiz and restore her to possession. | 5.50 300.00/hr  | 1,650.00    |
|            | For professional services rendered                                                                 | 55.00           | $16,500.00  |
|            | Additional Charges :                                                                               |                 |             |
| 10/21/2009 | Filing Fee regarding Complaint (Ruiz v. National City Bank)                                        |                 | 355.00      |
| 10/21/2009 | Recording Fee regarding Notice of Pending Action.                                                  |                 | 24.00       |

Kenya Ruiz

| | | Page 3 |
| --- | --- | --- |
| | | Amount |
| 10/22/2009 | Parking regarding trial at Los Angeles Superior Court (Ruiz adv. National City Bank). | 36.00 |
| | Total costs | $415.00 |
| | Total amount of this bill | $16,915.00 |
| | Previous balance | $6,566.94 |
| | Balance due | $23,481.94 |

**Thank you for your business!**

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA 92868-4741**

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles CA 90023

December 09, 2009

In Reference To:Ruiz adv. Sarkisian; Unlawful Detainer Complaint;
Set Aside Foreclosure on 6th Street, Los Angeles
property

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/9/2009 | Draft Answer to Complaint by National City Bank; research regarding potential responses (Ruiz adv. National City Bank). | 4.00 300.00/hr | 1,200.00 |
| 11/10/2009 | Research and prepare response to Unlawful Detainer Complaint (Ruiz adv. National City Bank). | 4.50 300.00/hr | 1,350.00 |
| 11/11/2009 | Prepare Points and Authorities regarding application for preliminary injunction as to eviction (Ruiz adv. National City Bank). | 4.50 300.00/hr | 1,350.00 |
| 11/13/2009 | Research regarding Demurrer to Unlawful Detainer Complaint (New case - Ruiz adv. National City Bank). | 4.50 300.00/hr | 1,350.00 |
| 11/4/2009 | Research Ex Parte Application authorities for Ex Parte Motion to halt further proceeding regarding eviction of Kenya and Ruben Ruiz (Ruiz adv. National City Bank). | 4.50 300.00/hr | 1,350.00 |

Kenya Ruiz

Page    2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/20/2009 | Begin preparation of preliminary injunction; research case law and local rules. | 3.50 300.00/hr | 1,050.00 |
| 11/16/2009 | Research demurrer and motion to strike (first case). | 3.00 300.00/hr | 900.00 |
| | For professional services rendered | 28:30:00 | $8,550.00 |

Additional Charges :

| | | | Amount |
|---|---|---|---|
| 10/23/2009 | Courier Service fee regarding delivery of Notice of Pending Action to Los Angeles County Recorder's Office (Ruiz v. National City Bank). | | 25.00 |
| 11/3/2009 | Courier Service fee regarding pick up from Adcraft Products and delivery to L/O Gregory Bosse. | | 22.50 |
| 11/13/2009 | Courier Service fee regarding pick up from Adcraft Products and delivery to L/O Gregory Bosse. | | 15.50 |
| 11/21/2009 | Courier Service fee regarding pick up from Realty Executives to Law Offices of Gregory Bosse. | | 52.20 |
| | Total costs | | $115.20 |
| | Total amount of this bill | | $8,665.20 |
| | Previous balance | | $23,481.94 |
| 11/3/2009 | Payment - (Cash payment) Thank you. Check No. N/A | | ($500.00) |
| 11/20/2009 | Payment - (Check from Realty Executives Cornerstone) Thank you. Check No. 8927 | | ($2,275.00) |
| | Total payments and adjustments | | ($2,775.00) |
| | Balance due | | $29,372.14 |

Kenya Ruiz                                                                    Page        3

Thank you for your business!

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA 92868-4741**

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles CA 90023

**January 08, 2010**

In Reference To: Ruiz adv. Sarkislan; Unlawful Detainer Complaint;
Set Aside Foreclosure on 6th Street, Los Angeles
property

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 12/30/2009 Review and research Notice to Vacate (Ruiz adv. National City Bank). | 1.00 300.00/hr | 300.00 |
| 12/30/2009 Court Appearance regarding Demurrer hearing in Los Angeles. | 3.50 300.00/hr | 1,050.00 |
| For professional services rendered | 4:30:00 | $1,350.00 |
| Previous balance | | $29,372.14 |
| 12/14/2009 Payment - (Check from Maria Lourdes Sahagun) Thank you. Check No. 3006 | | ($3,000.00) |
| 1/6/2010 Payment - (Cash Payment) Thank you. Check No. N/A | | ($1,000.00) |
| Total payments and adjustments | | ($4,000.00) |
| Balance due | | $26,722.14 |

Page    2

Kenya Ruiz

Thank you for your business!

