**PLD-C-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Gregory L. Bosse, Esq. (103641) <br> Law Offices of Gregory L. Bosse <br> 701 South Parker Street, Suite 6000. Orange, CA 92868 <br> TELEPHONE NO: (714) 550-9555   FAX NO. *(Optional):* (714) 316-1344 <br> E-MAIL ADDRESS *(Optional):* greg@lawbosse.com <br> ATTORNEY FOR *(Name):* Plaintiff in pro per | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
  STREET ADDRESS: 700 Civic Center Drive West
  MAILING ADDRESS: 700 Civic Center Drive West
  CITY AND ZIP CODE: Santa, CA 92701
  BRANCH NAME: Central Justice Center

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAR 08 2012

ALAN CARLSON, Clerk of the Court

PLAINTIFF: GREGORY L. BOSSE, an individual,

DEFENDANT: KENYA RUIZ, an individual; RUBEN RUIZ, an individual; and

☑ DOES 1 TO 20, inclusive,

**CONTRACT**
☑ **COMPLAINT**         ☐ **AMENDED COMPLAINT** *(Number):*
☐ **CROSS-COMPLAINT**   ☐ **AMENDED CROSS-COMPLAINT** *(Number):*

Jurisdiction *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE**
   Amount demanded   ☐ does not exceed $10,000
                     ☐ exceeds $10,000 but does not exceed $25,000
☑ **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)
☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

30-2012
CASE NUMBER: 00551965

**JUDGE FRANZ E. MILLER**
**DEPT. C14**

1. **Plaintiff*** *(name or names):* Gregory L. Bosse

   alleges causes of action against **defendant*** *(name or names):*
   Kenya Ruiz and Ruben Ruiz

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
      ☐ **except** plaintiff *(name):*
         (1) ☐ a corporation qualified to do business in California
         (2) ☐ an unincorporated entity *(describe):*
         (3) ☐ other *(specify):*

   b. ☐ Plaintiff *(name):*
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. ☐ has complied with all licensing requirements as a licensed *(specify):*
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      ☐ **except** defendant *(name):*                              ☐ **except** defendant *(name):*
         (1) ☐ a business organization, form unknown                   (1) ☐ a business organization, form unknown
         (2) ☐ a corporation                                           (2) ☐ a corporation
         (3) ☐ an unincorporated entity *(describe):*                  (3) ☐ an unincorporated entity *(describe):*
         (4) ☐ a public entity *(describe):*                           (4) ☐ a public entity *(describe):*
         (5) ☐ other *(specify):*                                      (5) ☐ other *(specify):*

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]                **COMPLAINT—Contract**                Code of Civil Procedure, § 425.12

www.accesslaw.com

PLD-C-001

| SHORT TITLE: Bosse v. Ruiz | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☑ Doe defendants *(specify Doe numbers):* 1-10 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☑ Doe defendants *(specify Doe numbers):* 11-20 _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☑ Plaintiff is required to comply with a claims statute, **and**
   a. ☑ has complied with applicable claims statutes, *or*
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☑ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   ☑ Breach of Contract
   ☑ Common Counts
   ☐ Other *(specify):*

9. ☐ Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☑ damages of: $97,127.76
    b. ☑ interest on the damages
       (1) ☐ according to proof
       (2) ☐ at the rate of *(specify):* percent per year from *(date):*
    c. ☐ attorney's fees
       (1) ☐ of: $
       (2) ☐ according to proof.
    d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: February 8, 2012

GREGORY L. BOSSE ▶ _____
(TYPE OR PRINT NAME)                (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

| PLD-C-001 [Rev. January 1, 2007] | **COMPLAINT—Contract** | Page 2 of 2 |

PLD-C-001(1)

| SHORT TITLE: Bosse v. Ruiz | CASE NUMBER: |
|---|---|

___FIRST___    **CAUSE OF ACTION—Breach of Contract**
   *(number)*
ATTACHMENT TO    [✓] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* Gregory L. Bosse

   alleges that on or about *(date):*
   a [✓] written    [ ] oral    [ ] other *(specify):*
   agreement was made between *(name parties to agreement):*
   Gregory L. Bosse and

   [ ] A copy of the agreement is attached as Exhibit A, or
   [✓] The essential terms of the agreement    [ ] are stated in Attachment BC-1    [✓] are as follows *(specify):*

   Defendants, Kenya Ruiz and Ruben Ruiz, retained attorney Gregory L. Bosse on November 16, 2009, at
   an hourly rate of $325.00 for the purpose of representing them in Los Angeles Superior Court -
   Case No. 09U15988 - entitled National City Bank v. Kenya Ruiz and Ruben Ruiz, et al.

BC-2. On or about *(dates):* November 10, 2010
   defendant breached the agreement by    [ ] the acts specified in Attachment BC-2    [✓] the following acts
   *(specify):*
   defendants have failed to pay attorney's fees.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or
   excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
   [ ] as stated in Attachment BC-4    [✓] as follows *(specify):*
   failure to receive $97,127.76 of outstanding bill.

BC-5. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
   [ ] of $
   [ ] according to proof.
BC-6. [ ] Other:

Page ___3___

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

www.accesslaw.com