ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
10/18/2016 at 01:53:07 PM
Clerk of the Superior Court
By Enrique Veloz Deputy Clerk

**JUD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: <br> Gregory L. Bosse, Esq. (SBN. 103641) <br> Law Offices of Gregory L. Bosse <br> 940 W. 17th Street, Suite F, Santa Ana, CA 92706 <br> TELEPHONE NO: 714-550-9555    FAX NO. *(Optional)*: 714-316-1344 <br> E-MAIL ADDRESS *(Optional)*: greg@lawbosse.com <br> ATTORNEY FOR *(Name)*: Plaintiff, in pro per | FOR COURT USE ONLY <br><br> **FILED** <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF ORANGE <br> CENTRAL JUSTICE CENTER <br><br> **OCT 2 7 2016** <br><br> ALAN CARLSON, Clerk of the Court <br><br> BY: ____D. ACOSTA____, DEPUTY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE <br> STREET ADDRESS: 700 Civic Center Drive West <br> MAILING ADDRESS: 700 Civic Center Drive West <br> CITY AND ZIP CODE: Santa Ana, CA 92701 <br> BRANCH NAME: Central Justice Center | |
| PLAINTIFF: GREGORY L. BOSSE <br><br> DEFENDANT: KENYA RUIZ, et al. | |

| JUDGMENT <br> ☐ By Clerk   ☐ By Default    ☑ After Court Trial <br> ☑ By Court   ☐ On Stipulation  ☐ Defendant Did Not Appear at Trial | CASE NUMBER: <br> 30-2012-00551965 <br><br> Judge Nathan Scott |
|---|---|

## JUDGMENT

1. ☐ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☐ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☐ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court     ☐ the stipulation was stated on the record.

3. ☑ **AFTER COURT TRIAL**. The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time)*: October 17, 2016 - 9:00 a.m.
      before *(name of judicial officer)*: Nathan R. Scott
   b. Appearances by:

   ☑ Plaintiff *(name each)*:                          ☑ Plaintiff's attorney *(name each)*:
   (1) Gregory L. Bosse                                  (1) Ronald Appel, Esq.
   (2)                                                   (2)
   ☐ Continued on Attachment 3b.

   ☐ Defendant *(name each)*:                          ☐ Defendant's attorney *(name each)*:
   (1)                                                   (1)
   (2)                                                   (2)
   ☐ Continued on Attachment 3b.

   c. ☑ Defendant did not appear at trial. Defendant was properly served with notice of trial.

   d. ☑ A statement of decision (Code Civ. Proc., § 632) ☑ was not  ☐ was  requested.

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

**JUDGMENT**

Code of Civil Procedure, §§ 585, 664.6

| PLAINTIFF: GREGORY L. BOSSE | CASE NUMBER. |
|---|---|
| DEFENDANT: KENYA RUIZ, et al. | 30-2012-00551965 |

JUDGMENT IS ENTERED AS FOLLOWS BY:   [✓] THE COURT    [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is

   a. [✓] for plaintiff *(name each):*
   Gregory L. Bosse

   and against defendant *(names):*
   Kenya Ruiz

   [ ] Continued on Attachment 5a.

   b. [ ] for defendant *(name each):*

   c. [ ] for cross-complainant *(name each):*

   and against cross-defendant *(name each):*

   [ ] Continued on Attachment 5c.

   d. [ ] for cross-defendant *(name each):*

6. **Amount.**

   a. [✓] Defendant named in item 5a above must pay plaintiff on the complaint:

   | | | | |
   |---|---|---|---|
   | (1) [✓] | Damages | $ 97,127.76 |
   | (2) [ ] | Prejudgment interest at the annual rate of    % | $ |
   | (3) [✓] | Attorney fees | $ 1,500.00 |
   | (4) [✓] | Costs | $ 555.00 |
   | (5) [✓] | Other *(specify):* Service Charge | $ 67,970.00 |
   | (6) | **TOTAL** | $ 167,152.76 |

   c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

   | | | | |
   |---|---|---|---|
   | (1) [ ] | Damages | $ |
   | (2) [ ] | Prejudgment interest at the annual rate of    % | $ |
   | (3) [ ] | Attorney fees | $ |
   | (4) [ ] | Costs | $ |
   | (5) [ ] | Other *(specify).* | $ |
   | (6) | **TOTAL** | $ |

   b. [ ] Plaintiff to receive nothing from defendant named in item 5b.
   [ ] Defendant named in item 5b to recover costs $
   [ ] and attorney fees $

   d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
   [ ] Cross-defendant named in item 5d to recover costs $
   [ ] and attorney fees $

7. [ ] Other *(specify):*

Date: **OCT 2 7 2016**

[ ] _____
JUDICIAL OFFICER

Date: _____    [ ] Clerk, by _____, Deputy

(SEAL)

**CLERK'S CERTIFICATE** *(Optional)*

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

Page 2 of 2

JUD-100 [New January 1, 2002]    **JUDGMENT**