**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:

Gregory L. Bosse, Esq. (103641)
Law Offices of Gregory L. Bosse
940 W. 17th Street, Suite F
Santa Ana, CA 92706
TEL NO.: 714-550-9555      FAX NO. (optional): 714-316-1344
E-MAIL ADDRESS (Optional):

| ATTORNEY | **X** JUDGMENT | ASSIGNEE |
| FOR | CREDITOR | OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

FOR RECORDER'S USE ONLY

PLAINTIFF: GREGORY L. BOSSE, an individual
DEFENDANT: KENYA RUIZ, an individual, et al.

CASE NUMBER:
30-2012-00551965

## ABSTRACT OF JUDGMENT—CIVIL
## AND SMALL CLAIMS    **X** Amended

FOR COURT USE ONLY

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The **X** judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      Kenya Ruiz
      13029 Semora Drive
      Cerritos, CA 90703

   b. Driver's license no. [last 4 digits] and state:        **X** Unknown
   c. Social security no. [last 4 digits]: 2863        ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

      Kenya Ruiz - 13029 Semora Drive, Cerritos, CA 90703

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Gregory L. Bosse - c/o Law Offices of Gregory L. Bosse
   940 W. 17th Street, Suite F
   Santa Ana, CA 92706
   Date: February 21, 2017
   GREGORY L. BOSSE
   (TYPE OR PRINT NAME)

4. ☐ Information on additional judgment creditors is shown on page 2.
5. **X** Original abstract recorded in this county:
   Los Angeles County
   a. Date: October 9, 2014
   b. Instrument No.: 20141068116

   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $167,152.76

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): October 27, 2016
   b. Renewal entered on (date):

9. ☐ This judgment is an installment judgment.

[SEAL]

David H. Yamasaki, Clerk of the Court

This abstract issued on (date):
03/13/2017

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. **X** not been ordered by the court.
    b. ☐ been ordered by the court effective until (date):

12. a. **X** I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

Clerk, by Veronica Acosta, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

## ABSTRACT OF JUDGMENT—CIVIL
## AND SMALL CLAIMS

Veronica Acosta

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: GREGORY L. BOSSE, an individual | COURT CASE NO.: |
|---|---|
| DEFENDANT: KENYA RUIZ, an individual, et al. | 30-2012-00551965 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*                    14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16. ⌐ Name and last known address ¬          17. ⌐ Name and last known address ¬

Driver's license no. [last 4 digits] and state:        Driver's license no. [last 4 digits] and state:
☐ Unknown                                                              ☐ Unknown
Social security no. [last 4 digits]:  2863  ☐ Unknown   Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address):*   Summons was personally served at or mailed to *(address):*

18. ⌐ Name and last known address ¬          19. ⌐ Name and last known address ¬

Driver's license no. [last 4 digits] and state:        Driver's license no. [last 4 digits] and state:
☐ Unknown                                                              ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown    Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address):*   Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.