# APPENDIX 1

Fig. 1.1

| RELEVANT DATES | FORECLOSURE CASE – BC424268 | UD CASE – 09U04258 | UD CASE – 09U15988 | BANKRUPTCY CASE – 2:09-bk-26198-BR | BANKRUPTCY CASE – 2:10-bk-14951-VK |
|---|---|---|---|---|---|
| **Case Type** | Wrongful Foreclosure, et cet. | Unlawful Detainer/Eviction | Unlawful Detainer/Eviction | Chapter 13 converted to Chapter 7 | Chapter 13 |
| **Start Date** | 10/22/2009 | 03/24/2009 | 11/06/2009 | 06/25/2009 | 02/11/2010 |
| **End Date** | 09/07/2011 | 10/23/2009 | 11/08/2010 | 09/30/2010 | 08/19/2010 |

**Special Note:**

LASC Case No. 09U04263 (commenced 03/04/2009; Notice of Stay filed 06/30/2009); GC042508 (commenced 03/09/2009; Notice of Stay filed 08/03/2009); and Bankruptcy Case No. 2:09-bc-20882-AA (commenced 05/06/2009 as a Chapter 13; Voluntarily Dismissed May 27, 2009) not included.

# APPENDIX 1

Fig. 1.2

| BILLING STATEMENTS | FORECLOSURE CASE – BC424268 | UD CASE – 09U4258 | UD CASE – 09U15988 | BANKRUPTCY CASE – 2:09-bk-26198-BR | BANKRUPTCY CASE – 2:10-bk-14951-VK |
|---|---|---|---|---|---|
| **XXXXXX CHAPTER 7 BANKRUPTCY CASE IN EFFECT XXXXXX** | | | | | |
| **October 5, 2009** | 3.50 + 3.50 + 3.50 + 3.50 | 0.25 + 0.25 + 0.50 | | 1.00 + 3.50 | |
| **November 2, 2009** | 3.50 + 4.50 + 2.50 + 4.00 + 5.50 | 3.00 + 8.00 + 2.50 + 4.00 + 8.00 + 2.50 + 4.50 | | 0.75 + 1.00 + 0.75 | |
| **December 3, 2009** | | | 4.00 + 4.50 + 4.50 + 4.50 + 4.50 + 3.50 + 3.00 | | |
| **January 8, 2010** | | | 1.00 + 3.50 | | |
| **February 5, 2010** | 1.50 + 5.50 + 2.00 + 7.50 + 3.50 + 6.50 + 2.25 + 4.50 | | 3.50 + 2.50 + 2.25 + 3.50 + 3.50 + 6.50 + 3.50 + 3.50 | | |
| **March 3, 2010** | 2.50 | | 2.50 + 2.50 + 6.50 + 2.50 + 2.50 + | | 2.50 + 3.50 |

| **BILLING STATEMENTS** | **FORECLOSURE CASE – BC424268** | **UD CASE – 09U4258** | **UD CASE – 09U15988** | **BANKRUPTCY CASE – 2:09-bk-26198-BR** | **BANKRUPTCY CASE – 2:10-bk-14951-VK** |
|---|---|---|---|---|---|
| **April 8, 2010** | 2.00 | | 6.50 + 6.50 + 2.50 + 2.50 | | 2.75 + 3.50 + 1.00 |
| **May 5, 2010** | 3.25 + 3.50 + 2.50 + 1.50 + 3.50 | | 0.50 + 3.50 | | 1.00 |
| **June 3, 2010** | 2.00 + 3.00 + 1.50 + 2.50 + 1.00 + 1.50 + 1.50 + 4.50 + 3.25 + 4.50 + 2.50 + 4.50 + 2.50 + 2.50 | | 2.50 + 1.00 + 1.25 | | 1.00 + 1.50 + 1.50 |
| **July 6, 2010** | 3.50 + 3.50 + 3.50 + 5.50 | | 0.75 | | |
| **August 2, 2010** | | | 0.13 | | |
| **September 1, 2010** | N/C | | | | |
| **XXXXXX CHAPTER 7 ORDER OF DISCHARGE DATE – SEPTEMBER 24, 2010 XXXXXX** | | | | | |
| **October 1, 2010** | N/A | | | | |
| **November 2, 2010** | 1.00 | | | | |
| **December 2, 2010** | 4.50 + 1.50 + 1.00 + 4.50 | BOB FORD (1.50) | FROHLICH (1.00) | | |

