**NONPROFIT LEGAL SERVICES, INC.**
A 501(c)(3) PUBLIC BENEFIT CORPORATION

thenonprofitlawfirm@gmail.com
www.lowbonolaw.org

**1 APRIL 2019**

### KENYA RUIZ

Itemization of Amounts:

| STARTING | AMOUNT | DESCRIPTION | DATE | RUNNING AMT |
|---|---|---|---|---|
| 50.00 | -7.35 | Priority Mailing Fee – Demand Package to GB | 9 April 2019 | 42.65 |
| | -15.00 | Orange County Document Fee – Judgment re: 167K (7.50) and Notice of Entry (7.50) | 4 Aug.2019 | 27.65 |
| | -20.00 | PACER FEE – searches and document grabs re: bankruptcy cases (3) [Estimated] | 4 Aug. 2019 | -7.65 |
| | -12.20 | OneLegal Fee – Substitution of Attorney Filing Fee | 20 Aug. 2019 | -19.85 |
| | -1.00 | Postage Fee – Substitution to Bosse/his Attorney | 20 Aug. 2019 | -20.85 |
| | -72.20 | OneLegal Fee – Filing of Motion/Court Filing Fees | 23 Aug. 2019 | -93.05 |
| | 200.00 | Chase Quickpay from KR to AD | 23 Aug. 2019 | 106.95 |
| | -112.41 | Staples Copy Charge – Printing Materials (891 pages) | 25 Aug. 2019 | -5.46 |
| | -22.05 | Postage Fee – Priority Mail – Moving Papers to GB, RA, and US Trustee (7.35 each) | 27 Aug. 2019 | -27.51 |
| | -12.20 | OneLegal Fee – POS | 27 Aug. 2019 | -39.71 |
| | -94.00 | CourtCall Fee – for Appearance 4 Nov. 2019 | 21 Sept. 2019 | -133.71 |
| | -15.20 | OneLegal Fee – Reply Memorandum | 25 Oct. 2019 | -148.91 |
| | -7.50 | Orange County Document Fee – Minutes from Hearing | 4 Nov. 2019 | -156.41 |
| | 150.00 | Ruiz Quickpay via Chase | 4 Nov. 2019 | -6.41 |
| | -12.20 | OneLegal Fee – Notice of Minute Order | 3 Dec. 2019 | -18.61 |

| | | | | |
|---|---|---|---|---|
| | -0.50 | Postage Fee – Supp Brief to GB | 16 Dec. 2019 | -19.11 |
| | -12.20 | OneLegal Fee – Supp Brief Filing | 16 Dec. 2019 | -31.31 |
| | -124.00 | Courtcall Fee – for Appearance 13 Jan 2020 | 10 Jan. 2020 | -155.31 |
| | -7.00 | Printing Fee – Minute Order from Court | 14 Jan. 2020 | -162.31 |
| | -33391.63 | Vested Contingency Fee Due – Order of the Court 20 February 2020 Vacating Judgment Valued at 222,610.84 (167,152.76 Judgment + 55,458.08 Interest) | 20 Feb. 2020 | -33553.94 |
| | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| XXXXXXX | XXXXXX | XXXXXXXXXXXXXXXXXXXXXXX | XXXXXXX | XXXXXXXXXX |
| XXXXXXX | XXXXXX | XXXXXXXXXXXXXXXXXXXXXXX | XXXXXXX | XXXXXXXXXX |

| Totals | | MOTION TO VACATE/SET ASIDE | -33553.94 |

Any negative balance under Remaining Balance reflects an amount owed as opposed to a negative balance in Attorney's IOLTA Account. Any negative amount reflects a zero balance for purposes of IOLTA.



**NONPROFIT LEGAL SERVICES, INC.**
A 501(C)(3) PUBLIC BENEFIT CORPORATION

thenonprofitlawfirm@gmail.com
www.lowbonolaw.org

## STATEMENT
### Feb. 2020 Onward

**CLIENT: Kenya Ruiz**

SB: -0.00

| TIME/ ENTRY | AMOUNT | DESCRIPTION | DATE | RUNNING AMT |
|---|---|---|---|---|
| ~~0.60~~ | ~~-180.00~~ | ▓▓▓▓▓▓▓▓▓▓ | 24 Feb. 2020 | NA |
| ~~4.20~~ | ~~-1260.00~~ | ▓▓▓▓▓▓▓▓▓▓ | 25 Feb. 2020 | NA |
| ~~1.60~~ | ~~-480.00~~ | ▓▓▓▓▓▓▓▓▓▓ | 26 Feb. 2020 | NA |
| ~~1.30~~ | ~~-390.00~~ | ▓▓▓▓▓▓▓▓▓▓ | 27 Feb. 2020 | NA |
| ~~1.10~~ | ~~-330.00~~ | ▓▓▓▓▓▓▓▓▓▓ | 29 Feb. 2020 | NA |
| ~~0.70~~ | ~~-210.00~~ | ▓▓▓▓▓▓▓▓▓▓ | 1 Mar. 2020 | NA |
| ~~0.20~~ | ~~-60.00~~ | ▓▓▓▓▓▓▓▓▓▓ | 10 Mar. 2020 | NA |
| 2.60 | -780.00 | Research BK for Reopen/Disgorgement (11:10am – 11:47am); Draft Motion to Reopen BK Case (11:48am – 12:35pm; 1:30pm – 2:28pm; 2:45pm – 2:59pm) | 24 Mar. 2020 | -780.00 |
| 3.30 | -990.00 | Continue Motion to Reopen BK Case; Declaration ISO (9:52am – 11:35am; 12:14pm – 1:03pm); Begin Motion to Disgorge (1:04pm – 1:48pm) | 26 Mar. 2020 | -1770 |
| 0.20 | -60.00 | Continue Motion to Disgorge/Begin Motion to Sanction (11:59am – 12:13pm) | 31 Mar. 2020 | -1830.00 |
| ~~0.80~~ | ~~-240.00~~ | ▓▓▓▓▓▓▓▓▓▓ | 31 Mar. 2020 | NA |

