**LAW OFFICES OF GREGORY L. BOSSE**
Gregory L. Bosse (SBN: 103641)
940 W. 17th Street, Suite F
Santa Ana, CA 92706
Telephone: (714) 550-9555
Facsimile: (714) 316-1344

Creditor, GREGORY L. BOSSE

**FILED & ENTERED**

**DEC 09 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jorflor      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:09-bk-26198-BR |
| | Honorable Barry Russell |
| RUBEN RUIZ | |
| KENYA RUIZ | **ORDER ON CREDITOR, GREGORY BOSSE'S, MOTION IN A CHAPTER 7 CASE TO REOPEN CASE** |
| Debtors, | |
| | Date: November 3, 2020 |
| | Time: 10:00 a.m. |
| | Dept: 1668 |

**TO THE U.S. BANKRUPTCY COURT, THE PARTIES AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that Creditor, GREGORY L. BOSSE'S, Motion To Reopen Case came on regularly for hearing on November 3, 2020, at 10:00 a.m., department 1668 of the above-entitled Court, via Zoom conference, the Honorable Barry Russell presiding. Adam Dolce, Esq., appeared for debtor, Kenya Ruiz, and Creditor, Gregory L. Bosse, appeared in pro per.

-1-

**[PROPOSED] ORDER ON MOTION TO REOPEN CASE**

After full consideration of the evidence submitted by the parties, it appears and the court determines that the within case is to be reopened by this court.

IT IS HEREBY ORDERED that Creditor, Gregory L. Bosse's, Motion To Reopen Chapter 7 Case is GRANTED.

**IT IS SO ORDERED.**

Date: December 9, 2020

_____
Barry Russell
United States Bankruptcy Judge

-2-

**[PROPOSED] ORDER ON MOTION TO REOPEN CASE**