| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ Individual *appearing without an attorney* <br> ☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

| In re: | CASE NO.: |
|---|---|
| | CHAPTER: |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): <br> _____ <br> _____ |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled _____

was lodged on (*date*) _____ and is attached. This order relates to the motion which is docket number \_\_\_\_.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                           **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____   _____   _____
*Date*                            *Printed Name*                                  *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                             **F 9021-1.2.BK.NOTICE.LODGMENT**

**NONPROFIT LEGAL SERVICES, INC.**
Adam Dolce, Esq. [SBN 310112]
414 Yale Avenue, Suite B
Claremont, CA 91711
Telephone: (909) 542-9030
Fax: (909) 992-3554
Email: thenonprofitlawfirm@gmail.com

Attorney for Debtor/Moving Party, KENYA RUIZ

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| IN RE:<br><br>    RUBEN RUIZ; and<br>    KENYA RUIZ,<br><br>           Debtors. | **Case No. 2:09-bk-26198-BR**<br>Before: Hon. Barry Russell<br><br>**ORDER GRANTING DEBTOR KENYA RUIZ'S MOTION TO DISGORGE ALL FEES/COSTS PAID TO ATTORNEY GREGORY L. BOSSE**<br><br>**Hearing Date/Time**<br>Date: January 19, 2021<br>Time: 2:00pm<br>Place: via www.Zoomgov.com |

      This matter is before the Court on Debtor and Moving Party KENYZ RUIZ's "Motion to Disgorge All Fees/Costs Paid to Attorney Gregory L. Bosse" (ECF 51). This Motion is set for hearing on January 19, 2021 at 2:00pm via the Court's Zoom for Government-platform. As part of her supporting papers, Ms. Ruiz seeks disgorgement in an amount equal to $24,577.15 (per ECF 51, p. 2, ¶ 2; ECF 55-6 [Fig 1.8]).

      Pursuant to Local Bankruptcy Rule 9013-1(f)(1), Mr. Bosse's opposition to this motion to disgorge was due fourteen days prior to the date designated for hearing, or by

NONPROFIT LEGAL SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

1
ORDER GRANTING KENYA RUIZ'S MOTION TO DISGORGE
IN RE KENYA RUIZ

January 5, 2021.

On January 7, 2021, Ms. Ruiz filed a notice of non-opposition by Mr. Bosse (ECF 63). Under Local Bankruptcy Rules 9013-1(f)(3) and 9013-1(h), the Court therefore treats Mr. Bosse's non-opposition as consent to this Court's authority to grant Ms. Ruiz's Motion to Disgorge.

The Court, having reviewed Kenya Ruiz's Motion, the declarations and exhibits in support thereof (ECF 50 and 55, respectively), Ms. Ruiz's Request for Judicial Notice (ECF 52) and exhibits in support thereof, as well as Ms. Ruiz's corresponding Motion for Sanctions (ECF 50), together with the record in general and Mr. Bosse's non-opposition, determines that a hearing on the Motion is not required nor necessary under Local Bankruptcy Rule 9013-1(j)(3).

The Court further rules as follows:

1. Kenya Ruiz's Request for Judicial Notice at ECF 52 is **GRANTED**;
2. Kenya Ruiz's Motion to Disgorge at ECF 51 is **GRANTED**;
3. Gregory L. Bosse is ordered to disgorge **$24,577.15**, representing the total fees and costs he was paid in his prior representation of Kenya Ruiz, by check or money order made payable to the "Law Office of Adam Dolce – Lawyer Trust Account" within fourteen (14) days of the date this order is entered;
4. The Court's disgorgement order is in addition to its sanction order granted concurrently herewith; and
5. Hearing as to this Motion, set for January 19, 2021 at 2:00pm, is vacated.

###

**NONPROFIT LEGAL SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

2
ORDER GRANTING KENYA RUIZ'S MOTION TO DISGORGE
**IN RE KENYA RUIZ**