United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 09-26198-BR |
| Ruben Ruiz | Chapter 7 |
| Kenya Ruiz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: sfortierC | Page 1 of 2 |
| Date Rcvd: Jan 11, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ruben Ruiz, Kenya Ruiz, 3542 E 6th St, Los Angeles, CA 90023-1712 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021                 Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Dolce | on behalf of Attorney Adam D Dolce M adam@dolcelegal.com |
| Adam Dolce | on behalf of Joint Debtor Kenya Ruiz adam@dolcelegal.com |
| Christopher M McDermott | on behalf of Creditor National City Bank ch11ecf@aldridgepite.com CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com |
| Gregory L Bosse | on behalf of Joint Debtor Kenya Ruiz greg@lawbosse.com lynn@lawbosse.com |
| Gregory L Bosse | on behalf of Creditor Gregory L Bosse greg@lawbosse.com lynn@lawbosse.com |
| Gregory L Bosse | |

District/off: 0973-2 | User: sfortierC | Page 2 of 2
Date Rcvd: Jan 11, 2021 | Form ID: pdf042 | Total Noticed: 1

on behalf of Debtor Ruben Ruiz greg@lawbosse.com  lynn@lawbosse.com

John J Menchaca (TR)

jmenchaca@menchacacpa.com  ca87@ecfcbis.com;igaeta@menchacacpa.com

Ramesh Singh

on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 9



**FILED & ENTERED**

**JAN 11 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>RUBEN RUIZ and KENYA RUIZ,<br><br>Debtors. | Case No.: 2:09-bk-26198-BR<br><br>Chapter 7<br><br>**ORDER REGARDING "DEBTOR KENYA RUIZ'S MOTION TO DISGORGE ALL FEES/COSTS PAID TO ATTORNEY GREGORY L. BOSSE"**<br><br>Date:    January 19, 2021<br>Time:   2:00 p.m.<br><br>To Be Conducted via videoconference on Zoom for Government |

This matter is before the Court on the "Debtor Kenya Ruiz's Motion To Disgorge All Fees/Costs Paid To Attorney Gregory L. Bosse" ("Motion") filed on October 29, 2020 (Docket No. 51).[1]  Written opposition to the Motion was due fourteen days prior to the hearing, i.e., January 5, 2021.  A "Notice Of Non-Opposition Regarding Debtor/Moving Party Kenya Ruiz's Motions For Disgorgement And For Sanctions" was filed on January

---

[1]     An "Order Granting Motion To Reopen" was entered by this Court on December 9, 2020 (Docket No. 57).  The Court subsequently set the hearing date of January 19, 2021 to hear the Motion.

-1-

7, 2021 (Docket No. 63).  No opposition has been received by the Court.  Consequently, the Court will grant the Motion.

**IT IS HEREBY ORDERED** that no later than Friday, January 15, 2021, counsel for the debtor is to file a notice of lodgment and lodge an appropriate order with the Court granting the Motion.

**IT IS SO ORDERED.**

###

Date: January 11, 2021

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge