**NONPROFIT LEGAL SERVICES, INC.**
Adam Dolce, Esq. [SBN 310112]
414 Yale Avenue, Suite B
Claremont, CA 91711
Telephone: (909) 542-9030
Fax: (909) 992-3554
Email: thenonprofitlawfirm@gmail.com

Attorney for Debtor/Moving Party, KENYA RUIZ



**FILED & ENTERED**

**JAN 21 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** toliver    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

IN RE:

    RUBEN RUIZ; and
    KENYA RUIZ,

        Debtors.

**Case No. 2:09-bk-26198-BR**
Before: Hon. Barry Russell

**ORDER GRANTING DEBTOR KENYA RUIZ'S MOTION FOR SANCTIONS**

**Hearing Date/Time**
Date: January 19, 2021
Time: 2:00pm
Place: via www.Zoomgov.com

    This matter is before the Court on Debtor and Moving Party KENYZ RUIZ's "Motion for Sanctions as Against Gregory L. Bosse" (ECF 50). This Motion is set for hearing on January 19, 2021 at 2:00pm via the Court's Zoom for Government-platform. As part of her supporting papers, Ms. Ruiz seeks a total sanction amount against Gregory L. Bosse in an amount equal to $38,318.64 (per ECF 55, p. 5, ¶ 20).

    Pursuant to Local Bankruptcy Rule 9013-1(f)(1), Mr. Bosse's opposition to this motion for sanctions was due fourteen days prior to the date designated for hearing, or by January 5, 2021.

**NONPROFIT LEGAL SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
909-293-8449

1
ORDER GRANTING KENYA RUIZ'S MOTION FOR SANCTIONS
**IN RE KENYA RUIZ**

On January 7, 2021, Ms. Ruiz filed a notice of non-opposition by Mr. Bosse (ECF 63). Under Local Bankruptcy Rules 9013-1(f)(3) and 9013-1(h), the Court therefore treats Mr. Bosse's non-opposition as consent to this Court's authority to grant Ms. Ruiz's Motion for Sanctions.

The Court, having reviewed Kenya Ruiz's Motion, the declarations and exhibits in support thereof (ECF 50 and 55, respectively), Ms. Ruiz's Request for Judicial Notice (ECF 52) and exhibits in support thereof, as well as Ms. Ruiz's corresponding Motion for Disgorgement (ECF 51), together with the record in general and Mr. Bosse's non-opposition, determines that a hearing on the Motion is not required nor necessary under Local Bankruptcy Rule 9013-1(j)(3).

The Court further rules as follows:

1. Kenya Ruiz's Request for Judicial Notice at ECF 52 is **GRANTED**;

2. Kenya Ruiz's Motion for Sanctions at ECF 50 is **GRANTED**;

3. Gregory L. Bosse is ordered to pay monetary sanctions of **$38,318.64**, payable by check or money order to the "Law Office of Adam Dolce – Lawyer Trust Account," within fourteen (14) days of the date this order is entered.

4. The Court's sanction order is in addition to its disgorgement order granted concurrently herewith; and

5. Hearing as to this Motion, set for January 19, 2021 at 2:00pm, is vacated.

Date: January 21, 2021

_____
Barry Russell
United States Bankruptcy Judge

NONPROFIT LEGAL
SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
909-293-8449

2
ORDER GRANTING KENYA RUIZ'S MOTION FOR SANCTIONS
IN RE KENYA RUIZ