FILED & ENTERED

JAN 11 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>RUBEN RUIZ and KENYA RUIZ,<br><br>                    Debtors. | Case No.: 2:09-bk-26198-BR<br><br>Chapter 7<br><br>**ORDER REGARDING "DEBTOR KENYA RUIZ'S MOTION TO DISGORGE ALL FEES/COSTS PAID TO ATTORNEY GREGORY L. BOSSE"**<br><br>Date:   January 19, 2021<br>Time:  2:00 p.m.<br><br>To Be Conducted via videoconference on Zoom for Government |

      This matter is before the Court on the "Debtor Kenya Ruiz's Motion To Disgorge All Fees/Costs Paid To Attorney Gregory L. Bosse" ("Motion") filed on October 29, 2020 (Docket No. 51).[1]  Written opposition to the Motion was due fourteen days prior to the hearing, i.e., January 5, 2021.  A "Notice Of Non-Opposition Regarding Debtor/Moving Party Kenya Ruiz's Motions For Disgorgement And For Sanctions" was filed on January

---

[1] An "Order Granting Motion To Reopen" was entered by this Court on December 9, 2020 (Docket No. 57).  The Court subsequently set the hearing date of January 19, 2021 to hear the Motion.

-1-

7, 2021 (Docket No. 63).  No opposition has been received by the Court.  Consequently, the Court will grant the Motion.

    **IT IS HEREBY ORDERED** that no later than Friday, January 15, 2021, counsel for the debtor is to file a notice of lodgment and lodge an appropriate order with the Court granting the Motion.

    **IT IS SO ORDERED.**

###

Date: January 11, 2021

_____
Barry Russell
United States Bankruptcy Judge