**NONPROFIT LEGAL SERVICES, INC.**
Adam Dolce, Esq. [SBN 310112]
414 Yale Avenue, Suite B
Claremont, CA 91711
Telephone: (909) 542-9030
Fax: (909) 992-3554
Email: thenonprofitlawfirm@gmail.com

Attorney for Debtor/Moving Party, KENYA RUIZ



FILED & ENTERED

JAN 21 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

IN RE:

    RUBEN RUIZ; and
    KENYA RUIZ,

         Debtors.

**Case No. 2:09-bk-26198-BR**
Before: Hon. Barry Russell

**ORDER GRANTING DEBTOR KENYA RUIZ'S MOTION TO DISGORGE ALL FEES/COSTS PAID TO ATTORNEY GREGORY L. BOSSE**

**Hearing Date/Time**
Date: January 19, 2021
Time: 2:00pm
Place: via www.Zoomgov.com

    This matter is before the Court on Debtor and Moving Party KENYZ RUIZ's "Motion to Disgorge All Fees/Costs Paid to Attorney Gregory L. Bosse" (ECF 51). This Motion is set for hearing on January 19, 2021 at 2:00pm via the Court's Zoom for Government-platform. As part of her supporting papers, Ms. Ruiz seeks disgorgement in an amount equal to $24,577.15 (per ECF 51, p. 2, ¶ 2; ECF 55-6 [Fig 1.8]).

    Pursuant to Local Bankruptcy Rule 9013-1(f)(1), Mr. Bosse's opposition to this motion to disgorge was due fourteen days prior to the date designated for hearing, or by

NONPROFIT LEGAL SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
909-293-8449

1
ORDER GRANTING KENYA RUIZ'S MOTION TO DISGORGE
IN RE KENYA RUIZ

January 5, 2021.

On January 7, 2021, Ms. Ruiz filed a notice of non-opposition by Mr. Bosse (ECF 63). Under Local Bankruptcy Rules 9013-1(f)(3) and 9013-1(h), the Court therefore treats Mr. Bosse's non-opposition as consent to this Court's authority to grant Ms. Ruiz's Motion to Disgorge.

The Court, having reviewed Kenya Ruiz's Motion, the declarations and exhibits in support thereof (ECF 50 and 55, respectively), Ms. Ruiz's Request for Judicial Notice (ECF 52) and exhibits in support thereof, as well as Ms. Ruiz's corresponding Motion for Sanctions (ECF 50), together with the record in general and Mr. Bosse's non-opposition, determines that a hearing on the Motion is not required nor necessary under Local Bankruptcy Rule 9013-1(j)(3).

The Court further rules as follows:

1. Kenya Ruiz's Request for Judicial Notice at ECF 52 is **GRANTED**;

2. Kenya Ruiz's Motion to Disgorge at ECF 51 is **GRANTED**;

3. Gregory L. Bosse is ordered to disgorge **$24,577.15**, representing the total fees and costs he was paid in his prior representation of Kenya Ruiz, by check or money order made payable to the "Law Office of Adam Dolce – Lawyer Trust Account" within fourteen (14) days of the date this order is entered;

4. The Court's disgorgement order is in addition to its sanction order granted concurrently herewith; and

**NONPROFIT LEGAL SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
909-293-8449

2
ORDER GRANTING KENYA RUIZ'S MOTION TO DISGORGE
**IN RE KENYA RUIZ**

5. Hearing as to this Motion, set for January 19, 2021 at 2:00pm, is vacated.

###

Date: January 21, 2021

_____
Barry Russell
United States Bankruptcy Judge

NONPROFIT LEGAL
SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
909-293-8449

3
ORDER GRANTING KENYA RUIZ'S MOTION TO DISGORGE
**IN RE KENYA RUIZ**