United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 09-26198-BR

Ruben Ruiz                                                                          Chapter 7

Kenya Ruiz

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2                          User: wtoliverC                          Page 1 of 2

Date Rcvd: Jan 21, 2021                   Form ID: pdf042                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ruben Ruiz, Kenya Ruiz, 3542 E 6th St, Los Angeles, CA 90023-1712 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2021                     Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Dolce | on behalf of Attorney Adam D Dolce  M adam@dolcelegal.com |
| Adam Dolce | on behalf of Joint Debtor Kenya Ruiz adam@dolcelegal.com |
| Christopher M McDermott | on behalf of Creditor National City Bank ch11ecf@aldridgepite.com  CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com |
| Gregory L Bosse | on behalf of Joint Debtor Kenya Ruiz greg@lawbosse.com  lynn@lawbosse.com |
| Gregory L Bosse | on behalf of Creditor Gregory L Bosse greg@lawbosse.com  lynn@lawbosse.com |
| Gregory L Bosse | |

District/off: 0973-2                          User: wtoliverC                                Page 2 of 2
Date Rcvd: Jan 21, 2021                       Form ID: pdf042                               Total Noticed: 1

on behalf of Debtor Ruben Ruiz greg@lawbosse.com  lynn@lawbosse.com

John J Menchaca (TR)
jmenchaca@menchacacpa.com  ca87@ecfcbis.com;jgaeta@menchacacpa.com

Ramesh Singh
on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

TOTAL: 9

**NONPROFIT LEGAL SERVICES, INC.**
Adam Dolce, Esq. [SBN 310112]
414 Yale Avenue, Suite B
Claremont, CA 91711
Telephone: (909) 542-9030
Fax: (909) 992-3554
Email: thenonprofitlawfirm@gmail.com

Attorney for Debtor/Moving Party, KENYA RUIZ

FILED & ENTERED

JAN 21 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

IN RE:

  RUBEN RUIZ; and
  KENYA RUIZ,

   Debtors.

**Case No. 2:09-bk-26198-BR**
Before: Hon. Barry Russell

**ORDER GRANTING DEBTOR KENYA RUIZ'S MOTION FOR SANCTIONS**

**Hearing Date/Time**
Date: January 19, 2021
Time: 2:00pm
Place: via www.Zoomgov.com

  This matter is before the Court on Debtor and Moving Party KENYZ RUIZ's "Motion for Sanctions as Against Gregory L. Bosse" (ECF 50). This Motion is set for hearing on January 19, 2021 at 2:00pm via the Court's Zoom for Government-platform. As part of her supporting papers, Ms. Ruiz seeks a total sanction amount against Gregory L. Bosse in an amount equal to $38,318.64 (per ECF 55, p. 5, ¶ 20).

  Pursuant to Local Bankruptcy Rule 9013-1(f)(1), Mr. Bosse's opposition to this motion for sanctions was due fourteen days prior to the date designated for hearing, or by January 5, 2021.

NONPROFIT LEGAL
SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
909-293-8449

1
ORDER GRANTING KENYA RUIZ'S MOTION FOR SANCTIONS
**IN RE KENYA RUIZ**

On January 7, 2021, Ms. Ruiz filed a notice of non-opposition by Mr. Bosse (ECF 63). Under Local Bankruptcy Rules 9013-1(f)(3) and 9013-1(h), the Court therefore treats Mr. Bosse's non-opposition as consent to this Court's authority to grant Ms. Ruiz's Motion for Sanctions.

The Court, having reviewed Kenya Ruiz's Motion, the declarations and exhibits in support thereof (ECF 50 and 55, respectively), Ms. Ruiz's Request for Judicial Notice (ECF 52) and exhibits in support thereof, as well as Ms. Ruiz's corresponding Motion for Disgorgement (ECF 51), together with the record in general and Mr. Bosse's non-opposition, determines that a hearing on the Motion is not required nor necessary under Local Bankruptcy Rule 9013-1(j)(3).

The Court further rules as follows:

1. Kenya Ruiz's Request for Judicial Notice at ECF 52 is **GRANTED**;

2. Kenya Ruiz's Motion for Sanctions at ECF 50 is **GRANTED**;

3. Gregory L. Bosse is ordered to pay monetary sanctions of **$38,318.64**, payable by check or money order to the "Law Office of Adam Dolce – Lawyer Trust Account," within fourteen (14) days of the date this order is entered.

4. The Court's sanction order is in addition to its disgorgement order granted concurrently herewith; and

5. Hearing as to this Motion, set for January 19, 2021 at 2:00pm, is vacated.

Date: January 21, 2021

_____
Barry Russell
United States Bankruptcy Judge

NONPROFIT LEGAL
SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
909-293-8449

2
ORDER GRANTING KENYA RUIZ'S MOTION FOR SANCTIONS
**IN RE KENYA RUIZ**