**LAW OFFICES OF GREGORY L. BOSSE**
Gregory L. Bosse (SBN: 103641)
940 W. 17th Street, Suite F
Santa Ana, CA 92706
Telephone: (714) 550-9555
Facsimile: (714) 316-1344

Creditor, GREGORY L. BOSSE

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

RUBEN RUIZ

KENYA RUIZ

                    Debtors,

) **Case No.: 2:09-bk-26198-BR**
)
)
)
) **NOTICE OF HEARING RE:**
) **CREDITOR, GREGORY L.**
) **BOSSE'S, MOTION TO REOPEN**
) **CHAPTER 7 CASE**
)
)
)
) **Date: June 1, 2021**
) **Time: 10:00 a.m.**
) **Crtm: 1668**
)
)

---

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Creditor, GREGORY L. BOSSE's, motion to reopen chapter 7 case no. 2:09-bk-26198-BR is currently set for hearing on **June 1, 2021, at 10:00 a.m.**, in Courtroom 1668 (in-person hearing), located at 255 E. Temple Street, Los Angeles, CA 90012.

DATED: May 6, 2021                     **LAW OFFICES OF GREGORY L. BOSSE**

                                       _____

                                       **GREGORY L. BOSSE, ESQ.**
                                       Creditor, in pro per

-1-

**NOTICE OF HEARING RE: CREDITOR, GREGORY L. BOSSE'S,
MOTION TO REOPEN CHAPTER 7 CASE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
940 W. 17th Street, Suite F
Santa Ana, CA  92706

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING RE: CREDITOR, GREGORY L. BOSSE'S, MOTION TO REOPEN CHAPTER 7 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 6, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
John J. Menchaca (TR) - jmenchacacpa.com, ca87@ecfcbis.com
Adam Dolce, Esq. - adam@dolcelegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 6, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Adam Dolce, Esq. (Attorney for Debtor, Kenya Ruiz)**
**Non Profit Legal Services, Inc.**
**414 Yale Avenue, Suite B**
**Claremont, CA  91711**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or **email** as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 6, 2021 | Lynn Castro | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**