| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Adam Dolce - SBN 310112<br>NONPROFIT LEGAL SERVICES, INC.<br>414 Yale Avenue, Suite B<br>Claremont, CA 91711<br>(O) 909-542-9030<br>(F) 909-992-3554<br>Email: thenonprofitlawfirm@gmail.com;<br>adam@dolcelegal.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for:  KENYA RUIZ | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>RUBEN RUIZ; and KENYA RUIZ<br><br><br><br>Debtor(s) | CASE NO.: 2:09-bk-26198-BR<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): GREGORY L. BOSSE'S MOTION TO REOPEN CHAPTER 7 CASE |
|---|---|

PLEASE TAKE NOTE that the order titled  Order Denying Gregory L. Bosse's Motion to Reopen Chapter 7 Case

was lodged on (*date*)  06/02/2021  and is attached.  This order relates to the motion which is docket number 81 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                              **F 9021-1.2.BK.NOTICE.LODGMENT**

**NONPROFIT LEGAL SERVICES, INC.**
Adam Dolce, Esq. [SBN 310112]
414 Yale Avenue, Suite B
Claremont, CA 91711
Telephone: (909) 542-9030
Fax: (909) 992-3554
Email: thenonprofitlawfirm@gmail.com

Attorney for Debtor/Moving Party, KENYA RUIZ

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| IN RE:<br><br>RUBEN RUIZ; and<br>KENYA RUIZ,<br><br>Debtors. | **Case No. 2:09-bk-26198-BR**<br>Before: Hon. Barry Russell<br><br>**ORDER DENYING GREGORY L. BOSSE'S MOTION TO REOPEN CHAPTER 7 CASE**<br><br>**Hearing Date/Time**<br>Date: June 1, 2021<br>Time: 10:00am<br>Place: Courtroom 1668 |

This matter came before the Court on the Motion to Reopen Chapter 7 Case filed by interested party, GREGORY L. BOSSE (ECF 81). The motion was heard on June 1, 2021 at 10:00am. Gregory L. Bosse appeared on his own behalf; whereas the debtor, KENYA RUIZ, was represented via her attorney-of-record, Adam Dolce.

The Court, having reviewed the Motion, Ms. Ruiz's opposition (ECF 85), and after hearing the argument of the parties, rules as follows:

**NONPROFIT LEGAL SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
909-293-8449

1
ORDER DENYING GREGORY L. BOSSE'S MOTION TO REOPEN CHAPTER 7 CASE
**IN RE KENYA RUIZ**

1  Gregory L. Bosse's Motion to Reopen the Chapter 7 Case is DENIED WITH
2  PREJUDICE.
3  ###

**NONPROFIT LEGAL SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
909-293-8449

2
ORDER DENYING GREGORY L. BOSSE'S MOTION TO REOPEN CHAPTER 7 CASE
**IN RE KENYA RUIZ**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

414 Yale Avenue, Suite B, Claremont CA 91711

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __06/02/2021__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Gregory L. Bosse, only, per LBR 9013-1(o)(3)(B) and LBR 9021-1(b)(3)(A)
   greg@lawbosse.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) __06/02/2021__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Gregory L. Bosse, Esq.  
   940 W. 17th Street, Suite F  
   Santa Ana, CA 92706  
   (courtesy copy);

   Hon. Barry Russell  
   United States Bankruptcy Court, Central Dist. CA  
   255 E. Temple Street, Suite 1660, Courtroom 1668  
   Los Angeles, CA 90012

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/02/2021 | Adam Dolce | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT