**NONPROFIT LEGAL SERVICES, INC.**
Adam Dolce, Esq. [SBN 310112]
414 Yale Avenue, Suite B
Claremont, CA 91711
Telephone: (909) 542-9030
Fax: (909) 992-3554
Email: thenonprofitlawfirm@gmail.com

Attorney for Debtor/Moving Party, KENYA RUIZ

FILED & ENTERED

JUN 10 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| IN RE:<br><br>　　RUBEN RUIZ; and<br>　　KENYA RUIZ,<br><br>　　　　Debtors. | **Case No. 2:09-bk-26198-BR**<br>Before: Hon. Barry Russell<br><br>**ORDER DENYING GREGORY L. BOSSE'S MOTION TO REOPEN CHAPTER 7 CASE**<br><br>**Hearing Date/Time**<br>Date: June 1, 2021<br>Time: 10:00am<br>Place: Courtroom 1668 |

　　This matter came before the Court on the Motion to Reopen Chapter 7 Case filed by interested party, GREGORY L. BOSSE (ECF 81). The motion was heard on June 1, 2021 at 10:00am. Gregory L. Bosse appeared on his own behalf; whereas the debtor, KENYA RUIZ, was represented via her attorney-of-record, Adam Dolce.

　　The Court, having reviewed the Motion, Ms. Ruiz's opposition (ECF 85), and after hearing the argument of the parties, rules as follows:

NONPROFIT LEGAL
SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
909-293-8449

1
ORDER DENYING GREGORY L. BOSSE'S MOTION TO REOPEN CHAPTER 7 CASE
IN RE KENYA RUIZ

Gregory L. Bosse's Motion to Reopen the Chapter 7 Case is DENIED WITH PREJUDICE.

###

Date: June 10, 2021

*Barry Russell*
Barry Russell
United States Bankruptcy Judge

NONPROFIT LEGAL
SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
909-293-8449

2
ORDER DENYING GREGORY L. BOSSE'S MOTION TO REOPEN CHAPTER 7 CASE
IN RE KENYA RUIZ