**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Ruben Ruiz, Kenya Ruiz<br><br><br><br>Debtor(s) | CASE NO.: 2:09-bk-26198-BR<br>ADVERSARY NO.:<br>APPEAL DOCKET ENTRY NO.: 89 |
|---|---|
| <br><br>vs.<br><br>Plaintiff(s)<br><br><br><br>Defendant(s) | **NOTICE OF APPEAL DEFICIENCY**<br>**TO APPELLANT [FRBP 8003(a)]** |

The Notice of Appeal filed in this case on (*date*) __06/16/2021__ has one or more of the following deficiencies that require either payment of the appropriate fee, and/or the filing of an Amended Notice of Appeal that includes the non-fee items listed below.  Fees and/or filings must be submitted to the United States Bankruptcy Court, Central District of California, within 14 days from the date of this notice.

☐ Notice of Appeal filing fee was not paid.

☐ Notice of Cross-Appeal filing fee was not paid.

☐ The Notice of Appeal does not conform substantially with the Notice of Appeal and Statement of Election (Official Form 417A):

　☐ Does not include the title of order, judgment, or decree.

　☐ Does not include the entered date of order, judgment, or decree.

　☐ Does not include the  ☐ names  ☐ addresses  ☐ telephone numbers of the opposing parties.

　☐ Not signed by the Appellant.

☒ Does not include entered stamped copy of order, judgment, or decree.

　　　　　　　　　　　　　　　　　　　　　KATHLEEN J. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Date: 06/16/2021　　　　　　　　By:　　　/s/ Sonny Milano
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　　　　　213-894-1295
　　　　　　　　　　　　　　　　　　　　　Telephone Number