| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Law Offices of Gregory L. Bosse<br>940 West 17th Street, Suite F<br>Santa Ana, CA 92706<br>Telephone: (714) 550-9555<br>greg@lawbosse.com<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: Gregory L. Bosse | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Ruben Ruiz, Kenya Ruiz<br><br><br><br>                                                        Debtor(s). | CASE NO.:2:09-bk-26198-BR<br><br>ADVERSARY NO.:<br>(if applicable)<br><br>CHAPTER: 7 |
|---|---|
| <br>                    Plaintiff(s) (if applicable).<br>vs.<br><br><br><br><br>                    Defendant(s) (if applicable). | **AMENDED**<br>**NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

## Part 1: Identify the appellant(s)

1.  Name(s) of appellant(s): <u>Gregory L. Bosse</u>

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☒ Other (describe):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☒ Creditor
☐ Trustee
☐ Other (describe):

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Order denying motion to reopen case.

2. The date the judgment, order, or decree was entered: 06/10/2021

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Gregory L. Bosse

   Attorney:

   Law Offices of Gregory L. Bosse
   Gregory L. Bosse
   940 West 17th Street, Suite F
   Santa Ana, CA 92706
   Telephone (714) 550-9555
   greg@lawbosse.com

2. Party: Kenya Ruiz

   Attorney:

   Adam Dolce
   Non Profit Legal Services, Inc.
   414 Yale Avenue, Suite B
   Claremont, Ca 91711
   thenonprofitlawfirm@gmail.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____    Date: 06/17/2021
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**NONPROFIT LEGAL SERVICES, INC.**
Adam Dolce, Esq. [SBN 310112]
414 Yale Avenue, Suite B
Claremont, CA 91711
Telephone: (909) 542-9030
Fax: (909) 992-3554
Email: thenonprofitlawfirm@gmail.com

Attorney for Debtor/Moving Party, KENYA RUIZ

```
FILED & ENTERED

JUN 10 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK
```

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| IN RE:<br><br>RUBEN RUIZ; and<br>KENYA RUIZ,<br><br>Debtors. | Case No. 2:09-bk-26198-BR<br>Before: Hon. Barry Russell<br><br>**ORDER DENYING GREGORY L. BOSSE'S MOTION TO REOPEN CHAPTER 7 CASE**<br><br>**Hearing Date/Time**<br>Date: June 1, 2021<br>Time: 10:00am<br>Place: Courtroom 1668 |

    This matter came before the Court on the Motion to Reopen Chapter 7 Case filed by interested party, GREGORY L. BOSSE (ECF 81). The motion was heard on June 1, 2021 at 10:00am. Gregory L. Bosse appeared on his own behalf; whereas the debtor, KENYA RUIZ, was represented via her attorney-of-record, Adam Dolce.

    The Court, having reviewed the Motion, Ms. Ruiz's opposition (ECF 85), and after hearing the argument of the parties, rules as follows:

NONPROFIT LEGAL
SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
909-293-8449

1
ORDER DENYING GREGORY L. BOSSE'S MOTION TO REOPEN CHAPTER 7 CASE
IN RE KENYA RUIZ

Gregory L. Bosse's Motion to Reopen the Chapter 7 Case is DENIED WITH PREJUDICE.

###

Date: June 10, 2021

*Barry Russell (signature)*

Barry Russell
United States Bankruptcy Judge

NONPROFIT LEGAL
SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
909-293-8449

2
ORDER DENYING GREGORY L. BOSSE'S MOTION TO REOPEN CHAPTER 7 CASE
IN RE KENYA RUIZ

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

940 W. 17th Street, Suite F
Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/17/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA) - ustpregion16.la.ecf@usdog.gov
John J. Menchaca (TR) - jmenchacacpa.com, ca87@ecfcbis.com
AdamDolce,Esq. - thenonprofitlawfirm@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/17/2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court (OVERNIGHT MAIL)
Santa Ana Division
Attn: Honorable Mark S. Wallace
411 W. Fourth Street, Suite /Courtroom 6135/6C

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/17/21 | LYNN CASTRO | |
|---|---|---|
| Date | Printed Name | Signature |