**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Ruben Ruiz, Kenya Ruiz<br><br>Debtor(s) | CASE NO.: 2:09-bk-26198-BR<br>ADVERSARY NO.:<br>BAP/USDC NO.: CC 21-1143<br>NOTICE OF APPEAL FILED: 06/16/2021<br>APPEAL DOCKET ENTRY NO.: 89 |
|---|---|
| vs.<br><br>Plaintiff(s)<br><br><br><br>Defendant(s) | **APPEAL DEFICIENCY NOTICE TO:**<br><br>☒ **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**<br><br>☐ **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA** |

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

- ☒ Statement of Issues
- ☒ Designation of Record
- ☒ Notice of Transcript
- ☐ Transcript(s)
- ☐ Filing Fee for Notice of Appeal
- ☐ Other (*specify*):

Kathleen J. Campbell
Clerk of Court

Date: 07/01/2021      By: /s/ Sonny Milano
                          Deputy Clerk