GREGORY L. BOSSE, ESQ., State Bar No. 103641
LAW OFFICES OF GREGORY L. BOSSE
940 W. 17th Street, Suite F
Santa Ana, California  92706
(714) 550-9555 Telephone
(714) 316-1344 Fax
greg@lawbosse.com

In Pro per

# UNITED STATES BANKRUPTY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. 2:09-bk-26198-BR |
| Ruben Ruiz, Kenya Ruiz, | Chapter 7 |
| Debtor, | Adv. No. |
| | BAP No. CC-21-1143 |
| | DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD |

Appellant, Gregory L. Bosse, in pro per, pursuant to Rule 8009, Fed. R. Bankr. P., hereby designates the following item to be included in the record on appeal:

- 1 -

DESIGNATION OF ADDITIONAL ITEMS TO BE
INCLUDED IN THE RECORD

1. Transcript re: 6/1/21 Hearing re: Motion To Reopen Chapter 7 Bankruptcy Case (attached hereto as Exhibit 1)

2. Motion In a Chapter 7 Case To Reopen Case; Declaration of Gregory L. Bosse (filed 4/28/21)

3. Opposition By Debtor Kenya Ruiz, As To Interested Party Gregory L. Bosse's Motion To Reopen Bankruptcy Case (filed 5/15/21).

4. Motion In A Chapter 7 or 13 Case (1) To Reopen Case And (2) For Extension of Time To File Forms Required For Discharge (filed 7/13/20).

DATED: August 16, 2021                        LAW OFFICES OF GREGORY L. BOSSE

                                                       GREGORY L. BOSSE, ESQ.
                                                       In Pro Per

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD**

# EXHIBIT 1

**(Transcript re: 6/1/21 Hearing Re: Motion To Reopen Chapter 7 Bankruptcy Case)**

```
 1                UNITED STATES BANKRUPTCY COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                         --oOo--

 4  In Re:                        )  Case No. 2:09-bk-26198-BR
                                  )
 5  RUBEN RUIZ and KENYA RUIZ,    )  Chapter 7
                                  )
 6            Debtors.            )  Los Angeles, California
                                  )  Tuesday, June 1, 2021
 7  _____)  10:00 a.m.

 8                                   HRG. RE MOTION TO REOPEN
                                     CHAPTER 7 CASE
 9

10                TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE BARRY RUSSELL
11             UNITED STATES BANKRUPTCY JUDGE

12  APPEARANCES:

13  For Gregory L. Bosse:          GREGORY L. BOSSE, ESQ.
                                   Law Offices of Gregory L.
14                                   Bosse
                                   940 West 17th Street
15                                 Suite F
                                   Santa Ana, California 92706
16                                 (714) 550-9555

17  For Joint Debtor Kenya Ruiz:   ADAM D. DOLCE, ESQ.
                                   Law Office of Adam Dolce
18                                 414 Yale Avenue
                                   Suite B
19                                 Claremont, California 91711
                                   (909) 542-9030
20

21  Court Recorder:                Wanda Toliver
                                   United States Bankruptcy Court
22                                 Edward R. Roybal Federal
                                     Building
23                                 255 East Temple Street
                                   Los Angeles, California 90012
24
    Proceedings produced by electronic sound recording;
25  transcript produced by transcription service.
```

*Briggs Reporting Company, Inc.*

ii

```
 1  Transcriber:                Briggs Reporting Company, Inc.
                                9711 Cactus Street
 2                              Suite B
                                Lakeside, California 92040
 3                              (310) 410-4151
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

*Briggs Reporting Company, Inc.*

