**GREGORY L. BOSSE, ESQ., State Bar No. 103641**
**LAW OFFICES OF GREGORY L. BOSSE**
**940 W. 17th Street, Suite F**
**Santa Ana, California 92706**
**(714) 550-9555 Telephone**
**(714) 316-1344 Fax**
**greg@lawbosse.com**

In Pro per

**UNITED STATES BANKRUPTY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>Ruben Ruiz, Kenya Ruiz,<br><br>Debtor, | Case No. 2:09-bk-26198-BR<br><br>Chapter 7<br><br>Adv. No.<br><br>**BAP No. CC-21-1143**<br><br>**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD** |

Appellant, Gregory L. Bosse, in pro per, pursuant to Rule 8009, Fed. R. Bankr. P., hereby designates the following item to be included in the record on appeal:

1. Transcript re: 6/1/21 Hearing re: Motion To Reopen Chapter 7 Bankruptcy Case (attached hereto as Exhibit 1)

2. Motion In a Chapter 7 Case To Reopen Case; Declaration of Gregory L. Bosse (filed 4/28/21)

3. Opposition By Debtor Kenya Ruiz, As To Interested Party Gregory L. Bosse's Motion To Reopen Bankruptcy Case (filed 5/15/21).

4. Motion In A Chapter 7 or 13 Case (1) To Reopen Case And (2) For Extension of Time To File Forms Required For Discharge (filed 7/13/20).

DATED: August 16, 2021

**LAW OFFICES OF GREGORY L. BOSSE**

**GREGORY L. BOSSE, ESQ.**
In Pro Per

# EXHIBIT 1

**(Transcript re: 6/1/21 Hearing Re: Motion To Reopen Chapter 7 Bankruptcy Case)**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

--oOo--

| | |
|---|---|
| In Re:<br><br>RUBEN RUIZ and KENYA RUIZ,<br><br>Debtors. | Case No. 2:09-bk-26198-BR<br><br>Chapter 7<br><br>Los Angeles, California<br>Tuesday, June 1, 2021<br>10:00 a.m.<br><br>HRG. RE MOTION TO REOPEN CHAPTER 7 CASE |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE BARRY RUSSELL
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

| | |
|---|---|
| For Gregory L. Bosse: | GREGORY L. BOSSE, ESQ.<br>Law Offices of Gregory L. Bosse<br>940 West 17th Street<br>Suite F<br>Santa Ana, California 92706<br>(714) 550-9555 |
| For Joint Debtor Kenya Ruiz: | ADAM D. DOLCE, ESQ.<br>Law Office of Adam Dolce<br>414 Yale Avenue<br>Suite B<br>Claremont, California 91711<br>(909) 542-9030 |
| Court Recorder: | Wanda Toliver<br>United States Bankruptcy Court<br>Edward R. Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, California 90012 |

Proceedings produced by electronic sound recording; transcript produced by transcription service.

Transcriber: Briggs Reporting Company, Inc.
9711 Cactus Street
Suite B
Lakeside, California 92040
(310) 410-4151

                                                                    LOS ANGELES, CALIFORNIA TUESDAY, JUNE 1, 2021 10:00 AM

--oOo--

(Call to order of the Court.)

THE CLERK: Number 12, Ruben Ruiz.

THE COURT: Come on up. Come to the podium, please.

MR. BOSSE: Good morning, your Honor. Gregory Bosse on behalf of himself, in pro per, pro se.

THE COURT: Well, excuse me just -- the other side --

THE CLERK: I don't see anyone. It was the only person that appeared.

THE COURT: Well, let me see. Let me check. Could you give them a call, see if they -- just a second. It's just the two of us, apparently. Let me -- could you give the other side a --

THE CLERK: Yes. It's supposed to be Adam Dolce.

THE COURT: Yes. Could you give him a call and see -- why don't you just have a seat, just a second.

MR. BOSSE: Sure, your Honor.

(Pause while the Court heard other matters.)

THE CLERK: So Number 12.

THE COURT: Wait. What about Number -- why don't we finish the rest of these.

THE CLERK: You want to?

THE COURT: Yes. We just have a couple more, and then we'll get to this matter.

(Pause while the Court heard other matters.)

THE CLERK: Okay. And then Number 12, Ruben Ruiz.

THE COURT: Okay. Number 12. Okay. Here we go. Sorry, gentlemen.

MR. BOSSE: Your Honor, he's not here.

THE COURT: Why don't we just --

UNIDENTIFIED SPEAKER: Number 12, for John Lee?

MR. BOSSE: No.

