**NONPROFIT LEGAL SERVICES, INC.**
Adam Dolce, Esq. [SBN 310112]
414 Yale Avenue, Suite B
Claremont, CA 91711
Telephone: (909) 542-9030
Fax: (909) 992-3554
Email: thenonprofitlawfirm@gmail.com

Attorney for Debtor and Appellee, KENYA RUIZ

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| IN RE:<br><br>RUBEN RUIZ; and<br>KENYA RUIZ,<br><br>Debtors. | **Case No. 2:09-bk-26198-BR**<br>Chapter 7<br><br>**BAP No. CC-21-1143**<br><br>**APPELLEE KENYA RUIZ'S DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL**<br><br>Notice of Appeal: 06/16/2021<br>Appellant Designation: 08/17/2021 |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

Debtor and Appellee, KENYA RUIZ, by and through her counsel, and pursuant to Federal Rules of Bankruptcy Procedure, Rule 8009(a)(2), hereby designates the following additional items to be included in the record to the appeal and initial designation of records filed by Appellant, GREGORY L. BOSSE:

1. Motion to Reopen Bankruptcy Case filed by Appellant, July 13, 2020 (CM/ECF Doc. No. 41);

**NONPROFIT LEGAL SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

1
APPELLEE DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL
**IN RE KENYA RUIZ**

2. Motion to Amend Motion to Reopen Bankruptcy Case filed by Appellant, September 22, 2020 (CM/ECF Doc. No. 43);

3. Notice of Joinder with Motion to Reopen Bankruptcy Case filed by Appellee, September 24, 2020, with exhibits attached thereto (CM/ECF Doc. No. 47);

4. Motion for Sanctions filed by Appellee, October 29, 2020 (CM/ECF Doc. No. 50);

5. Motion for Disgorgement filed by Appellee, October 29, 2020 (CM/ECF Doc. No. 51);

6. Request for Judicial Notice ISO Motion for Sanctions and for Disgorgement filed by Appellee, October 29, 2020 (CM/ECF Doc. No. 52);

7. Memorandum of Points and Authorities ISO Motion for Sanctions and for Disgorgement filed by Appellee, October 29, 2020 (CM/ECF Doc. No. 53);

8. Declaration of Kenya Ruiz ISO Motion for Sanctions and for Disgorgement filed by Appellee, October 29, 2020 (CM/ECF Doc. No. 54);

9. Declaration of Adam Dolce ISO Motion for Sanctions and for Disgorgement filed by Appellee, October 29, 2020 (CM/ECF Doc. No. 55);

10. Order Granting Motion to Reopen entered December 9, 2020 (CM/ECF Doc. No. 57); AND

///

**NONPROFIT LEGAL SERVICES, INC.**
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

2
APPELLEE DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL
**IN RE KENYA RUIZ**

1  11. Notice of Non-Opposition re Motions for Sanctions and for Disgorgement

2  filed by Appellee, January 7, 2021 (CM/ECF Doc. No. 63)

3                          Respectfully submitted by,

5  Date: 10 Sept. 2021

6                          _____

7                          Adam D. Dolce
                         **NONPROFIT LEGAL SERVICES, INC.**
8                          414 Yale Avenue, Suite B
                         Claremont CA 91711
9                          Telephone: 909-542-9030
                         FAX: 909-992-3554
10                         Email(s): thenonprofitlawfirm@gmail.com;
11                         adam@dolcelegal.com

12                         Attorney for Kenya Ruiz

13  ///

NONPROFIT LEGAL SERVICES, INC.
414 YALE AVENUE, SUITE B
CLAREMONT CA 91711
(909) 293-8449

3
APPELLEE DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL
IN RE KENYA RUIZ

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
414 Yale Avenue, Suite B, Claremont CA 91711

A true and correct copy of the foregoing document entitled (*specify*): APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/10/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

jmenchaca@menchacacpa.com; ca87@ecfcbis.com (John Menchaca - Trustee); ustpregion.16.la.ecf@usdoj.gov (U.S. Trustee (LA)); greg@lawbosse.com (Gregory L. Bosse)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
N/A.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/10/2021 | Adam D. Dolce | /s/ Adam D. Dolce |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                         F 9013-3.1.PROOF.SERVICE