FILED

JAN 24 2022

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

---

In re: RUBEN RUIZ; KENYA RUIZ

Debtors

BAP No. CC-21-1143-TFG

------------------------------

GREGORY BOSSE

Bankr. No. 2:09-bk-26198-BR
Chapter 7

Appellant

v.

KENYA RUIZ

January 24, 2022

Appellee

---

## JUDGMENT

ON APPEAL from the United States Bankruptcy Court for California Central - Los Angeles.

THIS CAUSE came on to be heard on the record from the above court.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is AFFIRMED IN PART AND REVERSED IN PART.

### FOR THE PANEL,

Susan M Spraul
Clerk of Court
**By:** Cecil Lizandro Silva, Deputy Clerk

**Date:** January 24, 2022