# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

In re: RUBEN RUIZ; KENYA RUIZ

Debtors

------------------------------

GREGORY BOSSE

Appellant

v.

KENYA RUIZ

Appellee

BAP No. CC-21-1143-TFG

Bankr. No. 2:09-bk-26198-BR
Chapter 7

February 17, 2022

## PROOF OF SERVICE OF MANDATE

A certified copy of the attached judgment was sent to:

CLERK

U.S. BANKRUPTCY COURT

BkCt, Los Angeles
U.S. Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Room 1682
Room 940
Los Angeles, CA 90012-3332

Honorable Barry Russell
U.S. Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Room 1682
Ste. 1660
Los Angeles, CA 90012-3332

on February 17, 2022
By: Cecil Lizandro Silva, Deputy Clerk

FILED

JAN 24 2022

## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

In re: RUBEN RUIZ; KENYA RUIZ

Debtors

BAP No. CC-21-1143-TFG

-------------------------------

GREGORY BOSSE

Appellant

Bankr. No. 2:09-bk-26198-BR
Chapter 7

v.

KENYA RUIZ

January 24, 2022

Appellee

## JUDGMENT

ON APPEAL from the United States Bankruptcy Court for California Central - Los Angeles.

THIS CAUSE came on to be heard on the record from the above court.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is AFFIRMED IN PART AND REVERSED IN PART.

### FOR THE PANEL,

Susan M Spraul
Clerk of Court
**By:** Cecil Lizandro Silva, Deputy Clerk

**Date:** January 24, 2022

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:

Susan M. Spraul, Clerk

Cecil L. Silva Jr

by Deputy Clerk    DATE: 2/17/2022