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA 92868-4741**

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles CA 90023

**February 05, 2010**

In Reference To: Ruiz adv. Sarkisian; Unlawful Detainer Complaint;
Set Aside Foreclosure on 6th Street, Los Angeles
property

Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/15/2010 | Research and draft Answer to Unlawful Detainer Complaint on behalf of Mr. & Mrs. Ruiz (Ruiz adv. National City Bank). | 3.50 300.00/hr | 1,050.00 |
| 1/19/2010 | Edit Application for Preliminary Injunction (Ruiz adv. National City Bank). | 2.50 300.00/hr | 750.00 |
| 1/18/2010 | Research regarding National City Bank and its current status (Ruiz v. National City Bank). | 1.50 300.00/hr | 450.00 |
|  | Research and draft Answer to Unlawful Detainer by National City Bank (Ruiz adv. National City Bank). | 2.25 300.00/hr | 675.00 |
| 1/11/2010 | Research and draft Memorandum to court regarding § 1161 and review response from plaintiff. | 3.50 300.00/hr | 1,050.00 |
| 1/14/2010 | Research and draft Preliminary Injunction against National City Bank (Ruiz v. National City Bank). | 5.50 300.00/hr | 1,650.00 |

Kenya Ruiz                                                             Page      2

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/21/2010 | Research regarding status of National City Bank and possibility that it cannot be a plaintiff or defendant in California courts. | 2.00 300.00/hr | 600.00 |
| 1/12/2010 | Court Appearance  in Los Angeles regarding Demurrer. | 3.50 300.00/hr | 1,050.00 |
| 1/10/2010 | Research and draft Brief for court regarding CCP §1161 (a) Notice to Tenants. | 6.50 300.00/hr | 1,950.00 |
| 1/8/2010 | Research and brief regarding §1161(a) per court's advisement. | 3.50 300.00/hr | 1,050.00 |
|  | Research and draft Application for Preliminary Injunction. | 7.50 300.00/hr | 2,250.00 |
| 1/4/2010 | Hearing on Demurrer regarding unlawful detainer matter. | 3.50 300.00/hr | 1,050.00 |
|  | Draft Complaint; final review and edit; research and begin preparation of Application for Preliminary Injunction (Ruiz v. National City Bank). | 3.50 300.00/hr | 1,050.00 |
| 1/25/2010 | Research and draft Motion to Transfer Unlawful Detainer case to Superior Court case (Ruiz adv. National City Bank). | 6.50 300.00/hr | 1,950.00 |
|  | Research regarding service on National City Bank or its successors (Ruiz v. National City Bank). | 2.25 300.00/hr | 675.00 |
| 1/28/2010 | Review Motion for Preliminary Injunction; research servie of process on PNC Bank as successor to National City Bank; have PNC served; check status of Answer to Unlawful Detainer Complaint buy Ruiz. | 4.50 300.00/hr | 1,350.00 |
|  | Locate PNC service offices. | 0.50 300.00/hr | 150.00 |
|  | For professional services rendered | 62.50 | $18,750.00 |

Kenya Ruiz                                                          Page       3

### Additional Charges :

|  |  | Amount |
|---|---|---|
| 1/6/2010 | Courier Service fee regarding pick up and delivery from Adcraft to LO Gregory Bosse. | 15.50 |
| 1/11/2010 | Courier Service fee regarding filing of Reply Brief and Demurrer in Los Angeles Superior Court. | 39.50 |
| 1/19/2010 | Courier Service fee regarding delivery of documents from LO Greg Bosse to PNC Bank in Los Alamitos. | 45.00 |
|  | Courier Service fee regarding delivery of documents from LO Greg Bosse to Los Angeles Superior Court. | 53.65 |
|  | **Total costs** | **$153.65** |
|  | Total amount of this bill | $18,903.65 |
|  | Previous balance | $26,722.14 |
|  | **Balance due** | **$45,625.79** |

**Thank you for your business!**

09123

### Law Offices of Gregory L. Bosse
### 701 South Parker Street
### Suite 6000
### Orange, CA 92868-4741

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles CA 90023

**March 03, 2010**

In Reference To: Ruiz adv. Sarkisian; Unlawful Detainer Complaint;
Set Aside Foreclosure on 6th Street, Los Angeles
property

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/15/2010 | Review file; read and analyze Trial Brief from plaintiff; review Complaint. | 2.50 300.00/hr | 750.00 |
| 2/15/2010 | Prepare for Trial. | 2.50 300.00/hr | 750.00 |
| 2/16/2010 | Trial preparation and Trial in Los Angeles (cont. to 3/9/10). | 6.50 300.00/hr | 1,950.00 |
| 2/10/2010 | Review Complaint, Trial Rules; prepare for Unlawful Detainer Trial (Ruiz adv. National City Bank). | 2.50 300.00/hr | 750.00 |
| 2/10/2010 | Prepare for Unlawful Detainer Trial; review documents regarding service on defendants. | 2.50 300.00/hr | 750.00 |
| 2/23/2010 | Prepare and file Request To Enter Default as to National City Bank; prepare a rush filing to enter Default (Ruiz v. National City Bank). | 2.50 300.00/hr | 750.00 |

Kenya Ruiz                                                                      Page     2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/25/2010 | Edit, research and finalize Chapter 13 Bankruptcy. | 2.50 300.00/hr | 750.00 |
| 2/22/2010 | Research regarding effect of prior bankrupty filings on current filing and Unlawful Detainer Trial. | 3.50 300.00/hr | 1,050.00 |
| | For professional services rendered | 25:00:00 | $7,500.00 |