| BILLING STATEMENTS | FORECLOSURE CASE – BC424268 | UD CASE – 09U4258 | UD CASE – 09U15988 | BANKRUPTCY CASE – 2:09-bk-26198-BR | BANKRUPTCY CASE – 2:10-bk-14951-VK |
|---|---|---|---|---|---|
| January 4, 2011 | 4.25 + 2.50 + 4.50 | | 5.00 + 4.50 + 0.50 + 4.50 + 6.50 + 8.00 + 3.50 + 1.50 | | |
| | | | | | |
| | | | | | |
| February 1, 2011 | COSTS ONLY | | | | |
| March 1, 2011 – August 2, 2012 | 97,127.76 | | | | |

**Special Note:**

Billing Statement for December 2, 2010 included charges relating to "Bob Ford" and a "CMC Statement." Both of these charges likely had nothing to do with Ms. Kenya Ruiz or her cases.

# APPENDIX 1

Fig. 1.3 – **Special Note:** Highlighted entries reflect charges made during Chapter 7 Bankruptcy.

| BILLING BY CATEGORY | WRONGFUL FORECLOSURE CASE – BC424268 | | | | | TOTAL |
|---|---|---|---|---|---|---|
| "Research" / "Draft Complaint" - related | 09/3/2009 – 3.50 | 09/28/2009 – 3.50 | 09/30/2009 – 3.50 | 10/07/2009 – 3.50 | 10/21/2009 – 4.50 | |
| | 10/16/2009 – 2.50 | 01/04/2010 – 3.50 | 01/18/2010 – 1.50 | 01/21/2010 – 2.00 | = | 28.00 |
| | | | | | | |
| "Research" / "Draft"-related for Motions/Injcts. | 01/14/2010 – 5.50 | 01/08/2010 – 7.50 | 01/04/2010 – 3.50 | 01/25/2010 – 6.50 | 01/25/2010 – 2.25 | |
| | 01/28/2010 – 4.50 | | | | = | 29.75 |
| | | | | | | |
| "Entry of Default" / "Default Judgment" – related | 02/23/2010 – 2.50 | 03/02/2010 – 2.00 | 04/24/2010 – 3.50 | 04/30/2010 – 2.50 | 04/29/2010 – 3.50 | |
| | 05/03/2010 – 2.00 | 05/06/2010 – 3.00 | 05/13/2010 – 1.50 | 05/13/2010 – 2.50 | 05/11/2010 – 1.00 | |
| | 05/28/2010 – 1.50 | 05/18/2010 – 1.50 | 05/20/2010 – 4.50 | 05/20/2010 – 3.25 | 05/21/2010 – 4.50 | |
| | 05/24/2010 – 2.50 | 05/25/2010 – 4.50 | 05/26/2010 – 2.50 | 05/28/2010 – 2.50 | 06/06/2010 – 3.50 | |
| | 06/08/2010 – 3.50 | 06/01/2010 – 3.50 | 06/04/2010 – 5.50 | 11/06/2010 – 4.50 | 11/09/2010 – 1.50 | |
| | 11/18/2010 – 1.00 | 11/30/2010 – 4.50 | 12/01/2010 – 4.25 | 12/01/2010 – 2.50 | 12/01/2010 – 4.50 (=) | 90.00 |

| BILLING BY CATEGORY | **WRONGFUL FORECLOSURE CASE – BC424268** | | | | | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| "Appearances" / "Hearings" / Misc. | 04/20/2010 – 3.25 | 04/29/2010 – 1.50 | | | = | 4.75 |
| | | | | | | |
| "Review" re Court Orders/Related | 10/12/2010 – 1.00 | | | | = | 1.00 |
| | | | | | | |
| | | | | | Total Hours | 153.50 |
| | | | | | Hourly Rate | $300.00 |
| | | | | | **Total Billed** | **$46,050** |

**Special Note**: The period between March 25, 2010 through May 20, 2010 lacks highlights only because Mr. Bosse allowed the Chapter 7 Bankruptcy to be closed.