| | | | | |
|---|---|---|---|---|
| ~~1.10~~ | ~~-330.00~~ | | 1 Apr. 2020 | NA |
| ~~0.70~~ | ~~-210.00~~ | | 27 Apr. 2020 | NA |
| ~~1.70~~ | ~~-510.00~~ | | 11 May 2020 | NA |
| 0.50 | -150.00 | Continue Bankruptcy Filings (9:12am – 9:44am); | 12 May 2020 | -1980.00 |
| ~~1.40~~ | ~~-420.00~~ | | 1 June 2020 | NA |
| ~~0.50~~ | ~~-150.00~~ | | 3 June 2020 | NA |
| 0.50 | -150.00 | Create Notice of Joinder re Motion to Reopen x 3 (11:52pm – 12:22pm) | 18 July 2020 | -2130.00 |
| ~~0.90~~ | ~~-270.00~~ | | 18 July 2020 | NA |
| **GRATIS** 0.40 | ~~-120.00~~ | Complete ECF Modules – Central District Bankruptcy Requirement (4:01pm – 4:25pm) (NC) | 24 July 2020 | -2130.00 |
| ~~0.60~~ | ~~-180.00~~ | | 27 July 2020 | NA |
| ~~0.50~~ | ~~-150.00~~ | | 29 July 2020 | NA |
| **GRATIS** | ~~-30.00~~ | | 2 Sept. 2020 | NA |
| ~~1.00~~ | ~~-300.00~~ | | 14 Sept. 2020 | NA |
| ~~1.50~~ | ~~-450.00~~ | | 21 Sept. 2020 | NA |
| 1.50 | -450.00 | Review FRBP and Rules re: Consolidation; File Notice of Appearance and Notice of Joinder (create declaration and exhibits) (12:10pm – 1:38pm) | 24 Sept. 2020 | -2580.00 |
| ~~1.20~~ | ~~-360.00~~ | | 2 Oct. 2020 | NA |
| ~~0.50~~ | ~~-150.00~~ | | 4 Oct. 2020 | NA |
| 1.40 | -420.00 | Start Mtn to Cons. BK Cases (9:51am – 11:15am;) | 5 Oct. 2020 | -3000.00 |

| | | | | |
|---|---|---|---|---|
| ~~1.50~~ | ~~-450.00~~ | ████████████████ | 12 Oct. 2020 | NA |
| ~~0.60~~ | ~~-180.00~~ | ████████████ | 16 Oct. 2020 | NA |
| ~~0.20~~ | ~~-60.00~~ | ████████████ | 19 Oct. 2020 | NA |
| 2.10 | -630.00 | Continue Bankruptcy Motions (consolidation; sanctions; disgorgement) (7:57am – 10:05am) | 22 Oct. 2020 | -3630.00 |
| ~~0.60~~ | ~~-180.00~~ | ████████████ | 22 Oct. 2020 | NA |
| 0.20 | -60.00 | Continue Motion for Disgorgement in BK (2:39pm – 2:50pm) | 23 Oct. 2020 | -3690.00 |
| ~~0.70~~ | ~~-210.00~~ | ████████ | 24 Oct. 2020 | NA |
| 1.20 | -360.00 | Continue Motion for Disgorgement in BK (3:20pm – 4:15pm); Continue Motion for Sanctions (4:20pm – 4:38pm) | 24 Oct. 2020 | -4050.00 |
| 2.80 | -840.00 | Create Memorandum ISO Mtn to Disgorge and Sanctions (9:16am – 12:02pm) | 26 Oct. 2020 | -4890.00 |
| ~~0.30~~ | ~~-90.00~~ | ███████ | 26 Oct. 2020 | NA |
| 0.70 | -210.00 | Continue Memorandum ISO Disgorgement and Sanctions (3:25pm – 4:05pm) | 27 Oct. 2020 | -5100.00 |
| 2.80 | -840.00 | Finalize Motion for Disgorgement/Motion for Sanctions/and RJN; Declarations and Exhibits (8:54am – 11:45am) | 28 Oct. 2020 | -5940.00 |
| XXXXXX | XXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXX | XXXXXXXXX |
| XXXXXX | XXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXX | XXXXXXXXX |
| **TOTALS** | | | **Adj.** | |
| ATTY FEES | $5940.00 | 19.80 hours of billable **attorney time** x 300 per for bankruptcy motions | -1,560.00 | |
| | **$4380.00** | Adjusted Amount after reducing time spent on consolidation effort | | |

NONPROFIT LEGAL SERVICES, INC.
414 Yale Avenue Suite B Claremont, CA 91711
www.lowbonolaw.org