```
                                                                  1

 1      LOS ANGELES, CALIFORNIA  TUESDAY, JUNE 1, 2021  10:00 AM
 2                              --oOo--
 3        (Call to order of the Court.)
 4            THE CLERK:  Number 12, Ruben Ruiz.
 5            THE COURT:  Come on up.  Come to the podium,
 6   please.
 7            MR. BOSSE:  Good morning, your Honor.  Gregory
 8   Bosse on behalf of himself, in pro per, pro se.
 9            THE COURT:  Well, excuse me just -- the other
10   side --
11            THE CLERK:  I don't see anyone.  It was the only
12   person that appeared.
13            THE COURT:  Well, let me see.  Let me check.
14   Could you give them a call, see if they -- just a second.
15   It's just the two of us, apparently.  Let me -- could you
16   give the other side a --
17            THE CLERK:  Yes.  It's supposed to be Adam Dolce.
18            THE COURT:  Yes.  Could you give him a call and
19   see -- why don't you just have a seat, just a second.
20            MR. BOSSE:  Sure, your Honor.
21        (Pause while the Court heard other matters.)
22            THE CLERK:  So Number 12.
23            THE COURT:  Wait.  What about Number -- why don't
24   we finish the rest of these.
25            THE CLERK:  You want to?
```

1          THE COURT: Yes. We just have a couple more, and
2 then we'll get to this matter.
3          (Pause while the Court heard other matters.)
4          THE CLERK: Okay. And then Number 12, Ruben Ruiz.
5          THE COURT: Okay. Number 12. Okay. Here we go.
6 Sorry, gentlemen.
7          MR. BOSSE: Your Honor, he's not here.
8          THE COURT: Why don't we just --
9          UNIDENTIFIED SPEAKER: Number 12, for John Lee?
10         MR. BOSSE: No.
11         THE CLERK: No. We're doing Ruben Ruiz.
12         THE COURT: Isn't that the -- wait a minute. I
13 thought -- I'm sorry.
14         THE CLERK: Yes. The Lee matter is done by Zoom.
15         THE COURT: Well, let's -- okay. Well, let me --
16 okay.
17         THE CLERK: So I have to (indiscernible) for them.
18         THE COURT: Okay. I'm sorry. I thought you
19 were --
20         THE CLERK: We're trying to get --
21         THE COURT: We're still -- I apologize. I thought
22 you were the other counsel we were trying to reach. What
23 number is your number, Lee, and when is that?
24         THE CLERK: That's on Zoom.
25         THE COURT: Okay. And that's -- okay. Just have

3

1  a seat, but still -- okay.  But now you have a seat again.
2  We're still trying to reach the other counsel.  I thought
3  that that's who you were.
4           THE CLERK:  You want to move to all those matters
5  that you have right here?
6           THE COURT:  Yes.
7           THE CLERK:  Okay.  So why don't we do the Zoom
8  stuff.
9           THE COURT:  Okay.  Is she going to try to --
10          THE CLERK:  Yes.  I'm going to call -- I asked her
11 to call.
12          THE COURT:  Okay.  Counsel, why don't you just
13 have -- I mean, just have a seat.  We're trying to reach --
14 my judicial assistant is trying to reach the other side to
15 see what's happening with them.  So why don't we go to the
16 Lee matter.
17     (Pause while the Court heard other matters.)
18          THE CLERK:  Number 12, Ruben Ruiz.  The attorney
19 is (indiscernible).
20          THE COURT:  Okay.  Great.  So we got him on line.
21 Okay.  Well, thanks to my great staff, we got -- okay.  So
22 we have -- let me -- excuse me just one second.  Okay.  I
23 don't know what I did with the file, but it's here
24 somewhere.  Let's see.  We took care of Mr. Lee.  That was
25 done.  Here we go.