THE CLERK: No. We're doing Ruben Ruiz.

THE COURT: Isn't that the -- wait a minute. I thought -- I'm sorry.

THE CLERK: Yes. The Lee matter is done by Zoom.

THE COURT: Well, let's -- okay. Well, let me -- okay.

THE CLERK: So I have to (indiscernible) for them.

THE COURT: Okay. I'm sorry. I thought you were --

THE CLERK: We're trying to get --

THE COURT: We're still -- I apologize. I thought you were the other counsel we were trying to reach. What number is your number, Lee, and when is that?

THE CLERK: That's on Zoom.

THE COURT: Okay. And that's -- okay. Just have

a seat, but still -- okay. But now you have a seat again. We're still trying to reach the other counsel. I thought that that's who you were.

THE CLERK: You want to move to all those matters that you have right here?

THE COURT: Yes.

THE CLERK: Okay. So why don't we do the Zoom stuff.

THE COURT: Okay. Is she going to try to --

THE CLERK: Yes. I'm going to call -- I asked her to call.

THE COURT: Okay. Counsel, why don't you just have -- I mean, just have a seat. We're trying to reach -- my judicial assistant is trying to reach the other side to see what's happening with them. So why don't we go to the Lee matter.

(Pause while the Court heard other matters.)

THE CLERK: Number 12, Ruben Ruiz. The attorney is (indiscernible).

THE COURT: Okay. Great. So we got him on line. Okay. Well, thanks to my great staff, we got -- okay. So we have -- let me -- excuse me just one second. Okay. I don't know what I did with the file, but it's here somewhere. Let's see. We took care of Mr. Lee. That was done. Here we go.

So we have -- how do you -- is it Bosse? How do you pronounce your name?

MR. BOSSE: It's "Bosse," B-O-S-S-E.

THE COURT: Bosse. Yes. If you could, could you move that down a little, if you're comfortable, just so -- only because it's just -- you're the only one in court. I've been told in the past that it affects the recording, but we mean to keep everybody perfectly safe.

Then we have -- now we do have -- we have on the --

THE CLERK: Adam --

THE COURT: We have, let's see, Adam -- how do you pronounce your name? Is it "Dolce" or "Dolce"?

MR. DOLCE: It's "Dolce," your Honor.

THE COURT: "Dolce." I got it wrong. Okay. All right. Okay. And you can hear him all right? Okay.

MR. BOSSE: Yes.

THE COURT: So it is your motion, Mr. Ruiz. I have some -- I mean, not Ruiz. Your client is not here, but, Mr. Bosse, I have some questions. You read the opposition, right, to your motion?

MR. BOSSE: Yes.

THE COURT: And there are a couple things that I am concerned. In your motion, you state -- it doesn't seem to be accurate, but I want to ask you. It says -- this is

on page two of your motion. This was pointed out by the opposition:

"This case was reopened upon motion by creditor Emily Yu (phonetic), in order to allow Debtor to present her request for scrutiny/analysis of her attorney's fees during the 2009-2010."

That's not accurate, is it?

MR. BOSSE: I think it is. I mean --

THE COURT: Well, you filed your motion. As I recall, you were in the state court --

MR. BOSSE: Right.

THE COURT: -- and the judge said you had -- and this was nothing to do with her --

MR. BOSSE: Right.

THE COURT: -- you had some pleadings.

MR. BOSSE: Right.

THE COURT: And you make it look like you were doing -- you were reopening so she could be heard. That's not true at all, is it?

MR. BOSSE: No, and I certainly didn't mean that.

THE COURT: Well, let me read it again. It says it was reopened -- the case was reopened in order to allow Debtor to present her request for scrutiny/analysis of your attorney's fees of -- the matter originated in the state

court, in your action against breach of contract.

Is there any mention in there that there was -- that what you actually filed your motion to reopen for was for your relief? You didn't mention her relief, did you, in your motion? You didn't even know about it.

MR. BOSSE: No, I didn't, but I wasn't --

THE COURT: No, no. I'm trying to get the facts straight.

MR. BOSSE: And I'm trying to give them to you.

THE COURT: So that was not accurate, and then -- you then -- the -- okay. The motions -- let's see. The motions were granted due to your failure to draft and file an opposition. That is correct, is it not?

MR. BOSSE: It is.

THE COURT: Right. And then I'm not asking you to add to the record. The record is now complete. In your motion to reopen, did you state at all -- we know you didn't file anything, and I'm not asking you now to add anything. I've scrutinized this. Is there any mention in there why you didn't file an opposition?

MR. BOSSE: No, not in the documentation.