**Additional Charges :**

| | | |
|---|---|---|
| 2/11/2010 | Courier Service fee regarding filing in Los Angeles Bankruptcy Court. | 48.84 |
| 1/28/2010 | Attorney Service fee regarding delivery of Summons and Complaint on National City Bank in Cleveland, Ohio (Ruiz v. National City Bank). | 75.00 |
| 2/16/2010 | Attorney Service fee regarding rush filing of Notice of Stay of Proceedings in Los Angeles Superior Court (Ruiz adv. National City Bank). | 77.00 |
| 2/25/2010 | Courier Service fee regarding filing in Los Angeles Bankruptcy Court. | 48.84 |
| | Total costs | $249.68 |

| | | |
|---|---|---|
| | Total amount of this bill | $7,749.68 |
| | Previous balance | $45,625.79 |
| 2/25/2010 | Payment - (Check from Mark Castillo) Thank you. Check No. 3441 | ($3,500.00) |
| | Total payments and adjustments | ($3,500.00) |
| | **Balance due** | **$49,875.47** |

Kenya Ruiz                                                                    Page       2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/25/2010 | Edit, research and finalize Chapter 13 Bankruptcy. | 2.50 300.00/hr | 750.00 |
| 2/22/2010 | Research regarding effect of prior bankrupty filings on current filing and Unlawful Detainer Trial. | 3.50 300.00/hr | 1,050.00 |
| | For professional services rendered | 25:00:00 | $7,500.00 |

Additional Charges :

| | | | Amount |
|---|---|---|---|
| 2/11/2010 | Courier Service fee regarding filing in Los Angeles Bankruptcy Court. | | 48.84 |
| 1/28/2010 | Attorney Service fee regarding delivery of Summons and Complaint on National City Bank in Cleveland, Ohio (Ruiz v. National City Bank). | | 75.00 |
| 2/16/2010 | Attorney Service fee regarding rush filing of Notice of Stay of Proceedings in Los Angeles Superior Court (Ruiz adv. National City Bank). | | 77.00 |
| 2/25/2010 | Courier Service fee regarding filing in Los Angeles Bankruptcy Court. | | 48.84 |
| | Total costs | | $249.68 |
| | Total amount of this bill | | $7,749.68 |
| | Previous balance | | $45,625.79 |
| 2/25/2010 | Payment - (Check from Mark Castillo) Thank you. Check No. 3441 | | ($3,500.00) |
| | Total payments and adjustments | | ($3,500.00) |
| | Balance due | | $49,875.47 |

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA 92868-4741**

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles CA 90023

**April 08, 2010**

In Reference To:**Ruiz adv. Sarkisian; Unlawful Detainer Complaint; Set Aside Foreclosure on 6th Street, Los Angeles property**

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/15/2010 | Court hearing; review Court Docket and Minutes ( Ruiz adv. National City Bank). | 6.50 300.00/hr | 1,950.00 |
| 3/9/2010 | Trial in Los Angeles Superior Court (Ruiz adv. National City Bank). | 6.50 300.00/hr | 1,950.00 |
| 3/8/2010 | Prepare for Unlawful Detainer Trial (Ruiz adv. National City Bank). | 2.50 300.00/hr | 750.00 |
| 3/12/2010 | Review and research motion filed by National City Bank to lift the stay; calendar due date; email to Kenya Ruiz. | 2.75 300.00/hr | 825.00 |
| 3/2/2010 | Prepare and file Request For Entry of Default as to National City Bank (Ruiz v. National City Bank). | 2.00 300.00/hr | 600.00 |
| 3/5/2010 | Research and prepare for hearing on unlawful detainer. | 2.50 300.00/hr | 750.00 |

Kenya Ruiz                                                                 Page        2

|            |                                                                                   | Hrs/Rate   | Amount     |
|------------|-----------------------------------------------------------------------------------|------------|------------|
| 3/22/2010  | Research Motion For Lift of Stay by National City Bank.                            | 3.50 300.00/hr | 1,050.00 |
| 3/29/2010  | Review, research and monitor filing of Statement Re Assistance of Non-Attorney (Ruiz / BK). | 1.00 300.00/hr | 300.00 |
|            | For professional services rendered                                                | 27:15:00   | $8,175.00  |

Additional Charges :

|            |                                                                                           |         |
|------------|-------------------------------------------------------------------------------------------|---------|
| 3/4/2010   | Courier Service fee regarding delivery from Adcraft Products to LO Gregory Bosse.          | 15.50   |
| 3/5/2010   | Courier Service fee regarding delivery from Adcraft Products to LO Gregory Bosse.          | 15.50   |
| 3/19/2010  | Courier Service fee regarding delivery of documents from Adcraft Product to L/O Gregory L. Bosse. | 22.50   |
| 3/30/2010  | Courier Service fee regarding delivery of documents from L/O Gregory L. Bosse to Los Angeles Bankruptcy Court. | 68.65   |
|            | Total costs                                                                               | $122.15 |
|            | Total amount of this bill                                                                 | $8,297.15 |
|            | Previous balance                                                                          | $49,875.47 |

|            |                                                                                           |              |
|------------|-------------------------------------------------------------------------------------------|--------------|
| 3/4/2010   | Payment - (Check from Adcraft Products to Kenya Ruiz) Thank you. Check No. 1955998         | ($1,040.40)  |
| 3/5/2010   | Payment - (Cash Payment) Thank you. Check No. N/A                                          | ($2,400.00)  |
| 3/22/2010  | Payment - Thank you. Check No. 333506                                                      | ($1,004.28)  |
| 3/23/2010  | Payment - (Electronic Deposit) Thank you. Check No. N/A                                    | ($2,000.00)  |
|            | Total payments and adjustments                                                            | ($6,444.68)  |

Kenya Ruiz                                              Page       3

                                                                Amount

                    Balance due                            $51,727.94

                    Thank you for your business!