# APPENDIX 1

Fig 1.4 – **Special Note:** Highlighted entries reflect charges made during Chapter 7 Bankruptcy.

| BILLING BY CATEGORY | UD CASE – 09U04258 | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|
| "Review Orders"/ "Minutes" | 09/14/2009 – 0.25 | 09/30/2009 – 0.50 | | | | = | 0.75 |
| | | | | | | | 0.25 |
| "Letters to Clients" | 09/16/2009 – 0.25 | | | | | = | |
| | | | | | | | |
| "Prepare for Trial" / "Attend Trial" | 10/7/2009 – 3.00 | 10/23/2009 – 8.00 | 10/21/2009 – 2.50 | 10/21/2009 – 4.00 | 10/22/2009 – 8.00 | | |
| | 10/21/2009 – 4.50 | | | | | = | 30.00 |
| | | | | | | | |
| "Research" / "Memorandum"-related / various communications | 10/20/2009 – 2.50 | 10/28/2009 – 4.00 | | | | = | 6.50 |
| | | | | | | | |
| "Ex parte applications" / "Preliminary Injunctions" | 10/29/2009 – 5.50 | | | | | = | 5.50 |
| | | | | | | | |
| | | | | | | Total Hours | 43.00 |
| | | | | | | Hourly Rate | $300.00 |
| | | | | | | **Total Billed** | **$12,900** |

# APPENDIX 1

Fig. 1.5

| BILLING BY CATEGORY | UD CASE – 09U15988 | | | | | TOTAL |
|---|---|---|---|---|---|---|
| "Answer"/ "Demurrer" / "Motion to Strike" – related | 11/09/2009 – 4.00 | 11/10/2009 – 4.50 | 11/13/2009 – 4.50 | 11/16/2009 – 3.00 | 01/15/2010 – 3.50 | |
| | 01/18/2010 – 2.25 | | | | = | 21.75 |
| | | | | | | |
| "Injunction"- related | 11/11/2009 – 4.50 | 11/04/2009 – 4.50 | 11/20/2009 – 3.50 | 01/19/2010 – 2.50 | = | 15.00 |
| | | | | | | |
| "Reviews" / "Research" and "Memorandum"- related | 12/30/2009 – 1.00 | 01/11/2010 – 3.50 | 01/10/2010 – 6.50 | 01/08/2010 – 3.50 | 02/15/2010 – 2.50 | |
| | 04/16/2010 – 0.50 | 05/25/2010 – 1.25 | 06/21/2010 – 0.75 | 07/01/2010 – 0.1333 ($40.00) | 12/20/2010 – 5.00 | |
| | 12/21/2010 – 4.50 | 12/22/2010 – 4.50 | 12/24/2010 – 6.50 | 12/27/2010 – 8.00 | 12/29/2010 – 3.50 | |
| | 12/30/2010 – 1.50 | | | | = | 53.1333 |
| | | | | | | |
| "Appearances" | 12/30/2009 – 3.50 | 01/12/2010 – 3.50 | 01/04/2010 – 3.50 | 03/15/2010 – 6.50 | 03/05/2010 – 2.50 | |
| | | | | | = | 19.50 |

| **BILLING BY CATEGORY** | <u>**UD CASE – 09U15988**</u> | | | | | <u>TOTAL</u> |
|---|---|---|---|---|---|---|
| **"Prepare for Trial"/ "Trial"** | 02/15/2010 – 2.50 | 02/16/2010 – 6.50 | 02/10/2010 – 2.50 | 02/10/2010 – 2.50 | 03/09/2010 – 6.50 | |
| | 03/08/2010 – 2.50 | 04/14/2010 – 3.50 | 05/05/2010 – 2.50 | 05/20/2010 – 1.00 | = | 30.00 |
| **Miscellaneous (Telephone Calls)** | 12/21/2010 – 0.50 | | | | = | 0.50 |
| | | | | | Total Hours | 139.8833 |
| | | | | | Hourly Rate | $300.00 |
| | | | | | **Total Billed** | **$41,965.00** |