```
                                                                    4
 1              So we have -- how do you -- is it Bosse?  How do
 2  you pronounce your name?
 3              MR. BOSSE:  It's "Bosse," B-O-S-S-E.
 4              THE COURT:  Bosse.  Yes.  If you could, could you
 5  move that down a little, if you're comfortable, just so --
 6  only because it's just -- you're the only one in court.
 7  I've been told in the past that it affects the recording,
 8  but we mean to keep everybody perfectly safe.
 9              Then we have -- now we do have -- we have on
10  the --
11              THE CLERK:  Adam --
12              THE COURT:  We have, let's see, Adam -- how do you
13  pronounce your name?  Is it "Dolce" or "Dolce"?
14              MR. DOLCE:  It's "Dolce," your Honor.
15              THE COURT:  "Dolce."  I got it wrong.  Okay.  All
16  right.  Okay.  And you can hear him all right?  Okay.
17              MR. BOSSE:  Yes.
18              THE COURT:  So it is your motion, Mr. Ruiz.  I
19  have some -- I mean, not Ruiz.  Your client is not here,
20  but, Mr. Bosse, I have some questions.  You read the
21  opposition, right, to your motion?
22              MR. BOSSE:  Yes.
23              THE COURT:  And there are a couple things that I
24  am concerned.  In your motion, you state -- it doesn't seem
25  to be accurate, but I want to ask you.  It says -- this is
```

5

1 on page two of your motion.  This was pointed out by the
2 opposition:
3     "This case was reopened upon motion by
4     creditor Emily Yu (phonetic), in order
5     to allow Debtor to present her request
6     for scrutiny/analysis of her attorney's
7     fees during the 2009-2010."
8     That's not accurate, is it?
9     MR. BOSSE:  I think it is.  I mean --
10    THE COURT:  Well, you filed your motion.  As I
11 recall, you were in the state court --
12    MR. BOSSE:  Right.
13    THE COURT:  -- and the judge said you had -- and
14 this was nothing to do with her --
15    MR. BOSSE:  Right.
16    THE COURT:  -- you had some pleadings.
17    MR. BOSSE:  Right.
18    THE COURT:  And you make it look like you were
19 doing -- you were reopening so she could be heard.  That's
20 not true at all, is it?
21    MR. BOSSE:  No, and I certainly didn't mean that.
22    THE COURT:  Well, let me read it again.  It says
23 it was reopened -- the case was reopened in order to allow
24 Debtor to present her request for scrutiny/analysis of your
25 attorney's fees of -- the matter originated in the state

6

1 court, in your action against breach of contract.

2  Is there any mention in there that there was --
3 that what you actually filed your motion to reopen for was
4 for your relief?  You didn't mention her relief, did you, in
5 your motion?  You didn't even know about it.

6  MR. BOSSE:  No, I didn't, but I wasn't --

7  THE COURT:  No, no.  I'm trying to get the facts
8 straight.

9  MR. BOSSE:  And I'm trying to give them to you.

10  THE COURT:  So that was not accurate, and then --
11 you then -- the -- okay.  The motions -- let's see.  The
12 motions were granted due to your failure to draft and file
13 an opposition.  That is correct, is it not?

14  MR. BOSSE:  It is.

15  THE COURT:  Right.  And then I'm not asking you to
16 add to the record.  The record is now complete.  In your
17 motion to reopen, did you state at all -- we know you didn't
18 file anything, and I'm not asking you now to add anything.
19 I've scrutinized this.  Is there any mention in there why
20 you didn't file an opposition?

21  MR. BOSSE:  No, not in the documentation.

22  THE COURT:  Okay.  Then, you then -- you knew
23 about the hearing.  I mean, you then -- because it was
24 basically -- you then -- again, without -- you waited two
25 months to file your order to vacate, and you say you filed

1  to vacate it, but the case was closed, and you couldn't do
2  it.  Is there any mention in here of why you waited two
3  months to do that?
4            MR. BOSSE:  No, not in the documentation.
5            THE COURT:  Right.  All right.  You get the idea.
6  On this record, I don't see how I can possibly grant your
7  motion.  You didn't oppose it.  You state no reason why.
8  You waited two months, and, again, I'm not asking you to add
9  anything now.  On this record, I don't see how I can
10 possibly grant your motion.  You've basically, on the record
11 here, had no explanation of what you did.
12           Would that be a fair statement?
13           MR. BOSSE:  Excuse me?
14           THE COURT:  What?
15           MR. BOSSE:  Say it again, please.
16           THE COURT:  Is it a fair statement of everything I
17 just said?
18           MR. BOSSE:  Yes.  Yes, what you just said.
19           THE COURT:  All right.  Well, let me -- I'd like
20 to hear from the opposition, and then I'll let you respond.
21 If you can just have a seat, just for a second.
22           Okay.  Counsel, do you have anything to add?  I've
23 basically stated what your position is.  Do you want to add
24 anything why you oppose this motion to reopen?  Do you wish
25 to add anything?  Again, I've read, obviously, your papers.

8

1 I've read Mr. Bosse's papers. Do you wish to add anything?
2     MR. DOLCE: No, your Honor. I think you summed it
3 up pretty beautifully.
4     THE COURT: All right. Why don't you come back,
5 then. Do you wish to add anything? Again, I can say I
6 don't know, on this record, I can possibly grant your
7 motion. You've basically done everything wrong. I mean,
8 that's the record. I'm not faulting you personally. I'm
9 just simply saying I need grounds to reopen it, and I see no
10 basis whatsoever.
11     Do you wish to say anything else?
12     MR. BOSSE: I would like to say something else.
13     THE COURT: All right.
14     MR. BOSSE: Your Honor, apparently -- and this is
15 just my thought process -- sometime in November or December,
16 something happened. I either took some sort of vitamin or
17 something --
18     THE COURT: Well, I'm not going to ask you --
19 you're not going to be able to add anything now.
20     MR. BOSSE: Okay.
21     THE COURT: Remember, this is -- that's why I
22 said -- I'm not -- I'm just saying, this is the record
23 before me.
24     MR. BOSSE: Okay.
25     THE COURT: And so I'm going to deny your request.

*Briggs Reporting Company, Inc.*

1  I think you get it.  I'm neutral in this.  All I do is, I
2  read the papers, but it's clear to me you just totally --
3  you actually, in your papers, misrepresented why it was even
4  reopened.  It was reopened at your request.  It wasn't
5  reopened at the -- it was reopened -- you dropped it.
6          So I am going to -- I am glad that -- I cannot
7  pronounce your last name.  Is it "Cacciatorian (sic)"?
8          MR. DOLCE:  "Dolce."  Sicilian.
9          THE COURT:  I'm sorry.  No, I am sorry.  I had Mr.
10 Dolce -- you know, the problem is -- and I apologize -- we
11 have things on line, and I'm looking at it, and it's driving
12 me nuts.  So that's why I'm trying to get back in person
13 again.  Mr. Dolce.  I apologize.
14          I am going to -- you heard what I said on this
15 record.  I've stated on the record there's no possible way I
16 can grant it.  This is it.  You're not going to be able to
17 have another -- this is -- there will be no newly discovered
18 evidence.  This is it.  This is without -- this is with
19 prejudice, Mr. Bosse.  I'm sorry if there were other things
20 that were going on, but this is the time for the hearing.
21         So, if you would, Mr. Dolce, prepare an order
22 denying this motion to reopen, with prejudice, for the
23 reasons stated on the record.
24         MR. DOLCE:  Absolutely.  Thank you, your Honor,
25 and I apologize for having to have your staff track me down.

*Briggs Reporting Company, Inc.*

10