THE COURT: Okay. Then, you then -- you knew about the hearing. I mean, you then -- because it was basically -- you then -- again, without -- you waited two months to file your order to vacate, and you say you filed

to vacate it, but the case was closed, and you couldn't do it. Is there any mention in here of why you waited two months to do that?

MR. BOSSE: No, not in the documentation.

THE COURT: Right. All right. You get the idea. On this record, I don't see how I can possibly grant your motion. You didn't oppose it. You state no reason why. You waited two months, and, again, I'm not asking you to add anything now. On this record, I don't see how I can possibly grant your motion. You've basically, on the record here, had no explanation of what you did.

Would that be a fair statement?

MR. BOSSE: Excuse me?

THE COURT: What?

MR. BOSSE: Say it again, please.

THE COURT: Is it a fair statement of everything I just said?

MR. BOSSE: Yes. Yes, what you just said.

THE COURT: All right. Well, let me -- I'd like to hear from the opposition, and then I'll let you respond. If you can just have a seat, just for a second.

Okay. Counsel, do you have anything to add? I've basically stated what your position is. Do you want to add anything why you oppose this motion to reopen? Do you wish to add anything? Again, I've read, obviously, your papers.

I've read Mr. Bosse's papers. Do you wish to add anything?

MR. DOLCE: No, your Honor. I think you summed it up pretty beautifully.

THE COURT: All right. Why don't you come back, then. Do you wish to add anything? Again, I can say I don't know, on this record, I can possibly grant your motion. You've basically done everything wrong. I mean, that's the record. I'm not faulting you personally. I'm just simply saying I need grounds to reopen it, and I see no basis whatsoever.

Do you wish to say anything else?

MR. BOSSE: I would like to say something else.

THE COURT: All right.

MR. BOSSE: Your Honor, apparently -- and this is just my thought process -- sometime in November or December, something happened. I either took some sort of vitamin or something --

THE COURT: Well, I'm not going to ask you -- you're not going to be able to add anything now.

MR. BOSSE: Okay.

THE COURT: Remember, this is -- that's why I said -- I'm not -- I'm just saying, this is the record before me.

MR. BOSSE: Okay.

THE COURT: And so I'm going to deny your request.

I think you get it. I'm neutral in this. All I do is, I read the papers, but it's clear to me you just totally -- you actually, in your papers, misrepresented why it was even reopened. It was reopened at your request. It wasn't reopened at the -- it was reopened -- you dropped it.

So I am going to -- I am glad that -- I cannot pronounce your last name. Is it "Cacciatorian (sic)"?

MR. DOLCE: "Dolce." Sicilian.

THE COURT: I'm sorry. No, I am sorry. I had Mr. Dolce -- you know, the problem is -- and I apologize -- we have things on line, and I'm looking at it, and it's driving me nuts. So that's why I'm trying to get back in person again. Mr. Dolce. I apologize.

I am going to -- you heard what I said on this record. I've stated on the record there's no possible way I can grant it. This is it. You're not going to be able to have another -- this is -- there will be no newly discovered evidence. This is it. This is without -- this is with prejudice, Mr. Bosse. I'm sorry if there were other things that were going on, but this is the time for the hearing.

So, if you would, Mr. Dolce, prepare an order denying this motion to reopen, with prejudice, for the reasons stated on the record.

MR. DOLCE: Absolutely. Thank you, your Honor, and I apologize for having to have your staff track me down.

THE COURT: Well, in any case --

MR. DOLCE: Just an oversight.

THE COURT: We've having -- again, this is a change of -- just doing changeover. So, anyway, I -- so that will conclude the hearing, and, again, we thank you both very much.

MR. BOSSE: Thank you, your Honor.

THE COURT: You're welcome.

MR. DOLCE: Thank you, your Honor.

THE COURT: So you'll prepare that, Mr. Dolce. I appreciate it. Thank you.

MR. DOLCE: Yes, of course.

THE COURT: All right.

(Proceedings concluded.)

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

/s/ Holly Steinhauer — 8-12-21
Transcriber — Date

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
940 W. 17th Street, Suite F
Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled (*specify*): **DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 16, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
John J. Menchaca (TR) - jmenchacacpa.com, ca87@ecfcbis.com
Adam Dolce, Esq. - adam@dolcelegal.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **August 16, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**Adam Dolce, Esq. (Attorney for Debtor, Kenya Ruiz)**
**Non Profit Legal Services, Inc.**
**414 Yale Avenue, Suite B**
**Claremont, CA 91711**

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or **email** as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2021 | Lynn Castro | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**