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA  92868-4741**

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles CA 90023

May 05, 2010

In Reference To: Ruiz adv. Sarkisian; Unlawful Detainer Complaint;
Set Aside Foreclosure on 6th Street, Los Angeles
property

. Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/16/2010 | Review Court's Order regarding continuance of Trial to May 16, 2010. | 0.50 300.00/hr | 150.00 |
| 4/14/2010 | Trial preparation for Trial on April 16, 2010. | 3.50 300.00/hr | 1,050.00 |
| 4/20/2010 | Hearing to continue National City default prove up (Ruiz v. National City Bank). | 3.25 300.00/hr | 975.00 |
| 4/22/2010 | Review bankruptcy file for Kenya Ruiz in pro per; email to K. Ruiz. | 1.00 300.00/hr | 300.00 |
| 4/24/2010 | Begin preparation of Default Judgment prove up documents (Ruiz v. National City Bank). | 3.50 300.00/hr | 1,050.00 |
| 4/30/2010 | Prepare Default package (Ruiz v. National City Bank). | 2.50 300.00/hr | 750.00 |

Kenya Ruiz                                                                      Page      2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/29/2010 | Check court file; email to K. Ruiz; review file notes (Ruiz v. National City Bank). | 1.50 300.00/hr | 450.00 |
| 4/29/2010 | Begin preparation of default package for court (Ruiz v. National City Bank). | 3.50 300.00/hr | 1,050.00 |
|  | For professional services rendered | 19:15:00 | $5,775.00 |
|  | Previous balance |  | $51,727.94 |
|  | Balance due |  | $57,502.94 |

Thank you for your business!

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA  92868-4741**

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles, CA 90023

**June 03, 2010**

In Reference To:Ruiz adv. Sarkisian; Unlawful Detainer Complaint;
Set Aside Foreclosure on 6th Street, Los Angeles
property

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 5/3/2010 Draft declaration for Kenya Ruiz regarding wrongful foreclosure. | 2.00 300.00/hr | 600.00 |
| 5/5/2010 Unlawful Detainer Trial and Default Judgment. | 2.50 300.00/hr | 750.00 |
| 5/6/2010 Review Notice of Stay regarding Unlawful Detainer Trial. | 1.00 300.00/hr | 300.00 |
| Prepare Default Judgment (Ruiz. National City Bank). | 3.00 300.00/hr | 900.00 |
| 5/13/2010 Review file; meet with Kenya Ruiz (Ruiz v. National City Bank). | 1.50 300.00/hr | 450.00 |
| Begin preparing Default package for court (Ruiz v. National City Bank). | 2.50 300.00/hr | 750.00 |

Kenya Ruiz

Page    2

| Date | Description | Hrs/Rate | Amount |
|------|-------------|----------|--------|
| 5/14/2010 | Check court file regarding bankruptcy status on Ruben (Ruiz adv. National City Bank). | 1.50 300.00/hr | 450.00 |
| 5/11/2010 | Research and draft Memorandum to K. Ruiz regarding Judgment Prove Up (Ruiz v. National City Bank). | 1.00 300.00/hr | 300.00 |
| 5/28/2010 | Prepare Declaration for Kenya Ruiz. | 1.50 300.00/hr | 450.00 |
| 5/18/2010 | Prepare for and meet with Kenya Ruiz regarding foreclosure chronology in 2008. | 1.50 300.00/hr | 450.00 |
| 5/20/2010 | Prepare Declaration for Kenya Ruiz regarding chronology of events surrounding foreclosure on 6th Street property in 2008. | 4.50 300.00/hr | 1,350.00 |
| | Court appearance in Los Angeles regarding Unlawful Detainer Trial (Ruiz adv. National City Bank). | 1.00 300.00/hr | 300.00 |
| | Review documents supplied by Kenya Ruiz to prepare Default Judgment (Ruiz v. National City Bank). | 3.25 300.00/hr | 975.00 |
| 5/21/2010 | Prepare final draft of Judgment. | 4.50 300.00/hr | 1,350.00 |
| 5/24/2010 | Prepare Default Judgment (Ruiz v. National City Bank). | 2.50 300.00/hr | 750.00 |
| 5/25/2010 | Research and prepare Default Judgment against National City Bank (Ruiz v. National City Bank). | 4.50 300.00/hr | 1,350.00 |
| 5/26/2010 | Review and analyze client's documents regarding wrongful foreclosure. | 2.50 300.00/hr | 750.00 |
| 5/27/2010 | Review Motion For Lift of Stay filed by National City Bank. | 1.50 300.00/hr | 450.00 |
| 5/25/2010 | Review Court Pre-Trial Minutes and advise clients of new trial date (Ruiz adv. National City Bank). | 1.25 300.00/hr | 375.00 |