# APPENDIX 1

Fig. 1.6

| BILLING BY CATEGORY | BANKRUPTCY CASE – 2:09-bk-26198-BR [Ch. 13 converted to Ch. 7] | | | | | TOTAL |
|---|---|---|---|---|---|---|
| "Review Proof of Claim" / "Tax Returns" | 09/14/2009 – 1.00 | 10/8/2009 – 0.75 | 10/7/2009 – 1.00 | | = | 2.75 |
| | | | | | | |
| "Court Appearances" | 09/15/2009 – 3.50 | | | | = | 3.50 |
| | | | | | | |
| Client Meetings | 10/30/2009 – 0.75 | | | | = | 0.75 |
| | | | | | | |
| | | | | | Total Hours | 7.00 |
| | | | | | Hourly Rate | $300.00 |
| | | | | | **Total Billed** | **$2,100.00** [in addition to $3,500.00 already paid] |

# APPENDIX 1

Fig. 1.7

| BILLING BY CATEGORY | BANKRUPTCY CASE – 2:10-bk-14951-VK [Ch.13 "in pro per"] | | | | | TOTAL |
|---|---|---|---|---|---|---|
| "Petition"-related/ "Filing" | 02/25/2010 – 2.50 | 02/22/2010 – 3.50 | | | = | 6.00 |
| | | | | | | |
| "Review"/ "Research" non-Petition BK Filings-related | 03/12/2010 – 2.75 | 03/22/2010 – 3.50 | 03/29/2010 – 1.00 | 05/06/2010 – 1.00 | 05/14/2010 – 1.50 | |
| | 05/27/2010 – 1.50 | | | | = | 11.25 |
| | | | | | | |
| | | | | | Total Hours | 17.25 |
| | | | | | Hourly Rate | $300.00 |
| | | | | | **Total Billed** | **$5,175.00** |

# APPENDIX 1

Fig. 1.8

| PAYMENTS MADE – ALL CASES | | |
|---|---|---|
| **Date of Payment** | **Amount of Payment** | **Source of Payment** |
| 03/30/2009 | $3,500.00 | Kenya and Ruben Ruiz Payment for BK |
| 09/17/2009 | $600.00 | Cash |
| 10/1/2009 | $600.00 | Cash |
| 11/3/2009 | $500.00 | Cash |
| 11/20/2009 | $2,275.00 | Check No. 8927 – Payor Realty Executive Cornerstone (Third Party) |
| 12/14/2009 | $3,000.00 | Check No. 3006 – Payor Maria L. Sahagun (Third Party) |
| 01/06/2010 | $1,000.00 | Cash |
| 02/25/2010 | $3,500.00 | Check No. 3441 – Payor Mark Castillo (Third Party) |
| 03/04/2010 | $1,040.40 | Check No. 1955998 – Payor Adcraft Products (Third Party) |
| 03/05/2010 | $2,400.00 | Cash |
| 03/22/2010 | $1,004.28 | Check No. 333506 |
| 03/23/2010 | $2,000.00 | Electronic Deposit |
| 05/20/2010 | $1,047.30 | Check No. 428807 |
| 05/28/2010 | $910.17 | Check No. 2069907 – Payor Adcract Products (Third Party) |
| 05/28/2010 | $100.00 | Cash |
| 06/02/2010 | $500.00 | Cash |
| 07/02/2010 | $400.00 | Direct Deposit from K. Ruiz |
| 12/21/2010 | $200.00 | Cash |
| 12/21/2010 | 12/26/2010 | $1,000.00 | $1,500.00 | Check Nos. 148 and 149 (NSF) |
| **TOTAL ->** | **$24,577.15** | [excludes NSF Amounts] |