```
 1          THE COURT:  Well, in any case --
 2          MR. DOLCE:  Just an oversight.
 3          THE COURT:  We've having -- again, this is a
 4  change of -- just doing changeover.  So, anyway, I -- so
 5  that will conclude the hearing, and, again, we thank you
 6  both very much.
 7          MR. BOSSE:  Thank you, your Honor.
 8          THE COURT:  You're welcome.
 9          MR. DOLCE:  Thank you, your Honor.
10          THE COURT:  So you'll prepare that, Mr. Dolce.  I
11  appreciate it.  Thank you.
12          MR. DOLCE:  Yes, of course.
13          THE COURT:  All right.
14      (Proceedings concluded.)
15
16          I certify that the foregoing is a correct
17  transcript from the electronic sound recording of the
18  proceedings in the above-entitled matter.
19  /s/ Holly Steinhauer              8-12-21
    Transcriber                       Date
20
21
22
23
24
25
```

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
940 W. 17th Street, Suite F
Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled (*specify*): **DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 16, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
John J. Menchaca (TR) - jmenchacacpa.com, ca87@ecfcbis.com
Adam Dolce, Esq. - adam@dolcelegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 16, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**Adam Dolce, Esq. (Attorney for Debtor, Kenya Ruiz)**
**Non Profit Legal Services, Inc.**
**414 Yale Avenue, Suite B**
**Claremont, CA 91711**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or **email** as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2021 | Lynn Castro | /s/ Lynn Castro |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                       **F 9013-3.1.PROOF.SERVICE**