Kenya Ruiz                                                                          Page    3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/28/2010 | Research regarding C.C.P. § 2924 et seq. regarding set aside of trustee's sale. | 2.50 300.00/hr | 750.00 |
| | For professional services rendered | 46.00 | $13,800.00 |

**Additional Charges :**

| | | |
|---|---|---|
| 5/5/2010 | Courier Service fee regarding delivery of documents from Adcraft to Los Angeles Bankruptcy Court. | 46.40 |
| 4/28/2010 | Balance of filing fee regarding Motion to Reopen Case. | 110.00 |
| 5/5/2010 | Courier Service fee regarding filing of emergency 13 petition in Los Angeles Bankruptcy Court. | 50.00 |
| 5/18/2010 | Courier Service fee regarding filing of deficiency schedules in Los Angeles Bankruptcy Court. | 50.00 |
| | Total costs | $256.40 |
| | Total amount of this bill | $14,056.40 |
| | Previous balance | $57,502.94 |
| 5/20/2010 | Payment - Thank you. Check No. 428807 | ($1,047.30) |
| 5/28/2010 | Payment - (Check from Adcraft Products) Thank you. Check No. 2069907 | ($910.17) |
| 5/28/2010 | Payment - (Cash from Kenya) Thank you. Check No. N/A | ($100.00) |
| 6/2/2010 | Payment - (Cash payment) Thank you. Check No. N/A | ($500.00) |
| | Total payments and adjustments | ($2,557.47) |
| | **Balance due** | **$69,001.87** |

Kenya Ruiz

Page        4

Thank you for your business!

Please remit to the above address.

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA 92868-4741**

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles, CA 90023

**July 06, 2010**

In Reference To: **Ruiz adv. Sarkisian; Unlawful Detainer Complaint; Set Aside Foreclosure on 6th Street, Los Angeles property**

### Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/6/2010 | Research Property Profile on Subject Property regarding Cal Western Reconveyance and status of title chain for Subject Property; revise Declaration of Kenya Ruiz. | 3.50 300.00/hr | 1,050.00 |
| 6/8/2010 | Final review and edit of Declaration of Gregory L. Bosse; Declaration of Kenya Ruiz; Points and Authorities and Motion To Enter Default. | 3.50 300.00/hr | 1,050.00 |
| 6/1/2010 | Finalize Default Judgment Package for trial court (Ruiz adv. National City). | 3.50 300.00/hr | 1,050.00 |
| 6/4/2010 | Finalize Default Judgment Package for court (Ruiz v. National City Bank). | 5.50 300.00/hr | 1,650.00 |
| 6/21/2010 | Review court order (Ruiz adv. National City Bank). | 0.75 300.00/hr | 225.00 |
| | **For professional services rendered** | **16.75** | **$5,025.00** |

Kenya Ruiz                                                          Page      2

|  |  | Amount |
|---|---|---|
| | Previous balance | $69,001.87 |
| 7/2/2010 Payment - (Client deposited into Law Office account) Thank you. Check No. N/A | | ($400.00) |
| | Total payments and adjustments | ($400.00) |
| | Balance due | $73,626.87 |

Thank you for your business!

Please remit to the above address.

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA 92868-4741**

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles, CA 90023

**August 02, 2010**

In Reference To: **Ruiz adv. Sarkisian; Unlawful Detainer Complaint;**
**Set Aside Foreclosure on 6th Street, Los Angeles**
**property**
**Additional Charges :**

|  |  | Amount |
|---|---|---|
| 7/1/2010 | Property research re: 3542 East 6th Street, Los Angeles, CA from First American DataTree. | 40.00 |
| 7/7/2010 | Courier Service fee regarding delivery from Ruiz residence to L/O Gregory Bosse. | 69.60 |
| | **Total costs** | $109.60 |
| | **Previous balance** | $73,626.87 |
| | **Balance due** | $73,736.47 |

**Thank you for your business!**

**Please remit to the above address.**

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA  92868-4741**

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles, CA 90023

**September 01, 2010**

In Reference To: **Ruiz adv. Sarkisian; Unlawful Detainer Complaint;**
**Set Aside Foreclosure on 6th Street, Los Angeles**
**property**

|  | Amount |
|---|---|
| Previous balance | $73,736.47 |
| Balance due | $73,736.47 |

Thank you for your business!

Please remit to the above address.

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA 92868-4741**

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles, CA 90023

November 02, 2010

In Reference To: Ruiz adv. Sarkisian; Unlawful Detainer Complaint;
Set Aside Foreclosure on 6th Street, Los Angeles
property

Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/12/2010 | Review Court's Order regarding continuance of OSC. | 1.00 300.00/hr | 300.00 |
| | For professional services rendered | 1.00 | $300.00 |

Additional Charges :

|  | | Amount |
|---|---|---|
| 10/6/2010 | Courier Service fee regarding delivery of Default Judgment Package to Los Angeles Superior Court (Ruiz v. National City Bank). | 74.85 |
| | Total costs | $74.85 |
| | Total amount of this bill | $374.85 |
| | Previous balance | $78,736.47 |

Kenya Ruiz

Page    2

Amount

Balance due

$79,111.32

Thank you for your business!

Please remit to the above address.

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA 92868-4741**

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles, CA 90023

December 02, 2010

In Reference To:Ruiz adv. Sarkisian; Unlawful Detainer Complaint;
Set Aside Foreclosure on 6th Street, Los Angeles
property

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/6/2010 | Review file, Judgment Default Package, and prepare for possible hearing on Monday 11/8/10. | 4.50 300.00/hr | 1,350.00 |
| 11/9/2010 | Review Docket from court; review letter from court; telephone call to court regarding Default Packet. | 1.50 300.00/hr | 450.00 |
| 11/18/2010 | Review notice from court; phone call to call court, review Los Angeles Superior Court rules - Chapter 7. | 1.00 300.00/hr | 300.00 |
| 11/30/2010 | Review court file and Motion for Default Judgment; review local rules and prepare for hearing. | 4.50 300.00/hr | 1,350.00 |
|  | Review Complaint by Bob Ford, edit and draft letter to Department of Real Estate. | 1.50 300.00/hr | 450.00 |
|  | Draft Case Management Conference Statement and letter to attorney for Frohlich. | 1.00 300.00/hr | 300.00 |

Kenya Ruiz                                                                Page    2

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 14.00 | $4,200.00 |
| Previous balance |  | $79,111.32 |
| Balance due |  | $83,311.32 |

Thank you for your business!

Please remit to the above address.

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA 92868-4741**

Invoice submitted to:
Kenya Ruiz
3540 E. 6th Street
Los Angeles, CA 90023

**January 04, 2011**

In Reference To: **Ruiz adv. Sarkisian; Unlawful Detainer Complaint;
Set Aside Foreclosure on 6th Street, Los Angeles
property**

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/1/2010 | Prepare for hearing on Default Prove-UP against National City Bank in Los Angeles Superior Court - Department 56. | 4.25 300.00/hr | 1,275.00 |
|  | Prepare Declaration for court; research CCP § 764.011; letter to client. | 2.50 300.00/hr | 750.00 |
|  | Court hearing in Los Angeles Superior Court regarding Default Judgment. | 4.50 300.00/hr | 1,350.00 |
| 12/20/2010 | Research regarding Ex Parte Motion to set aside entry of default; court appearance in Los Angeles Superior Court - Dept. 56. | 5.00 300.00/hr | 1,500.00 |
| 12/21/2010 | Read Ex Parte Motion, Demurrer and related items from PNC Bank. | 4.50 300.00/hr | 1,350.00 |

Kenya Ruiz                                                                    Page      2

|            |                                                                 | Hrs/Rate | Amount |
|------------|-----------------------------------------------------------------|----------|--------|
| 12/21/2010 | Telephone call with Rich Pursus of Ohio process servers.        | 0.50 300.00/hr | 150.00 |
| 12/22/2010 | Research regarding Motion to Set Aside Default filed by PNC Bank. | 4.50 300.00/hr | 1,350.00 |
| 12/24/2010 | Research and draft Opposition to Motion To Set Aside Default filed by PNC Bank. | 6.50 300.00/hr | 1,950.00 |
| 12/27/2010 | Research file, activity, and case law; telephone call with Rich of Ohio; first draft of Opposition to Motion. | 8.00 300.00/hr | 2,400.00 |
| 12/29/2010 | Review motion, research, draft Opposition and edit Declaration of R. Purser and Matt; final edit and file Opposition to National City Bank's motion to set aside default. | 3.50 300.00/hr | 1,050.00 |
| 12/30/2010 | Review documents filed; contact Ohio process server. | 1.50 300.00/hr | 450.00 |

|            | For professional services rendered | 45.25 | $13,575.00 |
|------------|-------------------------------------|-------|------------|

Additional Charges :

|            |                                                                 | Amount |
|------------|-----------------------------------------------------------------|--------|
| 12/1/2010  | Parking at Los Angeles Superior Court.                          | 18.00  |
| 12/20/2010 | Parking at Los Angeles Superior Court.                          | 15.00  |
| 12/30/2010 | Attorney Service fee regarding filing of Opposition to Motion To Set Aside Entry of Default, etc. | 76.75 |
| 12/31/2010 | Attorney Service fee regarding filing of Notice of Supplemental Declaration of Matt Delaney in Opposition to Motion To Set Aside Entry of Default. | 44.75 |

|            | Total costs | $154.50 |
|------------|-------------|---------|

|            | Total amount of this bill | $13,729.50 |
|------------|---------------------------|------------|

Kenya Ruiz                                                                                    Page       3

                                                                                                  Amount

                    Previous balance                                                          $83,311.32

12/21/2010  Payment - Thank you. Check No. 148                                               ($1,000.00)
12/21/2010  Payment - (Cash payment) Thank you. Check No. N/A                                   ($200.00)
12/26/2010  Payment - Thank you. Check No. 149                                                ($1,500.00)
12/27/2010  Invoice regarding "NSF" Check No. 148 - $1,000.00.                                 $1,000.00
12/27/2010  Invoice regarding Wells Fargo Bank fees for "NSF" check no. 148.                      $20.00
12/29/2010  Invoice regarding "NSF" Check No. 149 - $1,500.00.                                 $1,500.00
12/29/2010  Invoice regarding Wells Fargo Bank fees for "NSF" check no. 149.                      $20.00

                    Total payments and adjustments                                              ($160.00)


                    Balance due                                                               $96,880.82


                          Thank you for your business!

                          Please remit to the above address.

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA 92868-4741**

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

**February 01, 2011**

In Reference To: **Ruiz v. National City Bank re: 3540 E. 6th Street,**
**Los Angeles, CA 90023 property**
Additional Charges :

|  |  | Amount |
|---|---|---|
| 1/3/2011 | Courier Service fee regarding delivery of documents to be filed from LO Greg Bosse to Los Angeles Superior Court. | 44.75 |
| 1/5/2011 | Courier Service fee regarding attempted delivery to Ruben at Prudential in Los Angeles. | 55.94 |
| 1/6/2011 | Courier Service fee regarding delivery of documents to Ruben at Prudential in Los Angeles. | 106.87 |
|  | Courier Service fee regarding delivery of documents to Kenya in Orange. | 39.38 |
|  | **Total costs** | **$246.94** |
|  | Previous balance | $96,880.82 |
|  | **Balance due** | **$97,127.76** |

Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com                    Page        2

Thank you for your business!

Please remit to the above address.

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA  92868-4741**

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

**March 01, 2011**

**In Reference To: Ruiz v. National City Bank re: 3540 E. 6th Street,**
**Los Angeles, CA 90023 property**

|  | Amount |
|---|---|
| Previous balance | $97,127.76 |
| **Balance due** | **$97,127.76** |

**Thank you for your business!**

**Please remit to the above address.**

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA  92868-4741**

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

**April 04, 2011**

In Reference To:Ruiz v. National City Bank re: 3540 E. 6th Street,
Los Angeles, CA 90023 property

|  | Amount |
|---|---|
| Previous balance | $97,127.76 |
| Balance due | $97,127.76 |

**Thank you for your business!**

**Please remit to the above address.**

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA  92868-4741**

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

May 02, 2011

In Reference To: Ruiz v. National City Bank re: 3540 E. 6th Street,
Los Angeles, CA 90023 property

| | Amount |
| --- | --- |
| Previous balance | $97,127.76 |
| Balance due | $97,127.76 |

Thank you for your business!

Please remit to the above address.

09123

## Law Offices of Gregory L. Bosse
### 701 South Parker Street
### Suite 6000
### Orange, CA  92868-4741

**Invoice submitted to:**
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

**June 01, 2011**

In Reference To: Ruiz v. National City Bank re: 3540 E. 6th Street, Los Angeles, CA 90023 property

|  | Amount |
|---|---|
| Previous balance | $97,127.76 |
| Balance due | $97,127.76 |

**Thank you for your business!**

**Please remit to the above address.**

Case 2:09-bk-26198-BR    Doc 55-2    Filed 10/29/20    Entered 10/29/20 08:00:49    Desc
Exhibit Exhibit 2 - Bosse Motion 06/01/2016    Page 53 of 67

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street, Suite 6000**
**Orange, CA 92868-4741**

**(714) 550-9555**

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

**November 01, 2011**

In Reference To: **Ruiz v. National City Bank re: 3540 E. 6th Street,**
**Los Angeles, CA 90023 property**

|  | Amount |
|---|---|
| Previous balance | $97,127.76 |
| Balance due | $97,127.76 |

**Thank you for your business!**

**Please remit to the above address.**

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street**
**Suite 6000**
**Orange, CA  92868-4741**

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

**July 01, 2011**

In Reference To: Ruiz v. National City Bank re: 3540 E. 6th Street,
Los Angeles, CA 90023 property

|  | Amount |
|---|---|
| Previous balance | $97,127.76 |
| Balance due | $97,127.76 |

**Thank you for your business!**

**Please remit to the above address.**

09123

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

August 02, 2011

In Reference To: Ruiz v. National City Bank re: 3540 E. 6th Street,
Los Angeles, CA 90023 property

|  | Amount |
|---|---|
| Previous balance | $97,127.76 |
| Balance due | $97,127.76 |

Thank you for your business!

Please remit to the above address.

09123

## Law Offices of Gregory L. Bosse
### 701 South Parker Street, Suite 6000
### Orange, CA 92868-4741

### (714) 550-9555

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

**September 01, 2011**

In Reference To: Ruiz v. National City Bank re: 3540 E. 6th Street,
Los Angeles, CA 90023 property

|  | Amount |
|---|---|
| Previous balance | $97,127.76 |
| Balance due | $97,127.76 |

Thank you for your business!

Please remit to the above address.

**Law Offices of Gregory L. Bosse**
701 South Parker Street, Suite 6000
Orange, CA 92868-4741

(714) 550-9555

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

October 04, 2011

In Reference To: Ruiz v. National City Bank re: 3540 E. 6th Street,
Los Angeles, CA 90023 property

| | Amount |
|---|---|
| Previous balance | $97,127.76 |
| Balance due | $97,127.76 |

Thank you for your business!

Please remit to the above address.

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street, Suite 6000**
**Orange, CA 92868-4741**

**(714) 550-9555**

**Invoice submitted to:**
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

**December 05, 2011**

**In Reference To:Ruiz v. National City Bank re: 3540 E. 6th Street,**
**Los Angeles, CA 90023 property**

|  | Amount |
|---|---|
| Previous balance | $97,127.76 |
| **Balance due** | **$97,127.76** |

**Thank you for your business!**

**Please remit to the above address.**

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street, Suite 6000**
**Orange, CA 92868-4741**

**(714) 550-9555**

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

**January 04, 2012**

In Reference To: **Ruiz v. National City Bank re: 3540 E. 6th Street, Los Angeles, CA 90023 property**

| | Amount |
|---|---|
| Previous balance | $97,127.76 |
| **Balance due** | **$97,127.76** |

**Thank you for your business!**

**Please remit to the above address.**

**Law Offices of Gregory L. Bosse**
**701 South Parker Street, Suite 6000**
**Orange, CA 92868-4741**

**(714) 550-9555**

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

**February 03, 2012**

In Reference To: Ruiz v. National City Bank re: 3540 E. 6th Street,
Los Angeles, CA 90023 property

|  | Amount |
|---|---|
| Previous balance | $97,127.76 |
| Balance due | $97,127.76 |

**Thank you for your business!**

**Please remit to the above address.**

**Law Offices of Gregory L. Bosse**
**701 South Parker Street, Suite 6000**
**Orange, CA 92868-4741**

**(714) 550-9555**

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

**March 02, 2012**

**In Reference To:Ruiz v. National City Bank re: 3540 E. 6th Street, Los Angeles, CA 90023 property**

| | Amount |
|---|---|
| Previous balance | $97,127.76 |
| Balance due | $97,127.76 |

Thank you for your business!

Please remit to the above address.

09123

## Law Offices of Gregory L. Bosse
### 701 South Parker Street, Suite 6000
### Orange, CA 92868-4741

### (714) 550-9555

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

**April 02, 2012**

**In Reference To:Ruiz v. National City Bank re: 3540 E. 6th Street, Los Angeles, CA 90023 property**

| | Amount |
|---|---|
| Previous balance | $97,127.76 |
| **Balance due** | **$97,127.76** |

**Thank you for your business!**

**Please remit to the above address.**

09123

**Law Offices of Gregory L. Bosse**
701 South Parker Street, Suite 6900
Orange, CA 92868-4741
(714) 550-9555

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

May 01, 2012

In Reference To: Ruiz v. National City Bank re: 3540 E. 6th Street,
Los Angeles, CA 90023 property

|  | Amount |
|---|---|
| Previous balance | $97,127.76 |
| Balance due | $97,127.76 |

Thank you for your business!

Please remit to the above address.

09123

Law Offices of Gregory L. Bosse
701 South Parker Street, Suite 6000
Orange, CA 92868-4741

(714) 550-9555

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

June 01, 2012

In Reference To:Ruiz v. National City Bank re: 3540 E. 6th Street,
Los Angeles, CA 90023 property

| | Amount |
|---|---|
| Previous balance | $97,127.76 |
| Balance due | $97,127.76 |

Thank you for your business!

Please remit to the above address.

09123

**Law Offices of Gregory L. Bosse**
**701 South Parker Street, Suite 6000**
**Orange, CA 92868-4741**
**(714) 550-9555**

Invoice submitted to:
Kenya Ruiz - VIA EMAIL - realtorkenya33@yahoo.com

August 01, 2012

In Reference To: Ruiz v. National City Bank re: 3540 E. 6th Street,
Los Angeles, CA 90023 property

|  | Amount |
|---|---|
| Previous balance | $97,127.76 |
| Balance due | $97,127.76 |

Thank you for your business!

Please remit to the above address.

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California, I am over the age of 18 years and am not a party to the within action. My business address is 940 W. 17th Street, Suite F, Santa Ana, California 92706.

On **March 17, 2016**, I served the foregoing document described as **REQUESTS FOR ADMISSION (Set 1)** on all parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Kenya Ruiz
13029 Semora Drive
Cerritos, CA  90703

(Defendant in pro per)

**XXX**   (By First Class Mail) I caused such envelope with postage thereon fully prepaid, to be placed in the United State mail at Santa Ana, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 17, 2016**, at Santa Ana, California.

LYNN CASTRO

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California, I am over the age of 18 years and am not a party to the within action. My business address is 940 W. 17th Street, Suite F, Santa Ana, CA 92706.

On **June 1, 2016**, I served the foregoing document described as: **MOTION FOR ORDER ESTABLISHING ADMISSIONS AND FOR SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF GREGORY L. BOSSE** on all parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

> Kenya Ruiz
> 13029 Semora Drive
> Cerritos, CA  90703

(Defendant  in pro per)

**XXX** **(By First Class Mail)** I caused such envelope with postage thereon fully prepaid, to be placed in the United States mail at Orange, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on the same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 1, 2016**, at Santa Ana, California.



LYNN CASTRO

8

**MOTION FOR ORDER ESTABLISHING ADMISSIONS AND FOR SANCTIONS;
MEMORANDUM OF POINTS AND AUTHORITIES; DECL. OF GREGORY L. BOSSE**